ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
**YUHL CARR LLP**
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
TANVIR H. RAHMAN (NY SBN 4921235)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Defendant. | Case No.: 3:15-cv-00424(HSG)<br><br>**PLAINTIFF'S MOTION FOR AN ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 28, 2015** |

Plaintiff Jane Doe, by and through her undersigned counsel, pursuant to Local Rule 16-2(d), hereby moves this Court to adjourn the Initial Case Management Conference (the "CMC") scheduled for April 28, 2015 to May 7, 2015, or, in the alternative, to May 12, 2015, and for further relief as set forth herein, and states as follows:

1.      The undersigned firm, Wigdor LLP is lead counsel for Plaintiff in the above-referenced matter against Uber Technologies, Inc. ("Uber" or "Defendant").

2.      Plaintiff filed this action on January 29, 2015.  *See* Dkt. No. 1.

3. Uber's deadline to file and serve an answer or a motion under Rule 12 is April 4, 2015. *See* Dkt. No. 12.

4. On or about January 30, 2015, the Honorable Laurel Beeler, who was initially assigned to this case, issued an "Order Setting Initial Case Management Conference and Deadlines." ("Judge Beeler's Order"). *See* Dkt. No. 4.

5. Judge Beeler's Order required that the parties, by April 9, 2015:

A. Meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, pursuant to Fed. R. Civ. P. 26(f) & ADR L.R. 3-5;

B. File an ADR Certification signed by Parties and Counsel; and

C. File either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

6. Judge Beeler's Order also required that by July 23, 2015, the Parties file their Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report, and file a Case Management Statement, pursuant to Civil L.R. 16-9.

7. Judge Beeler's Order also scheduled the Initial Case Management Conference for April 30, 2015.

8. After this case was reassigned to this Court on or about, February 23, 2015, all dates in Judge Beeler's Order remained unchanged (*See* Dkt. No. 16), except for the date for the CMC, which was later moved to April 28, 2015. *See* Dkt. No. 17.

9. While Plaintiff is aware that the Court's Standing Order states that all civil case management conferences are generally conducted on Tuesdays at 2:00 p.m., Plaintiff respectfully requests that the Court grant an exception and hold the CMC in this matter in the morning or late afternoon of May 7, 2015.

10. Plaintiff believes there is good cause to grant this request, as Plaintiff's lead counsel, the undersigned Douglas Wigdor, will be in San Francisco on May 7, 2015, appearing before The Honorable Edward M. Chen in a Case Management Conference in the matter of *Lee, et al. v. Sephora USA, INC., et al.*, 14-cv-05237(EMC), scheduled to take place at 1:30 p.m. Given that I will have to travel from New York City to attend both the CMC in this matter and in the *Lee* matter, holding the CMC in this case on May 7, 2015 will significantly preserve Plaintiff's resources.

11. However, if the Court declines to adjourn the CMC to May 7, 2015, Plaintiff requests that the CMC be adjourned to Tuesday May 12, 2015.

12. Plaintiff's counsel has conferred with counsel for Uber who has confirmed that Defendant will be available to attend a CMC on May 7, 2015 or May 12, 2015.

13. However, Defendant's counsel has requested that we notify the Court of Defendant's preference that the CMC and all associated deadlines, including the deadline for the parties to hold their Rule 26(f) conference and to meet and confer concerning Settlement and ADR (*see* Dkt. Nos. 5 and 16), be adjourned *sine die* pending the resolution of Uber's anticipated Rule 12 motion.

14. Uber contends that a Rule 26(f) conference, discussions concerning Settlement and ADR, and the CMC will be more productive if they are held after their anticipated Rule 12 motion is resolved.

15. Plaintiff, however, opposes Uber's request on several grounds. For one, an adjournment of these deadlines would unduly delay this case, which arose out of a horrific rape and sexual assault committed against Ms. Doe by an Uber driver in December, 2014. Ms. Doe, a courageous young woman dedicated to vindicating her rights, is eager to have her day in court,

and to put this horrific incident behind her. Placing a stay on discovery until Defendant's anticipated motion is resolved will cause tremendous delay.

16. Moreover, Plaintiff is unaware of any procedure or rule that requires the imposition of a stay of discovery as well as discussions concerning Settlement and ADR merely because a Rule 12 motion is filed, nor would such a stay be appropriate here.

17. Further, given that we are unaware of the specific grounds for Defendant's motion, it is quite likely that at least some level of discovery will be needed notwithstanding the motion. For instance, if Uber challenges this Court's jurisdiction to entertain Ms. Doe's claims, or challenges the convenience of this venue, extensive discovery will likely be needed in order to fully address these challenges before they are ripe for the Court to decide.

18. Uber may also file a partial motion to dismiss, which would be unlikely to have much, if any, of an impact on the scope of discovery, as the matter will proceed even if the motion is granted.

19. There have been no prior time modifications regarding the date of the CMC in this case.

20. Other than the requested continuance, the requested time modification here would not have any effect on the schedule in the case.

21. Accordingly, for the reasons stated herein, Plaintiff requests that the Court: (a) grant Plaintiff's request to adjourn the CMC to May 7, 2015 or, alternatively, to May 12, 2015; and (b) order Uber to comply with the schedules and deadlines set forth in Judge Beeler's Order and this Court's Order of February 23, 2015, including, but not limited to, participating in a Rule 26(f) Conference in the coming weeks.

1 | Dated: March 18, 2015
2 |       San Francisco, CA

Respectfully submitted,

WIGDOR LLP

By: _____
    Douglas H. Wigdor
    Jeanne M. Christensen
    Tanvir H. Rahman

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
trahman@wigdorlaw.com

*Counsel for Plaintiff*