GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG, SBN 194130
   mwong@gibsondunn.com
PRIYANKA RAJAGOPALAN, SBN 278504
   prajagopalan@gibsondunn.com
JOSEPH TARTAKOVSKY, SBN 282223
   jtartakovsky@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

PERLETTE MICHÈLE JURA, SBN 242332
   pjura@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>              Defendant. | NO. 15–cv–00424–HSG<br><br>**UBER TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Defendant Uber Technologies Inc. ("Uber U.S.") submits this Corporate Disclosure Statement pursuant to Rule 7 of the Federal Rules of Civil Procedure.  Pursuant to Federal Rule of Civil Procedure 7.1(a), Uber U.S., through its undersigned counsel, hereby certifies that Uber U.S. has no parent corporation and that no one owns more than 10 percent of Uber U.S.'s outstanding common stock.   In addition, pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a

party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| **Name** | **Relationship** |
|---|---|
| Uber B.V. | Related corporate entity |

Dated: March 23, 2015

Respectfully submitted,

MICHAEL LI-MING WONG
PERLETTE MICHÈLE JURA
JOSEPH TARTAKOVSKY
PRIYANKA RAJAGOPALAN
GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Michael Li-Ming Wong*
       Michael Li-Ming Wong

Attorneys for Defendant