GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
PRIYANKA RAJAGOPALAN, SBN 278504
  prajagopalan@gibsondunn.com
JOSEPH TARTAKOVSKY, SBN 282223
  jtartakovsky@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Defendant. | NO. 15–cv–00424–HSG<br><br>**UBER TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

This constitutes the response of Defendant Uber Technologies, Inc. ("Uber U.S.") to Plaintiff's motion to (1) continue the Initial Case Management Conference ("CMC") to a date that is more convenient for Plaintiff's counsel, and (2) adhere to the schedule set by Magistrate Judge Beeler regarding the initial meet-and-confer, initial disclosures, ADR process selection, discovery plan; and for the Parties to hold their Rule 26(f) conference and file a Rule 26(f) Report, *inter alia*.  (Dkt. 4.)

**1. Continuance of CMC**

As Plaintiff correctly notes, Uber U.S. does not oppose Plaintiff's request for continuance.

**2. Adherence to schedule set by Magistrate Judge Beeler**

Uber U.S. opposes Plaintiff's secondary request and respectfully requests that the Court continue the dates that Magistrate Judge Beeler set for the meet-and-confer for initial disclosures,

Gibson, Dunn & Crutcher LLP

UBER TECHNOLOGIES, INC.'S RESPONSE TO PLTF.'S MOT. FOR ADJOURNMENT OF INITIAL
CASE MANAGEMENT CONFERENCE – CASE NO. 15-CV-00424

early settlement, ADR process selection, and discovery plan; for filing the ADR Certification; for filing a stipulation to ADR Process or Notice of Need for ADR Phone Conference; and for the Parties to hold their Rule 26(f) conference and file a Rule 26(f) Report.

Uber U.S. will file one or more motions to dismiss the Complaint on or before April 6, 2015. Uber U.S. believes that its grounds for dismissal are likely to be dispositive of the entire case, and it respectfully disagrees with Plaintiff about the necessity for "extensive discovery" at this early stage of the case. Certainly both the Court's and the parties' resources will be most efficiently used if the Court continues the schedule imposed by Magistrate Judge Beeler until after the Court resolves the motion to dismiss. Indeed, even if the Court does not completely dispose of this matter based on Uber U.S.'s motion, at a minimum the motion will at least narrow and streamline the issues before the parties and the Court. For this reason, this Court has recognized that it enjoys "broad discretion to stay discovery pending the resolution of a potentially dispositive motion, including a motion to dismiss." *In re Netflix Antitrust Litig.*, 506 F. Supp. 2d 308, 321 (N.D. Cal. 2007).

Recognizing that neither the Court nor the Plaintiff has yet had the opportunity to review Uber U.S.'s unfiled motion, we respectfully suggest that the Court refrain from setting dates for preliminary discovery and ADR issues until after Uber U.S. files. At that time, the Court can make a more informed decision about how best to deploy its (and the parties') resources.

Dated: March 23, 2015                    Respectfully submitted,

MICHAEL LI-MING WONG
PERLETTE MICHÈLE JURA
JOSEPH TARTAKOVSKY
PRIYANKA RAJAGOPALAN
GIBSON, DUNN & CRUTCHER LLP


By:   /s/ *Michael Li-Ming Wong*
         Michael Li-Ming Wong

Attorneys for Defendant

Gibson, Dunn & Crutcher LLP

2
UBER TECHNOLOGIES, INC.'S RESPONSE TO PLTF.'S MOT. FOR ADJOURNMENT OF INITIAL
CASE MANAGEMENT CONFERENCE – CASE NO. 15-CV-00424