UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc.<br><br>　　　　Defendants. | Case No.  15-cv-00424-HSG<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge