UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

vs.

UBER TECHNOLOGIES, INC.,

    Defendant.

Case No.: 3:15-cv-00424(HSG)

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 28, 2015**

Plaintiff's request that the Initial Case Management Conference is adjourned from April 28, 2015 to May 7, 2015 at 4:00 p.m. [~~or, in the alternative, May 12, 2015~~] is GRANTED.

~~Further, Plaintiff's request that Defendant to comply with the schedule and deadlines set forth in this Court's February 23, 2015 Order adopting Judge Beeler's Order is GRANTED.~~

**IT IS SO ORDERED.**

Date: March 25, 2015

_____
Hon. ~~Haywood S. Gilliam Jr.~~ Susan Illston
United States District Court Judge
Northern District of California