Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>　　　　　　　　　Defendant(s). | Case No: 15-cv-424 (SI)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Elizabeth J. Chen, an active member in good standing of the bar of The Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Jane Doe in the above-entitled action. My local co-counsel in this case is Colin Yuhl, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wigdor LLP<br>85 Fifth Avenue, New York, NY 10003 | Yuhl Carr LLP, 4676 Admiralty Way, Su. 550<br>Marina Del Rey, CA 90292 |
| MY TELEPHONE # OF RECORD:<br>(212) 257-6800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 827-2800 |
| MY EMAIL ADDRESS OF RECORD:<br>echen@wigdorlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cayuhl@yuhlcarr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: EC-8130.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/24/15

　　　　　　　　　　　　　　　　　　Elizabeth J. Chen
　　　　　　　　　　　　　　　　　　APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth J. Chen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/25/15

　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

      **ELIZABETH J. CHEN**      , Bar #   **EC8130**

was duly admitted to practice in this Court on

   **OCTOBER 30th, 2014**   , and is in good standing as a member of the Bar of this Court.

Dated at <u>New York, New York</u>   500 Pearl Street   on   **DECEMBER 4th, 2014**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk