MICHAEL LI-MING WONG, SBN 194130
    mwong@gibsondunn.com
PRIYANKA RAJAGOPALAN, SBN 278504
    prajagopalan@gibsondunn.com
JOSEPH TARTAKOVSKY, SBN 282223
    jtartakovsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

PERLETTE MICHÈLE JURA, SBN 242332
    pjura@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant UBER TECHNOLOGIES, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                    Defendant. | CASE NO. 3:15-cv-00424 (SI)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR INCORPORATION BY REFERENCE, OR IN THE ALTERNATIVE, FOR JUDICIAL NOTICE, IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) FOR FAILURE TO STATE A CLAIM**<br><br>Hearing<br>Date:       July 10, 2015<br>Time:      9:00 a.m.<br>Place:     Courtroom 10, 19th Floor<br>               Hon. Susan Illston |

The Court, having reviewed and considered all submissions in favor of, and opposed to, the Request for Incorporation by Reference, or in the Alternative, for Judicial Notice in Support of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby ORDERS as follows:

1. Defendant's Request for Incorporation by Reference is GRANTED.

2. Defendant's Request for Judicial Notice is GRANTED.

3. Pursuant to the doctrine of incorporation by reference and Federal Rule of Civil Procedure 10(c), the Court deems incorporated by reference and, pursuant to Federal Rule of Evidence 201, takes judicial notice of, the documents listed below and attached as Exhibits 1 through 4 to the Declaration of Michael Li-Ming Wong:

| | |
|---|---|
| Exhibit 1 | Uber B.V. User Terms in force on August 18, 2014 and December 5, 2014 |
| Exhibit 2 | Uber B.V. User Terms in force on March 29, 2014 |
| Exhibit 3 | The Agreement between Uber BV and Shiv Kumar Yadav (referred to by Plaintiffs as the Transportation Provider Agreement) |
| Exhibit 4 | A copy of the webpage at URL http://blog.uber.com/delhi-statement-update (last accessed April 4, 2015) |

IT IS SO ORDERED this ___ day of _____, 2015.

HON. SUSAN ILLSTON
United States District Judge