**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, | No. 15-cv-00424-SI |
| Plaintiff, | **DECLARATION OF ROB VAN DER WOUDE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO (1) FORUM SELECTION CLAUSE; (2) FORUM NON CONVENIENS; (3) FED. R. CIV. P. 12(B)(7); AND (4) FED. R. CIV. P. 12(B)(3)** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Gibson, Dunn &
Crutcher LLP

### DECLARATION OF ROB VAN DER WOUDE

I, Rob van der Woude, declare as follows:

### QUALIFICATIONS

1. I am over the age of 18 and I have personal knowledge of each fact stated in this declaration.

2. I am a Senior Tax Manager at Uber B.V., a Dutch entity located in The Netherlands.  My duties include managing international taxes for Uber B.V.

3. I am offering this declaration in order to provide the parties and the Court with the information set forth below, but I reserve all jurisdictional objections and do not submit Uber B.V. or myself to the jurisdiction of U.S. courts in either this or any other action.  Unless otherwise stated, I have direct knowledge of the matters discussed herein, and if called upon to testify, would state as follows:

**Uber B.V.**

4. Uber B.V. is a technology company that provides a smartphone application service ("App") that provides lead generation services on an intermediary, fee basis to independent providers of transportation services, whereby independent drivers, using the App, are able to receive and accept or reject requests for transportation made by riders who also use the App.  Uber B.V. sublicenses intellectual property, including the App, from Uber Technologies, Inc. ("Uber U.S.") through a subsidiary of Uber U.S.

5. Uber B.V. is a private company with limited liability incorporated under the laws of The Netherlands, having its corporate seat in Amsterdam, The Netherlands, and is a partially owned indirect subsidiary of and separate legal entity from Uber U.S.  More specifically, Uber B.V. is a subsidiary of Uber International B.V., which is also a private company with limited liability incorporated under the laws of The Netherlands, having its corporate seat in Amsterdam, The Netherlands.  Uber International B.V. is a subsidiary of Uber International C.V., a Dutch limited partnership duly established under the laws of The Netherlands, having its statutory seat in Bermuda.  Uber U.S. owns the majority of Uber International C.V. partnership interests. Uber B.V. and its affiliates, and the employees of Uber B.V.'s international affiliates, oversee operations of the "Uber" brand outside the U.S., including operations in India.

6.    Uber B.V. is registered with the Dutch Chamber of Commerce under number 56317441. Attached hereto as **Exhibit 1** is a true and correct copy of Uber B.V.'s Apostilled Deed of Incorporation.

7.    Uber B.V.'s headquarters and registered office is located at Vijzelstraat 68, 1017 HL, Amsterdam, The Netherlands.

8.    Uber B.V.'s board of directors operates separately and distinctly from Uber U.S.'s board of directors, and each entity has a separate and distinct board composition. Uber B.V. holds quarterly board meetings in The Netherlands and maintains corporate records separate from Uber U.S.'s corporate records.

9.    Uber B.V. has more than 60 employees in numerous departments, including finance and accounting, human resources, payroll, legal, and engineering. All of Uber B.V.'s current employees live in The Netherlands or in other countries outside of the U.S.

10.   Uber B.V. maintains separate bank accounts from Uber U.S., and separate accounting records. Uber B.V. has its own finance and accounting teams supervising its accounts, none of which are comingled with Uber U.S.'s accounts. Uber B.V. retains its own revenue and does not remit its profits to Uber U.S.

11.   Uber B.V. has authority to enter into contracts without permission or input from Uber U.S., including, but not limited to, contracts related to the Uber B.V. business, international cross-border marketing contracts, partnerships, and promotions.

12.   Uber B.V. is capitalized separately from Uber U.S., and could satisfy a civil judgment in favor of Jane Doe if she sued and recovered against Uber B.V. in The Netherlands.

13.   Uber B.V. does not conduct business within the United States, nor does it maintain any offices or other facilities in the United States.

**Uber B.V.'s Responsibilities**

14.   Uber B.V. is the main principal responsible for all operations related to the App that occur outside of the United States, including non-U.S. commercialization of the intellectual property and software applications that Uber B.V. licenses from Uber International C.V.

Gibson, Dunn &
Crutcher LLP

15. Uber B.V. and its affiliates, not Uber U.S., are responsible for all evaluation, negotiation, development and management of the relationships with both riders who use the App to connect with drivers to request rides outside of the U.S. and all livery and taxi transportation providers who use the App outside of the U.S. Non-U.S. livery and taxi transportation service providers contract with, and pay service fees to, Uber B.V. (not Uber U.S.) to use the App to receive riders' transportation service requests.

16. In the course of its dealings, Uber B.V. contracts with thousands of non-U.S. based riders and driver partners around the world on a daily basis. Each of the approximately three hundred cities in more than fifty-five countries in which Uber B.V. oversees operations has its own applicable regulations. Uber B.V. navigates these frameworks and customizes the operations and logistics of providing the App as appropriate in each jurisdiction by working with an in-country affiliate in each country in which Uber B.V. operates. This structure, where the in-country entity employs the individuals who work to provide support services to Uber B.V. in that country, is consistent for all non-U.S. operations.

17. Uber B.V. and its affiliates, not Uber U.S., are responsible for dissemination of global advertising and marketing strategies in all non-U.S. regions. While Uber U.S. may assist Uber B.V. with marketing and advertising strategies, Uber B.V. is ultimately responsible for determining its own marketing and advertising policies.

18. Uber B.V. and its affiliates, not Uber U.S., are responsible for backend infrastructure for its business, payment processing and service quality management.

19. Uber B.V. does not employ drivers, own cars, or operate any kind of transportation service.

20. In conjunction with the local support entity in the relevant city or country, Uber B.V. handles security-related issues independently of Uber U.S. Uber B.V. is not required to consult Uber U.S. before setting security policies and procedures generally or in determining how to respond to a particular incident.

21. Uber B.V. offers the App free of charge to non-U.S. based riders.

22. Only Uber B.V. contracts with riders who are based in India and use the App to request rides in India.

Gibson, Dunn &
Crutcher LLP

**This Dispute**

23. On February 3, 2015, Uber B.V., through its Amsterdam-based counsel, notified Plaintiff, through her counsel, that pursuant to the User Terms, the dispute should proceed in The Netherlands. Attached hereto as **Exhibit 2** is a true and correct copy of that letter.

24. On February 4, 2015, Plaintiff's counsel responded: "[W]e have no reason to believe that the User Terms are applicable here. Accordingly, we deny that our client is subject to the alleged User Terms, and as such, dispute that [Uber B.V.] has any right to select Amsterdam, Netherlands as the forum for Ms. Doe's dispute against Uber." Attached hereto as **Exhibit 3** is a true and correct copy of that letter.

25. On February 12, 2015, Uber B.V. responded to Plaintiff and clarified that under Dutch law—which governs the interpretation of the User Terms—the United States is neither a "relevant" nor "competent" court to hear this dispute. Attached hereto as **Exhibit 4** is a true and correct copy of that letter.

26. On February 13, 2015, Plaintiff's counsel responded: "[W]e reiterate our rejection of The Netherlands, or any jurisdiction other than the Northern District of California for that matter, as the 'relevant court of competent law' for our client's dispute with Uber." Attached hereto as **Exhibit 5** is a true and correct copy of that letter.

Gibson, Dunn &
Crutcher LLP

5

I declare under penalty of perjury under the laws of the United States of America and the State of California and the laws of the Netherlands that the above is true and correct.

Executed by me in Amsterdam, the Netherlands this 4/h day of April 2015.

By:

ROBERT VAN DER WOUDE

# Exhibit 1
# to the Declaration of Rob van der Woude



**VAN HEESWIJK NOTARISSEN N.V.**

ML/RB – 69168

## AKTE VAN OPRICHTING

van: Uber B.V.

statutair gevestigd te Amsterdam

Op vier en twintig oktober twee duizend twaalf verscheen voor mij, mr. Susanne --------

Coppen, hierna te noemen: "notaris", als waarnemer van mr. Michiel Lampe, notaris te -

Rotterdam:-----------------------------------------------------------------------------------------------

de heer Rudi Braanker, geboren te Spijkenisse op vijf maart negentienhonderd zes en ---

zestig, met kantooradres "Plaza", Weena 592, 3012 CN Rotterdam, te dezen handelende

als schriftelijk gevolmachtigde en als zodanig vertegenwoordigende: --------------------------

**Uber International B.V.**, een besloten vennootschap met beperkte aansprakelijkheid, --

statutair gevestigd te Vorden, kantoorhoudende te (7251 PA) Vorden, Hamminkweg 5,

ingeschreven in het handelsregister van de Kamer van Koophandel onder nummer -----

55808646. --------------------------------------------------------------------------------------------------

De verschenen persoon, handelend als gemeld, verklaarde bij deze voor en namens zijn ---

volmachtgever op te richten een besloten vennootschap met beperkte aansprakelijkheid, --

waarvoor worden vastgesteld de navolgende: -----------------------------------------------------

STATUTEN ---------------------------------------------------------------------------------------------------

Artikel 1--------------------------------------------------------------------------------------------------------

Begripsbepalingen-------------------------------------------------------------------------------------------

In de statuten wordt verstaan onder: -----------------------------------------------------------------

a.        schriftelijk: elk via een gangbaar communicatiemiddel, waaronder via -------------

          elektronische weg, toegezonden leesbaar en reproduceerbaar bericht. --------------

b.        vergaderrecht: het recht om, in persoon of bij schriftelijk gevolmachtigde, de ----

          algemene vergadering bij te wonen en daar het woord te voeren. -------------------

c.        vergadergerechtigden: aandeelhouders, vruchtgebruikers en pandhouders die ----

          vergaderrecht hebben, alsmede aan houders van certificaten van aandelen --------

2



waaraan bij of krachtens de statuten vergaderrecht is verbonden.--------------------

Artikel 2----------------------------------------------------------------------------------

Naam en zetel---------------------------------------------------------------------------

1.    De vennootschap draagt de naam: **Uber B.V.**---------------------------------

2.    De vennootschap heeft haar zetel te Amsterdam.-----------------------------

Artikel 3----------------------------------------------------------------------------------

Doel --------------------------------------------------------------------------------------

Het doel van de vennootschap is:-----------------------------------------------------

a.    het aangaan van overeenkomsten met betrekking tot het verlenen van on---------
      demand transportdiensten via mobiele apparaten en web-based aanvragen en ---
      hiermee verwante diensten;------------------------------------------------

b.    het - al dan niet tezamen met anderen - verwerven, houden en vervreemden van
      aandelen, deelnemingen en andere belangen in rechtspersonen,---------------------
      vennootschappen en ondernemingen zomede het samenwerken daarmee; --------

c.    het optreden als bestuurder, vennoot en/of adviseur van andere rechtspersonen,
      vennootschappen en ondernemingen;----------------------------------------

d.    het verlenen van diensten op administratief, technisch, financieel of bestuurlijk -
      gebied aan andere vennootschappen, ondernemingen en personen;----------------

e.    het huren, verhuren, vervaardigen, exploiteren, ontwikkelen, beheren, -------------
      verwerven, bezwaren en vervreemden van- alsmede het handelen in roerende en
      onroerende zaken en (register)goederen;--------------------------------------

f.    het verwerven, beheren, vervreemden en exploiteren van rechten van -------------
      intellectuele en/of industriële eigendom, waaronder begrepen patenten, ----------
      merkrechten, (sub)licenties, octrooien, procedés en/of vergunningen;--------------

het verrichten van al hetgeen met het vorenstaande direct of indirect verband houdt of -
daaraan bevorderlijk kan zijn, alles in de ruimste zin van het woord. -------------------

Artikel 4----------------------------------------------------------------------------------

Kapitaal en aandelen -------------------------------------------------------------------

1.    Het kapitaal van de vennootschap bestaat uit één of meer aandelen van ----------
      nominaal één Euro (EUR 1,00) elk, doorlopend genummerd van 1 af. -------------

2.    Alle aandelen luiden op naam. Aandeelbewijzen worden niet uitgegeven.----------

3.    Bij het nemen van een aandeel moet daarop het nominale bedrag worden --------
      gestort. Bedongen kan worden dat het nominale bedrag of een deel daarvan -----
      eerst behoeft te worden gestort na verloop van een bepaalde tijd of nadat de ----
      vennootschap het zal hebben opgevraagd.------------------------------------

4.    Storting op een aandeel moet in geld geschieden voor zover niet een andere -----
      inbreng is overeengekomen. Storting in een andere geldeenheid dan die waarin -
      het nominale bedrag van de aandelen luidt kan slechts geschieden met -----------



toestemming van de vennootschap.------------------------------------

Artikel 5 ---------------------------------------------------------------

Verplichtingen en eisen ----------------------------------------------

De statuten kunnen noch aan aandelen verplichtingen van verbintenisrechtelijke aard ---
verbinden, noch aan het aandeelhouderschap eisen verbinden. Alles onverminderd ------
hetgeen in artikel 2:192 van het Burgerlijk Wetboek is bepaald.------------------------

Artikel 6------------------------------------------------------------------

Register --------------------------------------------------------------

1.  Het bestuur houdt een register waarin de namen en de adressen van alle ----------
    aandeelhouders zijn opgenomen, met vermelding van de datum waarop zij de ---
    aandelen hebben verkregen, de datum van erkenning of betekening, de soort of
    aanduiding van de aandelen, alsmede het op ieder aandeel gestorte bedrag en ----
    tevens alle andere gegevens die krachtens de wet daarin moeten worden ----------
    opgenomen, waaronder de namen en adressen van hen die een recht van ---------
    vruchtgebruik of pandrecht op aandelen hebben, met vermelding van de datum
    waarop zij het recht hebben verkregen, de datum van erkenning of betekening, -
    alsmede met vermelding welke aan de aandelen verbonden rechten hun ----------
    toekomen. --------------------------------------------------------------
    In het register worden tevens opgenomen de namen en adressen van de houders
    van certificaten van aandelen waaraan vergaderrecht is verbonden, met -----------
    vermelding van de datum waarop het vergaderrecht aan hun certificaat is --------
    verbonden en de datum van erkenning of betekening. ------------------------

2.  Het register wordt regelmatig bijgehouden, daarin wordt mede aangetekend elk -
    verleend ontslag van aansprakelijkheid voor nog niet gedane stortingen.-----------

3.  Aandeelhouders en anderen van wie gegevens ingevolge dit artikel in het register
    moeten worden opgenomen, verschaffen aan het bestuur tijdig de nodige --------
    gegevens. ------------------------------------------------------------------

4.  Het bestuur verstrekt desgevraagd aan een hiervoor in lid 1 bedoelde persoon --
    om niet een uittreksel uit het register met betrekking tot zijn recht op een --------
    aandeel. Rust op het aandeel een recht van vruchtgebruik of een pandrecht, dan
    vermeldt het uittreksel aan wie het stemrecht en het vergaderrecht toekomt. -----

5.  Het bestuur legt het register ten kantore van de vennootschap ter inzage van de
    vergadergerechtigden.------------------------------------------------------
    De gegevens van het register omtrent niet-volgestorte aandelen zijn ter inzage --
    van een ieder; afschrift of uittreksel van deze gegevens wordt ten hoogste tegen
    kostprijs verstrekt. ---------------------------------------------------------

Artikel 7----------------------------------------------------------------

Uitgifte van aandelen en voorkeursrecht-------------------------------------



1.  De vennootschap kan slechts ingevolge een besluit van de algemene -------------
    vergadering, aandelen uitgeven, danwel rechten tot het nemen van aandelen -----
    verlenen. --------------------------------------------------------------------------------------------
    De algemene vergadering kan haar bevoegdheid hiertoe overdragen aan een -----
    ander orgaan en kan deze overdracht herroepen.---------------------------------------

2.  Bij het besluit tot uitgifte van aandelen worden de koers en de verdere -------------
    voorwaarden van uitgifte bepaald; de koers van uitgifte mag niet beneden pari --
    zijn.---------------------------------------------------------------------------------------------------

3.  Voor de uitgifte van een aandeel is vereist een daartoe bestemde, ten overstaan -
    van een notaris verleden, akte waarbij de betrokken partij zijn.----------------------

4.  Iedere aandeelhouder heeft bij uitgifte van aandelen een voorkeursrecht naar ----
    evenredigheid van het gezamenlijke bedrag van zijn aandelen, behoudens het ----
    bepaalde in artikel 2:206a van het Burgerlijk Wetboek. Het voorkeursrecht is niet
    overdraagbaar.--------------------------------------------------------------------------------------

5.  Het in het vorige lid van dit artikel bedoelde voorkeursrecht kan, telkens voor --
    een enkele uitgifte, worden beperkt of uitgesloten door het tot uitgifte bevoegde
    orgaan. ------------------------------------------------------------------------------------------------

Artikel 8-----------------------------------------------------------------------------------------------------
Verkrijging eigen aandelen-----------------------------------------------------------------------------------

1.  Het bestuur beslist over de verkrijging van aandelen in het kapitaal van de -------
    vennootschap. Verkrijging door de vennootschap van niet volgestorte aandelen
    in haar kapitaal is nietig. -----------------------------------------------------------------------

2.  De vennootschap mag, behalve om niet, geen volgestorte eigen aandelen ---------
    verkrijgen indien het eigen vermogen, verminderd met de verkrijgingsprijs, ------
    kleiner is dan de reserves die krachtens de wet of de statuten moeten worden ----
    aangehouden of indien het bestuur weet of redelijkerwijs behoort te voorzien ----
    dat de vennootschap na de verkrijging niet zal kunnen blijven voortgaan met het
    betalen van haar opeisbare schulden. --------------------------------------------------------

3.  De vorige leden gelden niet voor aandelen die de vennootschap onder algemene
    titel verkrijgt.--------------------------------------------------------------------------------------

4.  Onder het begrip aandelen in dit artikel zijn certificaten daarvan begrepen. -------

Artikel 9-----------------------------------------------------------------------------------------------------
Beperkte rechten ------------------------------------------------------------------------------------------

1.  Op aandelen kan vruchtgebruik worden gevestigd. De aandeelhouder heeft het -
    stemrecht op de aandelen waarop vruchtgebruik is gevestigd. ------------------------
    In afwijking daarvan komt het stemrecht toe aan de vruchtgebruiker indien:------
    -    dit bij de vestiging van het vruchtgebruik is bepaald of nadien schriftelijk
         tussen de aandeelhouder en de vruchtgebruiker is overeengekomen en de



> vruchtgebruiker een persoon is aan wie de aandelen krachtens het in -----
> deze statuten bepaalde vrijelijk kunnen worden overgedragen, -------------
> - dit bij de vestiging van het vruchtgebruik is bepaald of nadien schriftelijk
>   tussen de aandeelhouder en de vruchtgebruiker is overeengekomen, mits
>   zowel deze bepaling als - bij overdracht van het vruchtgebruik - de -------
>   overgang van het stemrecht is goedgekeurd door de algemene -------------
>   vergadering, danwel----------------------------------------------------------
> - het vruchtgebruik een vruchtgebruik betreft, als bedoeld in de artikelen -
>   4:19 en 4:21 van het Burgerlijk Wetboek, tenzij bij de vestiging van het --
>   vruchtgebruik door partijen of door de rechter op de voet van artikel ----
>   4:23 lid 4 van het Burgerlijk Wetboek anders is bepaald. ---------------------

2. Op aandelen kan pandrecht worden gevestigd. De aandeelhouder heeft het ------
   stemrecht op de aandelen waarop pandrecht is gevestigd. In afwijking daarvan --
   komt het stemrecht toe aan de pandhouder indien: ------------------------------------
   - dit bij de vestiging van het pandrecht is bepaald of nadien schriftelijk ----
     tussen de aandeelhouder en de pandhouder is overeengekomen en de ---
     pandhouder een persoon is aan wie de aandelen krachtens het in deze ---
     statuten bepaalde vrijelijk kunnen worden overgedragen, of----------------
   - dit bij de vestiging van het pandrecht is bepaald, al dan niet onder --------
     opschortende voorwaarde, of nadien schriftelijk tussen de aandeelhouder
     en de pandhouder is overeengekomen, mits zowel deze bepaling als - bij
     overdracht van het pandrecht - de overgang van het stemrecht is ---------
     goedgekeurd door de algemene vergadering. -------------------------------------

3. De aandeelhouder die geen stemrecht heeft en de vruchtgebruiker of -------------
   pandhouder die stemrecht heeft, hebben vergaderrecht. De vruchtgebruiker of -
   pandhouder die geen stemrecht heeft, heeft vergaderrecht, indien bij de ----------
   vestiging of overdracht van het vruchtgebruik of pandrecht niet anders is --------
   bepaald. -------------------------------------------------------------------------------

Artikel 10 ------------------------------------------------------------------------------------

Certificaten ----------------------------------------------------------------------------------

1. De algemene vergadering kan vergaderrecht aan certificaten van aandelen --------
   verbinden en ontnemen.--------------------------------------------------------------

2. Certificaten aan toonder van aandelen mogen niet worden uitgegeven. Indien in
   strijd hiermee is gehandeld kunnen, zolang certificaten aan toonder uitstaan, de -
   aan de desbetreffende aandelen verbonden rechten niet worden uitgeoefend. ----

Artikel 11 ------------------------------------------------------------------------------------

Gemeenschap -------------------------------------------------------------------------------

Indien aandelen tot een gemeenschap behoren kunnen de gezamenlijke deelgenoten ----



zich slechts door een door hen schriftelijk daartoe aangewezen persoon tegenover de --- vennootschap doen vertegenwoordigen.--------------------------------------------------------

Artikel 12 ----------------------------------------------------------------------------------------------

Levering van aandelen en beperkte rechten -------------------------------------------------------

1.    Voor de levering van een aandeel of de levering van een beperkt recht daarop is vereist een daartoe bestemde, ten overstaan van een notaris verleden, akte ------- waarbij de betrokkenen partij zijn.----------------------------------------------------

2.    De levering van een aandeel werkt mede van rechtswege tegenover de ------------ vennootschap. Behoudens in het geval dat de vennootschap zelf bij de ----------- rechtshandeling partij is, kunnen de aan het aandeel verbonden rechten eerst ---- worden uitgeoefend nadat de vennootschap de rechtshandeling heeft erkend of de akte aan haar is betekend overeenkomstig het in de wet daaromtrent ---------- bepaalde, dan wel de vennootschap deze overdracht heeft erkend door ----------- inschrijving in het register. --------------------------------------------------------------

3.    Lid 2 van dit artikel is van overeenkomstige toepassing met betrekking tot de --- levering van een certificaat van een aandeel waaraan vergaderrecht is verbonden.

Artikel 13 ----------------------------------------------------------------------------------------------

Blokkeringsregeling (aanbieding)-------------------------------------------------------------------

1.    Indien een aandeelhouder (hierna ook te noemen "de aanbieder") één of meer -- van zijn aandelen hetzij om niet, hetzij onder bezwarende titel wil overdragen, is hij in alle gevallen verplicht deze eerst aan de overige aandeelhouders en de ----- personen, als bedoeld in lid 5 van dit artikel aan te bieden.----------------------------

2.    De aanbieder geeft daartoe schriftelijk aan het bestuur kennis van zijn ------------ voornemen onder opgave van het aantal over te dragen aandelen en van de ------ persoon of de personen aan wie hij wenst over te dragen.----------------------------

3.    Het bestuur geeft binnen twee weken na ontvangst van de in het vorige lid ----- bedoelde kennisgeving daarvan schriftelijk kennis aan alle overige ----------------- aandeelhouders. ---------------------------------------------------------------------------

        Iedere aandeelhouder, die van zijn recht tot voorkeur gebruik wenst te maken, is verplicht binnen vier weken na verzending van de in de vorige zin bedoelde ----- kennisgeving aan het bestuur schriftelijk te berichten hoeveel van de aangeboden aandelen hij wenst over te nemen, bij gebreke waarvan zijn recht van ------------- overneming ten aanzien van deze aanbieding is vervallen, behoudens ------------- hernieuwde aanbieding als hierna vermeld. ------------------------------------------

4.    Reflecteren de aandeelhouders tezamen voor meer aandelen dan zijn -------------- aangeboden, dan geschiedt de toewijzing zoveel mogelijk in evenredigheid van - ieders aandelenbezit en overigens door een door het bestuur te regelen en te ---- houden verloting, met dien verstande dat aan geen aandeelhouder aldus meer ---



aandelen kunnen toevallen dan tot overname waarvan hij zich heeft bereid ------
verklaard en dat, zolang aan ieder van de daarvoor in aanmerking komende ------
aandeelhouders, ten gevolge van die verloting of een na enig vroeger aanbod ----
eerder plaats gehad hebbende verloting, als vorenbedoeld, niet ten minste één --
aandeel is toegevallen, de aandeelhouders aan wie daarbij wel een aandeel is -----
toegevallen niet meeloten. -----

5.      Het bestuur is -indien en voor zover de aandeelhouders reflecteren voor minder
aandelen dan zijn aangeboden- evenwel bevoegd, na daartoe goedkeuring van de
algemene vergadering te hebben verkregen één of meer derden aan te wijzen, ---
door wie die aandelen of één of meer daarvan worden overgenomen. De ---------
vennootschap kan slechts met instemming van de aanbieder als gegadigde -------
worden aangewezen. Hiervan doet het bestuur -gelijktijdig met de kennisgeving -
van de binnengekomen berichten van de andere aandeelhouders tot overname- --
binnen vier weken na afloop van de voor opeising door de andere ----------------
aandeelhouders gestelde termijn als bedoeld in lid 3 schriftelijk mededeling aan -
de aanbieder en aan hen, die de aandelen willen overnemen. ------------------------

6.      De prijs waartegen de aandelen worden overgedragen wordt door partijen in ----
onderling overleg bepaald. -----------------------
Komen zij binnen vier weken na verzending van de in lid 5 bedoelde -------------
kennisgeving van het bestuur niet tot overeenstemming, dan geschiedt de --------
waardebepaling door één onafhankelijke deskundige (respectievelijk indien één -
van de partijen zulks wenst, door drie onafhankelijke deskundigen) in onderling
overleg te benoemen door de aanbieder en de gegadigden, of, indien ook over --
deze benoeming partijen niet tot overeenstemming kunnen komen, op verzoek -
van de meest gerede partij te benoemen door de voorzitter van de Kamer van --
Koophandel binnen wier ressort de vennootschap feitelijk is gevestigd. ------------
Aan deze deskundige(n) verstrekt het bestuur alle door hem (hen) verlangde ----
inlichtingen. ---------------------------
Het bestuur deelt onverwijld aan de aanbieder en iedere gegadigde schriftelijk ---
mede welke prijs door de deskundige(n) is vastgesteld.----------------------------
Partijen zijn gebonden aan de uitspraak van deze deskundige(n). -------------------
Een gegadigde heeft het recht binnen één maand nadat hem de prijs is -----------
meegedeeld geheel of gedeeltelijk van aankoop af te zien.-------------------------
Komen hierdoor aandelen vrij, dan worden de aldus vrijgekomen aandelen ------
alsnog tegen de door de deskundige(n) vastgestelde prijs aan de overige ---------
gegadigden aangeboden met inachtneming van het in de leden 3 tot en met 5 ---
bepaalde. --------------------------------
De aanbieder blijft bevoegd zijn aanbod in te trekken mits dit geschiedt binnen -



een maand nadat hem bekend is aan welke gegadigden hij al de aandelen, --------
waarop het aanbod betrekking heeft, kan verkopen en tegen welke prijs, in welk
geval hij deze aandelen behoudt en niet aan een derde zal mogen overdragen.----

7.  De kosten van de prijsvaststelling komen ten laste van:------------------------------

    a.  de aanbieder indien deze zijn aanbod intrekt;------------------------------

    b.  de aanbieder voor de helft en de kopers voor de andere helft indien de --
        aandelen door mede-aandeelhouders zijn gekocht, met dien verstande ---
        dat iedere koper in de kosten bijdraagt in verhouding tot het aantal door
        hem gekochte aandelen;------------------------------------------------------

    c.  de vennootschap in niet onder a of b genoemde gevallen. --------------------

8.  Indien alle aandelen zijn afgenomen is de aanbieder verplicht binnen tien dagen,
nadat na te melden storting heeft plaatsgehad, tot levering van de aandelen over
te gaan. De gegadigden zijn verplicht binnen tien dagen na een daartoe -----------
strekkend verzoek van het bestuur, door het bestuur te doen binnen tien dagen -
na afloop van de in lid 6 laatste zin bedoelde termijn, de prijs van de aandelen te
storten en wel, tenzij anders wordt overeengekomen, bij de notaris ten overstaan
van wie de akte van levering zal worden verleden. Bij gebreke van -----------------
overeenstemming tussen partijen over de aanwijzing van die notaris wijst het ----
bestuur de notaris aan. Blijven één of meer gegadigden met de bedoelde storting
in gebreke dan zal het bestuur binnen twee weken na het verstrijken van ---------
voormelde termijn aan de gegadigden die wel aan hun stortingsplicht hebben ---
voldaan, kennis geven van het aantal aandelen waarvoor de prijs niet is gestort; -
deze aandelen gelden als aangeboden aan diegenen tot wie de kennisgeving is ---
gericht. -------------------------------------------------------------------------------------

De gegadigden die één of meer van de aldus beschikbaar gekomen aandelen -----
tegen de geldende prijs wensen over te nemen, delen dit binnen veertien dagen -
na de verzending van de hiervoor bedoelde kennisgeving aan het bestuur mede.
Het bestuur zal binnen veertien dagen na het verstrijken van de in de vorige zin
bedoelde termijn aan de aanbieder en de gegadigden die beschikbaar gekomen --
aandelen hebben opgeëist, mededelen hoeveel aandelen worden toegewezen en
aan wie. ------------------------------------------------------------------------------------

Het bepaalde in de laatste twee zinnen van lid 6 is van overeenkomstige ----------
toepassing. --------------------------------------------------------------------------------

De gegadigden aan wie nader aandelen zijn toegewezen zijn verplicht binnen ----
veertien dagen na verzending van de hiervoor bedoelde kennisgeving van -------
toewijzing de door hen te dier zake verschuldigde prijs te storten op de wijze als
hiervoor in dit lid omschreven.-------------------------------------------------------------

9.  De aanbieder is vrij in de overdracht van alle aangeboden aandelen aan de -------



voorgestelde verkrijger(s), indien niet alle aangeboden aandelen tegen contante -
betaling worden afgenomen, mits de levering plaats heeft binnen drie maanden -
nadat dit is komen vast te staan en mits niet tegen een lagere prijs dan waartegen
de aangeboden aandelen aan de overige aandeelhouders overeenkomstig de -----
voorgaande leden werden aangeboden.------------------------------------------

10.  Mocht de aanbieder met levering van de aandelen als hiervoor in lid 8 bedoeld in
gebreke blijven, dan zal de vennootschap onherroepelijk tot de levering zijn -----
gemachtigd. ------------------------------------------------------------------

11.  In geval een aandeelhouder overlijdt, onherroepelijk in staat van faillissement ---
wordt verklaard, aan hem surseance van betaling wordt verleend, op hem de ----
wettelijke schuldsaneringsregeling natuurlijke personen van toepassing wordt, ---
zijn aandelen in de vennootschap onder meerderjarigen bewind worden gesteld,
hij onder curatele wordt gesteld respectievelijk in geval van ontbinding van de --
huwelijksvermogens-gemeenschap of een gemeenschap ten gevolge van een ----
geregistreerd partnerschap van een aandeelhouder anders dan door overlijden, -
dan gelden zijn aandelen als aangeboden, onverminderd het bepaalde in lid 14. --
Aandelen worden eveneens geacht te zijn aangeboden ingeval een -----------------
aandeelhouder-rechtspersoon wordt ontbonden of tengevolge van een juridische
fusie of splitsing ophoudt te bestaan zomede ingeval van overgang van aandelen
krachtens juridische afsplitsing. --------------------------------------------------
Iedere aandeelhouder, waaronder begrepen de hiervoor in dit lid bedoelde -------
aandeelhouder-rechtspersoon, wiens aandelen op grond van het hiervoor in dit -
lid bepaalde als aangeboden gelden, respectievelijk diens rechtverkrijgende(n) of
diens wettelijke vertegenwoordiger, is verplicht binnen dertig dagen nadat die ---
aandelen als aangeboden gelden, daarvan kennis te geven aan het bestuur, onder
opgave van aantal en aanduidingen van de desbetreffende aandelen, welke ------
kennisgeving geldt als een aanbieding in de zin van lid 1.------------------------
Zolang de aandelen niet zijn overgedragen, behoudt de aandeelhouder of diens -
rechtsvertegenwoordiger of verkrijger(s) alle aan de aandelen verbonden rechten.
Het bepaalde in de vorige leden van dit artikel vindt overeenkomstige ------------
toepassing, met dien verstande dat de aanbieder niet bevoegd zal zijn zich terug
te trekken (en derhalve niet het recht heeft zijn aanbod in te trekken) en voorts -
met dien verstande dat de aanbieder zijn aandelen kan behouden, indien van het
aanbod geen of geen volledig gebruik wordt gemaakt. ----------------------------
Blijft een aandeelhouder of diens rechtverkrijgenden of wettelijke ----------------
vertegenwoordiger casu quo de nieuwe aandeelhouder(s), ondanks daartoe ------
strekkende sommatie van het bestuur, in gebreke met het voldoen aan de --------
verplichtingen voortvloeiende uit dit lid dan zal de vennootschap onherroepelijk



gemachtigd zijn die aandelen te koop aan te bieden en de aandelen te leveren. ---

12. Het bepaalde in dit artikel geldt ook indien iemand, in welke hoedanigheid of ---
krachtens welke titel ook, één of meer aandelen van een ander mocht willen -----
vervreemden. -------

13. Het bepaalde in dit artikel vindt mede toepassing ten aanzien van claims en ------
andere uit aandelen voortspruitende rechten, met uitzondering van rechten op --
uitkeringen in contanten. ------------

14. Het bepaalde in de vorige leden van dit artikel vindt geen toepassing, indien alle
overige aandeelhouders hetzij aan degene wiens aandelen zijn aangeboden of als
aangeboden gelden, hetzij aan het bestuur schriftelijk hebben medegedeeld dat -
zij voor het desbetreffende geval afstand doen van de hen in dit artikel ----------
toegekende rechten, mits de overdracht binnen drie maanden nadat alle overige
aandeelhouders een zodanige verklaring hebben afgelegd plaatsheeft. -------------
Indien zich onder de deelgerechtigden, als bedoeld in lid 11, de persoon bevindt
van wiens zijde de aandelen in de gemeenschap zijn gevallen, wordt de -----------
aanbiedingsverplichting gedurende twaalf maanden opgeschort en deze vervalt -
indien de aandelen binnen die termijn aan die persoon zijn toebedeeld. ------------
Het bepaalde in de vorige leden van dit artikel vindt evenmin toepassing, indien
de aandeelhouder krachtens de wet tot overdracht van zijn aandeel aan een ------
eerdere houder verplicht is. ------------

15. De voorgaande leden van dit artikel zijn niet van toepassing bij overdracht of ---
overgang van één of meer aandelen aan de vennootschap. -------------------------

Artikel 14 -----------------------------------------------------------------------------------

Bestuur ---------------------------------------------------------------------------------------

1. Het bestuur van de vennootschap bestaat uit één of meer bestuurders die --------
worden benoemd door de algemene vergadering. ----------------------------------

2. Bestuurders kunnen te allen tijde door de algemene vergadering worden ----------
geschorst en ontslagen. --------------------------------------------------------------

3. De bezoldiging en de verdere arbeidsvoorwaarden van iedere bestuurder worden
vastgesteld door de algemene vergadering. ----------------------------------------

Artikel 15 ----------------------------------------------------------------------------------

Bestuurstaak----------------------------------------------------------------------------------

1. Het bestuur is belast met het besturen van de vennootschap. Bij de vervulling ---
van hun taak richten de bestuurders zich naar het belang van de vennootschap -
en de met haar verbonden onderneming. ------------------------------------------

2. Het bestuur kan een reglement vaststellen waarin regels worden gegeven ---------
omtrent de wijze van vergaderen, besluitvorming en de werkwijze van het -------
bestuur. -------------------------------------------------------------------------



3.   Het bestuur kan een taakverdeling vaststellen. ------------------------------------

4.   Het bestuur dient zich te gedragen naar de aanwijzingen van de algemene --------
vergadering. Het bestuur is gehouden de aanwijzingen op te volgen, tenzij deze -
in strijd zijn met het belang van de vennootschap en de met haar verbonden ----
onderneming. ------------------------------------------------------------------------

5.   Het bestuur houdt aantekening van de besluiten van de algemene vergadering, --
welke ten kantore van de vennootschap ter inzage liggen van de aandeelhouders.
Aan ieder van hen wordt desgevraagd een afschrift of uittreksel van deze --------
aantekeningen verschaft tegen ten hoogste de kostprijs. -----------------------------

Artikel 16 ----------------------------------------------------------------------------------

Bestuursvergaderingen ------------------------------------------------------------------------

1.   Tot vergaderingen van het bestuur kan schriftelijk worden opgeroepen door ----
iedere bestuurder, niet later dan de vijfde dag voor die van de vergadering, onder
vermelding van de te bespreken onderwerpen. --------------------------------------

2.   Het verhandelde ter vergadering wordt zakelijk weergegeven in notulen ----------
vastgelegd. ----------------------------------------------------------------------------

3.   Een bestuurder kan zich ter vergadering door een medebestuurder bij ------------
schriftelijke volmacht doen vertegenwoordigen. ------------------------------------

Artikel 17 ----------------------------------------------------------------------------------

Besluitvorming bestuur -----------------------------------------------------------------------

1.   Alle besluiten van het bestuur waaromtrent bij reglement geen grotere ------------
meerderheid is voorgeschreven, worden genomen met volstrekte meerderheid --
van de uitgebrachte stemmen. Iedere bestuurder heeft één stem. Bij staking van
stemmen is het voorstel verworpen. --------------------------------------------------

2.   Een bestuurder neemt niet deel aan de beraadslaging en besluitvorming indien --
hij daarbij een direct of indirect persoonlijk belang heeft dat tegenstrijdig is met
het belang van de vennootschap en de met haar verbonden onderneming. -------
Wanneer hierdoor een bestuursbesluit niet kan worden genomen is het bestuur -
en zijn de bestuurders daartoe alsnog bevoegd, mits het besluit met algemene ---
stemmen wordt genomen. -----------------------------------------------------------

3.   Het bestuur kan buiten vergadering besluiten nemen mits alle bestuursleden met
deze wijze van besluitvorming instemmen. Het resultaat van de stemming wordt
schriftelijk vastgelegd.------------------------------------------------------------------

Artikel 18 ----------------------------------------------------------------------------------

Vertegenwoordiging --------------------------------------------------------------------------

1.   Het bestuur vertegenwoordigt de vennootschap. ----------------------------------
De bevoegdheid de vennootschap te vertegenwoordigen komt mede aan iedere
bestuurder toe. -----------------------------------------------------------------------



2.     De bevoegdheid tot het aanstellen van functionarissen met een algemene of ----- beperkte vertegenwoordigingsbevoegdheid, komt uitsluitend toe aan het bestuur. Elk van hen vertegenwoordigt de vennootschap met inachtneming van de ------- begrenzing aan zijn bevoegdheid gesteld. Hun titulatuur wordt door het bestuur bepaald.-------------------------------------------------------------------------------------------------

3.     In alle gevallen van een tegenstrijdig belang tussen de vennootschap en een ------ bestuurder, wordt de vennootschap vertegenwoordigd overeenkomstig het ------ bepaalde in lid 1 van dit artikel. De algemene vergadering is steeds bevoegd een of meer andere personen (waaronder begrepen de bestuurder(s) te wiens aanzien het tegenstrijdig belang bestaat) daartoe aan te wijzen. ----------------------------- Het bepaalde in de tweede zin van dit lid zal zijn vervallen indien en zodra het -- bepaalde in artikel 2:256 van het Burgerlijk Wetboek zoals dit thans luidt zal ----- komen te vervallen.--------------------------------------------------------------------------------

4.     Rechtshandelingen van de vennootschap jegens de houder van alle aandelen of - jegens een deelgenoot in enige huwelijksgemeenschap of in een gemeenschap --- van geregistreerd partnerschap waartoe alle aandelen behoren, waarbij de -------- vennootschap wordt vertegenwoordigd door deze aandeelhouder, worden ------- schriftelijk vastgelegd. Voor de toepassing van de vorige zin worden aandelen --- gehouden door de vennootschap of haar dochtermaatschappijen niet meegeteld. Het hierboven in dit lid bepaalde is niet van toepassing op rechtshandelingen die onder de bedongen voorwaarden tot de gewone bedrijfsuitoefening van de ------ vennootschap behoren. -----------------------------------------------------------------------------

Artikel 19 ------------------------------------------------------------------------------------------------

Goedkeuring bestuursbesluiten--------------------------------------------------------------------

1.     De algemene vergadering is bevoegd besluiten van het bestuur aan haar ---------- goedkeuring te onderwerpen. Deze besluiten dienen duidelijk omschreven te ---- worden en schriftelijk aan het bestuur te worden meegedeeld. -----------------------

2.     Het ontbreken van goedkeuring als bedoeld in dit artikel tast de -------------------- vertegenwoordigingsbevoegdheid van het bestuur of de bestuurders niet aan. ----

Artikel 20 ------------------------------------------------------------------------------------------------

Ontstentenis en belet-------------------------------------------------------------------------------

Ontstentenis of belet van een bestuurder doet niet af aan de bestuursbevoegdheid van  - de andere bestuurders. In geval van ontstentenis of belet van alle bestuurders of van de enige bestuurder is de persoon die de algemene vergadering daartoe heeft aangewezen  - of zal aanwijzen voorlopig met het bestuur belast.------------------------------------------------

Artikel 21 ------------------------------------------------------------------------------------------------

Algemene vergaderingen--------------------------------------------------------------------------

1.     Tijdens ieder boekjaar wordt ten minste één algemene vergadering gehouden of



ten minste één maal op andere wijze dan in een vergadering besloten.--------------

2.    Onverminderd het bepaalde in lid 1 van dit artikel worden algemene -----------
vergaderingen gehouden zo dikwijls als het bestuur of aandeelhouders tezamen -
vertegenwoordigend ten minste één honderdste van het geplaatste kapitaal zulks
nodig achten. ------------------------------------------------------------------
Voor de toepassing van dit lid worden de overige vergadergerechtigden -----------
gelijkgesteld met houders van aandelen.-----------------------------------------

3.    De algemene vergaderingen worden gehouden in de gemeente waar de -----------
vennootschap haar zetel heeft. --------------------------------------------------
Een algemene vergadering kan elders worden gehouden, mits alle -------------------
vergadergerechtigden hebben ingestemd met de plaats van de vergadering en de
bestuurders voorafgaand aan de besluitvorming in de gelegenheid zijn gesteld ---
om advies uit te brengen.--------------------------------------------------------

4.    De algemene vergadering voorziet zelf haar voorzitterschap. De voorzitter wijst
een secretaris aan.--------------------------------------------------------------

5.    Van het verhandelde in elke algemene vergadering worden notulen gehouden ---
door de secretaris. De notulen worden vastgesteld door de voorzitter en de ------
secretaris en als bewijs daarvan door hen getekend. Indien het bestuur niet is ----
vertegenwoordigd op de vergadering, draagt de voorzitter van de vergadering ---
ervoor zorg dat het bestuur van de genomen besluiten zo spoedig mogelijk na de
vergadering een afschrift van de genomen besluiten wordt verstrekt. --------------

6.    De bestuurders hebben als zodanig in de algemene vergadering een raadgevende
stem. ---------------------------------------------------------------------------

Artikel 22 ---------------------------------------------------------------------------

Oproeping en agenda----------------------------------------------------------------

1.    De algemene vergaderingen worden schriftelijk bijeengeroepen door het ---------
bestuur, zomede door iedere bestuurder afzonderlijk, door middel van -------------
oproepingsbrieven gericht aan de adressen van de aandeelhouders en overige ---
vergadergerechtigden van de vennootschap zoals deze zijn vermeld in het -------
register. -------------------------------------------------------------------------

2.    Een of meer houders van aandelen die alleen of gezamenlijk ten minste één -----
honderdste gedeelte van het geplaatste kapitaal vertegenwoordigen kunnen aan -
het bestuur schriftelijk en onder nauwkeurige opgave van de te behandelen ------
onderwerpen het verzoek richten een algemene vergadering bijeen te roepen.----
Het bestuur treft de nodige maatregelen, opdat de algemene vergadering binnen
vier (4) weken na het verzoek kan worden gehouden, tenzij een zwaarwichtig ---
belang van de vennootschap zich daartegen verzet. Indien het bestuur geen -----
uitvoering geeft aan het verzoek, kunnen de in de eerste zin bedoelde ------------



aandeelhouders op hun verzoek door de voorzieningenrechter van de rechtbank worden gemachtigd tot bijeenroeping van de algemene vergadering.----------------
Voor de toepassing van dit lid worden de overige vergadergerechtigden ----------
gelijkgesteld met houders van aandelen.-----------------------------------------------

3.   De oproeping geschiedt niet later dan op de achtste dag vóór die van de ---------
vergadering. Bij de oproeping worden de te behandelen onderwerpen vermeld. -
Onderwerpen die niet bij de oproeping zijn vermeld, kunnen nader worden -----
aangekondigd met inachtneming van de in dit artikel gestelde vereisten. ----------

4.   Omtrent onderwerpen waarvan de behandeling niet conform het bepaalde in lid
3 van dit artikel is aangekondigd, kunnen slechts geldige besluiten worden -------
genomen indien alle vergadergerechtigden ermee hebben ingestemd dat de ------
besluitvorming over die onderwerpen plaatsvindt en de bestuurders voorafgaand
aan de besluitvorming in de gelegenheid zijn gesteld om advies uit te brengen. ---

Artikel 23 ------------------------------------------------------------------------------------

Besluitvorming algemene vergadering--------------------------------------------------

1.   Voor zover de wet of deze statuten geen grotere meerderheid voorschrijven -----
worden alle besluiten van de algemene vergadering genomen met een gewone --
meerderheid van de uitgebrachte stemmen. -----------------------------------------

2.   Elk aandeel geeft recht op één stem. De vennootschap kan op aandelen die zij --
houdt in haar eigen kapitaal geen stem uitbrengen. Het bepaalde in de vorige zin
geldt ook voor dochtervennootschappen van de vennootschap die aandelen in  -
het kapitaal van de vennootschap houden. ------------------------------------------

3.   Staken de stemmen bij een andere stemming dan bij verkiezing van personen, --
dan is het voorstel verworpen. ------------------------------------------------------
Mocht ten aanzien van de benoeming van personen bij eerste stemming geen ---
gewone meerderheid worden verkregen, dan zal een nieuwe vrije stemming ------
plaatshebben. Indien ook dan geen gewone meerderheid verkregen wordt, zal --
een herstemming plaatshebben tussen de twee personen die de meeste stemmen
op zich verenigden. Komen door gelijkheid van het aantal verworven stemmen -
meer dan twee personen voor de herstemming in aanmerking, dan zal bij een ---
tussenstemming worden beslist, welke twee personen in de herstemming zullen
komen, respectievelijk wie met de persoon op wie het hoogste aantal stemmen is
uitgebracht, in de herstemming zal worden opgenomen. -----------------------------
Staken bij een tussenstemming, als in de vorige zin bedoeld, of bij een -----------
eindstemming de stemmen, dan zal een tweede vergadering worden ---------------
bijeengeroepen, waarin opnieuw zal worden gestemd. Staken ook in deze tweede
vergadering de stemmen dan is geen besluit tot stand gekomen. --------------------
Bij staking van stemmen ten aanzien van besluiten die krachtens wet of deze ----



statuten met gewone meerderheid kunnen worden genomen en over andere -----
onderwerpen dan de benoeming van personen zal een tweede vergadering -------
worden gehouden, niet eerder dan drie weken en niet later dan zeven weken na -
de eerste vergadering, waarin opnieuw zal worden gestemd.------------------------
Staken ook in deze tweede vergadering de stemmen, dan zal de algemene --------
vergadering één of meer (mits bestaande uit een oneven aantal) deskundige(n) --
aanwijzen teneinde over het desbetreffende voorstel een beslissing te nemen. --
Indien de algemene vergadering over de aanwijzing van de deskundige(n) niet --
tot overeenstemming kan geraken, zal/zullen deze deskundige(n) op verzoek ---
van de meest gerede stemgerechtigde worden aangewezen door de voorzitter ---
van de kamer van koophandel tot welker ressort de vennootschap behoort. ------

4.  Blanco stemmen en nietige stemmen gelden als niet uitgebracht. --------------------

Artikel 24 ----------------------------------------------------------------------------------------

Besluitvorming buiten vergadering---------------------------------------------------------------

1.  Besluitvorming van aandeelhouders kan op andere wijze dan in een vergadering
    geschieden, mits alle vergadergerechtigden met deze wijze van besluitvorming --
    hebben ingestemd. De instemming met deze wijze van besluitvorming kan langs
    elektronische weg plaatsvinden. De stemmen worden schriftelijk uitgebracht. ---
    Aan het vereiste van schriftelijkheid van de stemmen wordt tevens voldaan ------
    indien het besluit onder vermelding van de wijze waarop ieder van de -------------
    aandeelhouders stemt schriftelijk of elektronisch is vastgelegd en door alle -------
    vergadergerechtigden is ondertekend. ---------------------------------------------------
    De bestuurders worden voorafgaand aan de besluitvorming in de gelegenheid ---
    gesteld om advies uit te brengen. ------------------------------------------------------

2.  Indien besluitvorming plaatsvindt overeenkomstig lid 1 zijn alle vereisten --------
    omtrent quorum en gekwalificeerde meerderheid zoals bij de wet of deze --------
    statuten bepaald van overeenkomstige toepassing.----------------------------------

Artikel 25 --------------------------------------------------------------------------------------

Boekjaar en jaarrekening-----------------------------------------------------------------------

1.  Het boekjaar is gelijk aan het kalenderjaar. -------------------------------------------

2.  Jaarlijks binnen vijf maanden na afloop van het boekjaar, behoudens verlenging
    van deze termijn met ten hoogste zes maanden door de algemene vergadering --
    op grond van bijzondere omstandigheden, wordt door het bestuur een -----------
    jaarrekening opgemaakt.-------------------------------------------------------------

3.  De jaarrekening wordt ondertekend door de bestuurders, ontbreekt de -----------
    ondertekening van een of meer van hen, dan wordt daarvan onder opgave van --
    reden melding gemaakt. -------------------------------------------------------------

4.  De algemene vergadering stelt de jaarrekening vast. Een besluit tot vaststelling --



van de jaarrekening door de algemene vergadering strekt niet tevens tot kwijting aan een bestuurder, behoudens het hierna in lid 5 bepaalde. De algemene -------- vergadering kan besluiten tot gehele of gedeeltelijke kwijting aan een of meer --- bestuurders. ------------

5.  Indien alle aandeelhouders tevens bestuurder van de vennootschap zijn, geldt --- ondertekening van de jaarrekening door alle bestuurders tevens als vaststelling -- van de jaarrekening, mits alle overige vergadergerechtigden in de gelegenheid ---- zijn gesteld om kennis te nemen van de opgemaakte jaarrekening en met deze -- wijze van vaststelling hebben ingestemd. Deze ondertekening wordt beschouwd -- als een besluit tot vaststelling van de jaarrekening genomen buiten vergadering -- en strekt tevens tot kwijting aan de bestuurders.------------

6.  De vennootschap zal, indien daartoe wettelijk verplicht, een daartoe -------------- gekwalificeerde accountant opdracht verlenen tot het onderzoek van de ---------- jaarrekening. Tot het verlenen van deze opdracht is de algemene vergadering ---- bevoegd. Indien de algemene vergadering niet hiertoe overgaat is het bestuur --- bevoegd.------------

Artikel 26 ------------

Winst ------------

1.  De algemene vergadering is bevoegd tot bestemming van de winst die door de -- vaststelling van de jaarrekening is bepaald en tot vaststelling van uitkeringen, ---- voor zover het eigen vermogen groter is dan de reserves die krachtens de wet of -- deze statuten moeten worden aangehouden. ------------

2.  Een besluit dat strekt tot uitkering heeft geen gevolgen zolang het bestuur geen - goedkeuring heeft verleend. Het bestuur weigert slechts de goedkeuring indien - het weet of redelijkerwijs behoort te voorzien dat de vennootschap na de -------- uitkering niet zal kunnen blijven voortgaan met het betalen van haar opeisbare - schulden. ------------

3.  Bij de berekening van iedere uitkering tellen de aandelen, die de vennootschap in haar kapitaal houdt dan wel waarvan zij certificaten van aandelen houdt niet ----- mede, tenzij deze aandelen of certificaten van aandelen belast zijn met een ------- vruchtgebruik of pandrecht of van aandelen certificaten zijn uitgegeven ten ------ gevolge waarvan het winstrecht toekomt aan de vruchtgebruiker, de pandhouder - of de houder van die certificaten.------------

4.  Bij de berekening van het bedrag, dat op ieder aandeel zal worden uitgekeerd, --- komt slechts het bedrag van de verplichte stortingen op het nominale bedrag --- van de aandelen in aanmerking. Van de vorige zin kan telkens met instemming - van alle aandeelhouders worden afgeweken. ------------

5.  Vorderingen van een aandeelhouder uit hoofde van dit artikel waarover niet -----



binnen vijf jaar na de beschikbaarstelling is beschikt, vervallen aan de -------------
vennootschap. -------------------------------------------------------------------------

6.  De vennootschap mag ook tussentijds uitkeringen doen. Het in dit artikel --------
    bepaalde is dan van overeenkomstige toepassing. ------------------------------------

Artikel 27 ---------------------------------------------------------------------------------

Statutenwijziging -------------------------------------------------------------------------

1.  Voor de wijziging van de statuten is vereist een daartoe bestemde, ten overstaan
    van een notaris verleden, akte in de Nederlandse taal.----------------------------------

2.  De algemene vergadering is bevoegd de statuten te wijzigen. ----------------------

3.  Wanneer aan de algemene vergadering een voorstel tot statutenwijziging wordt -
    gedaan, moet zulks steeds bij de oproeping van de algemene vergadering worden
    vermeld. ------------------------------------------------------------------------------

4.  Er moet tegelijkertijd een afschrift van het voorstel, waarin de voorgedragen ----
    wijziging woordelijk is opgenomen, ten kantore van de vennootschap ter inzage
    worden gelegd voor aandeelhouders tot de afloop van de vergadering.--------------

Artikel 28 ---------------------------------------------------------------------------------

Ontbinding en vereffening ----------------------------------------------------------------

1.  De vennootschap wordt ontbonden door een besluit van de algemene ------------
    vergadering. Een voorstel tot ontbinding van de vennootschap, moet bij de -----
    oproeping tot de desbetreffende algemene vergadering worden vermeld. ----------

2.  In geval van ontbinding van de vennootschap ingevolge het vorige lid van dit ---
    artikel, worden de bestuurders vereffenaars van het vermogen van de ontbonden
    vennootschap tenzij de algemene vergadering andere personen daartoe aanwijst.

3.  De vereffenaars hebben dezelfde bevoegdheden, plichten en aansprakelijkheden
    als bestuurders, voor zover deze verenigbaar zijn met hun taak als vereffenaar.---

4.  Hetgeen na voldoening van de schulden is overgebleven wordt uitgekeerd aan --
    de aandeelhouders naar evenredigheid van het gezamenlijk nominaal bedrag van
    ieders aandelen. ---------------------------------------------------------------------

5.  Nadat de vennootschap heeft opgehouden te bestaan worden de boeken, --------
    bescheiden en andere gegevensdragers gedurende zeven (7) jaren bewaard door
    degene die daartoe door de vereffenaars is aangewezen. -------------------------------

Slotverklaringen ----------------------------------------------------------------------------

Tenslotte verklaarde de verschenen persoon:--------------------------------------------

a.  Bij oprichting is één (1) aandeel, nominaal groot één Euro, a pari geplaatst. Het -
    totale geplaatste kapitaal bedraagt derhalve één Euro (EUR 1,00). Door de ------
    oprichter, Uber International B.V., voornoemd, wordt deelgenomen met één (1)
    aandeel, op welk aandeel in contanten zal worden gestort, al naar gelang de-------
    vennootschap het zal hebben opgevraagd. Het gestorte kapitaal bedraagt ---------



derhalve bij oprichting nul Euro (EUR 0,00). Storting in vreemd geld is ----------- toegestaan. --------------------------------------------------------------------------

b.      Voor de eerste maal worden benoemd tot bestuurder van de vennootschap:------

      1.      de heer **Travis Cordell Kalanick**, wonende te 3800 16th Street, San ------ Francisco, CA 94114, Verenigde Staten van Amerika, geboren te ---------- Californië, Verenigde Staten van Amerika, op zes augustus ------------------ negentienhonderd zes en zeventig; en------------------------------------------

      2.      de heer **Simon John Breakwell**, wonende te Woodlands, North Road, --- Bath BA2 6HB, Verenigd Koninkrijk, geboren te Londen, Verenigd ------- Koninkrijk, op zes februari negentienhonderd vijf en zestig. -----------------

c.      Het eerste boekjaar van de vennootschap eindigt op één en dertig december ---- tweeduizend twaalf. -----------------------------------------------------------------

d.      Het eerste adres van de vennootschap is: Hamminkweg 5, 7251 RB te Vorden. --

Slotbepaling -------------------------------------------------------------------------------

Van de volmacht aan de verschenen persoon blijkt uit één (1) schriftelijke volmacht, ---- welke aan deze akte zal worden gehecht. (bijlage) --------------------------------------

De verschenen persoon is mij, notaris, bekend. -------------------------------------------

Deze akte is verleden te Rotterdam op de dag aan het begin van deze akte vermeld.------

Voor het verlijden van deze akte heb ik, notaris, aan de verschenen persoon mededeling gedaan van de zakelijke inhoud van deze akte, daarop een toelichting gegeven en heb ik gewezen op de uit de inhoud van de akte voortvloeiende gevolgen. --------------------------

De verschenen persoon heeft verklaard op volledige voorlezing van de akte geen prijs te stellen, tijdig voor het verlijden van de inhoud van de akte te hebben kennis genomen -- en met de inhoud in te stemmen. -------------------------------------------------------

Vervolgens is deze akte, na beperkte voorlezing, door de verschenen persoon en mij, --- notaris, ondertekend. ---------------------------------------------------------------------

w.g. de verschenen persoon en de notaris.



UITGEGEVEN VOOR AFSCHRIFT

door mij, mr. Rogier Jozef Maria van Heeswijk, kandidaat-notaris, als waarnemer van mr. Wijnand Matthijs van Eijck, notaris te Rotterdam, als waarnemer van het vacante protocol van mr. Michiel Lampe, destijds notaris te Rotterdam, heden tweeëntwintig juli tweeduizend veertien

APOSTILLE

1. (**Convention de la Haye du 5 Octobre 1961**)
   **Country: NETHERLANDS**
   This public document
2. has been signed by mr. R.J.M. van Heeswijk
3. acting in the capacity of junior notary
4. bears the seal/stamp of
   mr. M. Lampe at Rotterdam
   Certified
5. at Rotterdam 6. 22 July 2014
7. by the Clerk of the District Court
   (Griffier van de Rechtbank)

8. No. HA RP 14.4606
9. Seal/stamp

10. Signature
D.A.C. Saija-Kruit





# Exhibit 2
# to the Declaration of Rob van der Woude

Advocaten
Notarissen
Belastingadviseurs

# DE BRAUW
## BLACKSTONE
WESTBROEK

**By courier**

Ms Jane Doe
c/o WIGDOR LLP
Mr D.H. WIGDOR
85 Fifth Avenue
New York, NY 10003
UNITED STATES OF AMERICA

Claude Debussylaan 80
P.O. Box 75084
1070 AB Amsterdam

T +31 20 577 1771
F +31 20 577 1775

**Also by email: dwigdor@wigdorlaw.com**

| | |
|---|---|
| Date 3 February 2015 | Geert H. Potjewijd |
| | E geert.potjewijd@debrauw.com |
| Our ref.    M22588083/1/20620071/ND | T +31 20 577 1953 (direct) |
| | F +31 20 577 1775 |

Re:      Uber/Jane Doe

Dear Ms Doe,

It has come to our attention that on January 29, 2015, you initiated a legal proceeding in the State of California in the United States that makes claims in connection with services you received from Uber B.V. in India. This letter is not intended to convey any views of Uber B.V. on the merits of your proceeding, nor does it constitute consent to jurisdiction in any court outside of the Netherlands. However, we wish to notify you that your use of Uber services in India was governed by the Uber B.V. User Terms. Pursuant to the User Terms, we hereby invoke our right to select Amsterdam, Netherlands, as the forum for litigation or dispute arising under the User Terms.

As you are represented by counsel, we are sending this letter care of your attorney, Mr. Douglas Wigdor. We trust that Mr. Wigdor will promptly inform us if he is not authorized to accept this important legal letter on your behalf or if he is otherwise unable to convey it or its substance to you immediately.

Sincerely yours,

**Geert H. Potjewijd**
De Brauw Blackstone Westbroek N.V.
on behalf of Uber B.V.

De Brauw Blackstone Westbroek N.V., Amsterdam, is registered with the trade register in the Netherlands under no. 27171912.

All services and other work are carried out under an agreement of instruction ("overeenkomst van opdracht") with De Brauw Blackstone Westbroek N.V. The agreement is subject to the General Conditions, which have been filed with the register of the District Court in Amsterdam and contain a limitation of liability.
Client account notaries ING Bank IBAN NL83INGB0693213876 BIC INGBNL2A.

# Exhibit 3
# to the Declaration of Rob van der Woude

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

February 4, 2015

**VIA EMAIL (**geert.potjewijd@debrauw.com**)**

Geert H. Potjewijd, Esq.
De Brauw Blackstone Westbroek N.V.
Claude Debussyiaan 80
P.O. Box 75084
1070 AB Amsterdam

Re:    *Jane Doe v. Uber Technologies, Inc.*, No.: 15-CV-00424(LB)

Dear Mr. Potjewijd:

We represent Ms. Jane Doe in the above-referenced lawsuit against Uber Technologies, Inc. ("Uber") filed in the United States District Court for the Northern District of California, where Uber is headquartered.  We write in response to your February 3, 2015 correspondence.

Initially, we note that our client has not been provided, despite our request, with any information or documents to substantiate your claim that any use by her of Uber's services in India is governed by the purported Uber B.V. User Terms (the "User Terms").  Furthermore, we have no reason to believe that the User Terms are applicable here.  Accordingly, we deny that our client is subject to the alleged User Terms, and, as such, dispute that your client has any right to select Amsterdam, Netherlands as the forum for Ms. Doe's dispute against Uber.

Notwithstanding the above, we respond to your client's attempt to invoke The Netherlands as the forum for our client's dispute by hereby providing notice to Uber that Ms. Doe demands settlement of her dispute, claim or controversy before the relevant court competent by law, which is, in fact, the United States District Court for the Northern District of California, where her case is pending.  For the sake of clarity, and so that there is no misunderstanding, Ms. Doe's "election" to hear her dispute in the relevant court competent by law is in no way an admission and/or evidence that the User Terms are applicable to her.

Sincerely,

Douglas H. Wigdor

**Exhibit 4**
**to the Declaration of Rob van der Woude**

Advocaten
Notarissen
Belastingadviseurs

## DE BRAUW
## BLACKSTONE
## WESTBROEK

**By courier**
Ms Jane Doe
c/o WIGDOR LLP
Mr D.H. WIGDOR
85 Fifth Avenue
New York, NY 10003
UNITED STATES OF AMERICA

Claude Debussylaan 80
P.O. Box 75084
1070 AB  Amsterdam

T  +31 20 577 1771
F  +31 20 577 1775

**Also by email: dwigdor@wigdorlaw.com**

Date 12 February 2015

Our ref.    M22651224/1/20620071/ND

Geert H. Potjewijd
E  geert.potjewijd@debrauw.com
T  +31 20 577 1953 (direct)
F  +31 20 577 1775

Re:    Uber/Jane Doe

Dear Mr Wigdor,

On behalf of Uber B.V., I wish to respond to your correspondence of 4 February 2015,
on behalf of your client Jane Doe.

Your letter references a request for a copy of the User Terms that constituted the use
agreement between your client and Uber B.V. in connection with her use of the Uber
app in India ("India User Terms"). As an initial matter, we are not aware of any request
made to Uber B.V. for the India User Terms. We further note that in your letter of 4
February, you quote accurately from the India User Terms, evidencing that you already
have access to the full text of those User Terms.

While you have not made a request to Uber B.V. on behalf of Ms. Doe for a copy of the
India User Terms, on behalf of Uber B.V. I wish to supply you with a copy of these
terms, which were in effect in India at all relevant times, including in August 2014 when
your client registered for the Uber service and agreed to the applicable User Terms,
through the incident of 5 December 2014.

Finally, as I am sure you have already seen, the India User Terms specify that all
disputes are governed by the law of the Netherlands. I wish to give you notice of Uber
B.V.'s position that the United States District Court for the Northern District of California

De Brauw Blackstone Westbroek N.V., Amsterdam, is registered with the trade register in the Netherlands under no. 27171912.

All services and other work are carried out under an agreement of instruction ("overeenkomst van opdracht") with De Brauw
Blackstone Westbroek N.V. The agreement is subject to the General Conditions, which have been filed with the register of the District
Court in Amsterdam and contain a limitation of liability.
Client account notaries ING Bank IBAN NL83INGB0693213876 BIC INGBNL2A.

DE BRAUW
    BLACKSTONE
    WESTBROEK

is not the "relevant court competent by law," within the meaning of the law of the Netherlands.

Sincerely yours,

**Geert H. Potjewijd**
De Brauw Blackstone Westbroek N.V.
on behalf of Uber B.V.

<% include ../header.html %>

## USER TERMS

21 March 2013

<% include ../country-picker-terms.html %>

These terms and conditions ("**User Terms**") apply to your visit to and your use of our website at www.uber.com (the "**Website**"), the Service and the Application (as defined below), as well as to all information, recommendations and/or services provided to you on or through the Website, the Service and the Application.

PLEASE READ THESE USER TERMS CAREFULLY BEFORE DOWNLOADING OUR APPLICATION AND/OR USING OUR SERVICE.

**Uber**

Your contracting partner is Uber B.V., a private limited liability company established in the Netherlands, having its offices at Barbara Strozzilaan 101, 1083 HN Amsterdam, the Netherlands, registered at the Chamber of Commerce under number 55808646 ("**Uber**").

**What services does Uber provide?**

Uber offers information and a means to obtain transportation services offered by third party transportation providers, drivers or vehicle operators (the "**Transportation Provider**"), which may be requested through the use of an application supplied by Uber and downloaded and installed by you on your single mobile device (smart phone) (the "**Application**"). All services provided by Uber to you by means of your use of the Application are hereafter referred to as the "**Service**".

**How is a contract concluded between Uber and you?**

By using the Application or the Service, you enter into a contract with Uber (the "**Contract**"). In order to be able to use the Application or Service, you first need to sign up with Uber. When signing up, you are obligated to provide Uber with your personal information, mobile telephone number and credit card data. Upon successful completion of your signing up with Uber, Uber will provide you with a personal account, accessible for you with a password of your choice.

You have to be 18 years of age or older to use the Service or Application. If you reside in a jurisdiction that restricts the use of the Service or Application because of age, or restricts the ability to enter into contracts such as this one due to age, you must abide by such age limits and you must not use the Service and the Application. You represent that if you are an individual, you are of legal age to enter into a binding contract, or that if you are registering on behalf of a legal entity, that you are authorized to enter into, and bind the entity to, these User Terms and register for the Service and the Application.

**How to use the Service and the Application**

The Application allows you to send a request for transportation service to a Transportation Provider. The GPS receiver - which should be installed on the mobile device (smart phone) on which you have

downloaded the Application - detects your location and sends your location information to the relevant Transportation Provider. The Transportation Provider has sole and complete discretion to accept or reject each request for transportation service. The Transportation Provider also has sole and complete discretion over whether to use the Application to receive the leads generated through the Application. If the Transportation Provider accepts a request, the Application notifies you and provides information regarding the Transportation Provider - including its name, vehicle license number, and customer service rating - and the ability to contact the Transportation Provider by telephone. The Application also allows you to view the Transportation Provider's progress towards the pick-up point, in real time.

Uber shall procure reasonable efforts to bring you into contact with a Transportation Provider in order to obtain transportation services, subject to the availability of Transportation Providers in or around your location at the moment of your request for transportation services.

For the avoidance of doubt: Uber itself does not provide transportation services, and Uber is not a transportation carrier. It is up to the Transportation Provider to offer transportation services, which may be requested through the use of the Application and/or the Service. Uber only acts as intermediary between you and the Transportation Provider. The provision of the transportation services by the Transportation Provider to you is therefore subject to the agreement (to be) entered into between you and the Transportation Provider. Uber shall never be a party to such agreement.

**Your use of the Application or the Service**

You warrant that the information you provide to Uber is accurate and complete. Uber is entitled at all times to verify the information that you have provided and to refuse the Service or use of the Application without providing reasons.

You may only access the Service using authorized means. It is your responsibility to check to ensure you download the correct Application for your device. Uber is not liable if you do not have a compatible mobile device or if you download the wrong version of the Application for your mobile device. Uber reserves the right to terminate the Service and the use of the Application should you be using the Service or Application with an incompatible or unauthorized device.

By using the Application or the Service, you further agree that:

1. You will only use the Service or download the Application for your sole, personal use and will not resell it to a third party;
2. You will not authorize others to use your account;
3. You will not assign or otherwise transfer your account to any other person or legal entity;
4. You will not use an account that is subject to any rights of a person other than you without appropriate authorization;
5. You will not use the Service or Application for unlawful purposes, including but not limited to sending or storing any unlawful material or for fraudulent purposes;
6. You will not use the Service or Application to cause nuisance, annoyance or inconvenience;
7. You will not impair the proper operation of the network;
8. You will not try to harm the Service or Application in any way whatsoever;
9. You will not copy, or distribute the Application or other Uber Content without written permission from Uber;
10. You will keep secure and confidential your account password or any identification we provide you which allows access to the Service and the Application;
11. You will provide us with whatever proof of identity we may reasonably request;
12. You will only use an access point or 3G data account (AP) which you are authorized to use;

13. You are aware that when requesting transportation services by SMS (if available in your jurisdiction), standard messaging charges will apply;
14. You will not use the Service or Application with an incompatible or unauthorized device;
15. You will comply with all applicable law from your home nation, the country, state and/or city in which you are present while using the Application or Service.

Uber reserves the right to immediately terminate the Service and the use of the Application should you not comply with any of the above rules.

### Payment

The use of the Application and the Service is free of charge. Uber reserves the right to introduce a fee for the use of the Application and/or the Service. If Uber decides to introduce such a fee, Uber shall inform you accordingly and allow you to either continue or terminate the Contract.

The rates that apply for the transportation services by the Transportation Provider can be found on the Website and through the Application. These may be modified or updated by Uber from time to time. It is your own responsibility to remain informed about the current rates for the transportation services.

Uber shall charge you for the transportation services provided to you by the Transportation Provider on behalf of the Transportation Provider. You agree that you will pay for all transportation services you purchase from the Transportation Provider, and that Uber may charge your credit card account as provided by you when registering for the Service for the transportation services (including any taxes and late fees, as applicable) that may be accrued by or in connection with your account. You are responsible for the timely payment of all fees and for providing Uber with a valid credit card account for payment of all fees at all times. Any payment made is non-refundable.

Uber uses a third-party payment processor (the **"Payment Processor"**) to link your credit card account to the Application and Service. The processing of payments or credits, as applicable, in connection with your use of the Application and Service will be subject to the terms, conditions and privacy policies of the Payment Processor and your credit card issuer in addition to these User Terms. Uber is not responsible for any errors by the Payment Processor. In connection with your use of the Services, Uber will obtain certain transaction details, which Uber will use solely in accordance with its Privacy and Cookie Notice.

### Indemnification

By accepting these User Terms and using the Application or Service, you agree that you shall defend, indemnify and hold Uber, its affiliates, its licensors, and each of their officers, directors, other users, employees, attorneys and agents harmless from and against any and all claims, costs, damages, losses, liabilities and expenses (including attorneys' fees and costs) arising out of or in connection with:

a. your violation or breach of any term of these User Terms or any applicable law or regulation, whether or not referenced herein;
b. your violation of any rights of any third party, including Transportation Providers arranged via the Application, or
c. your use or misuse of the Application or Service.

### Liability

The information, recommendations and/or services provided to you on or through the Website, the Service and the Application is for general information purposes only and does not constitute advice. Uber will reasonably keep the Website and the Application and its contents correct and up to date but does not guarantee that (the contents of) the Website and/or Application are free of errors, defects, malware and viruses or that the Website and/or Application are correct, up to date and accurate.

Uber shall not be liable for any damages resulting from the use of (or inability to use) the Website or Application (but to the exclusion of death or personal injury), including damages caused by malware, viruses or any incorrectness or incompleteness of the Information or the Website or Application, unless such damage is the result of any wilful misconduct or from gross negligence on the part of Uber.

Uber shall further not be liable for damages resulting from the use of (or the inability to use) electronic means of communication with the Website or the Application, including — but not limited to — damages resulting from failure or delay in delivery of electronic communications, interception or manipulation of electronic communications by third parties or by computer programs used for electronic communications and transmission of viruses.

Without prejudice to the foregoing, and insofar as allowed under mandatory applicable law, Uber's aggregate liability shall in no event exceed an amount of EUR 500 or, where applicable, the equivalent of that amount in the currency used by you for the payment of the transportation services to the Transportation Provider.

The quality of the transportation services requested through the use of the Application or the Service is entirely the responsibility of the Transportation Provider who ultimately provides such transportation services to you. Uber under no circumstance accepts liability in connection with and/or arising from the transportation services provided by the Transportation Provider or any acts, actions, behaviour, conduct, and/or negligence on the part of the Transportation Provider. Any complaints about the transportation services provided by the Transportation Provider should therefore be submitted to the Transportation Provider.

**License Grant, Restrictions and Copyright Policy**

For the purpose of this User Term, the following definitions apply:

**"Content"** means all content featured or displayed, including, but not limited to, logos, icons, trademarks, text, graphics text, graphics, photographs, images, moving images, sound, illustrations, music, software (excluding the Application), opinions, remarks, comments, artwork, links, questions, suggestions, information or other materials.
**"Uber Content"** means Content owned or used by Uber, its affiliates or licensors and made available through the Website, Service or Application, including any Content licensed from a third party, but excluding User Content.
**"User"** means a person who accesses or uses the Service or Application.
**"User Content"** means Content that a User posts, uploads, publishes, submits or transmits to be made available on the Website or through the Service or Application.
**"Collective Content"** means, collectively, Uber Content and User Content.

Subject to your compliance with these User Terms, Uber grants you a limited, non-exclusive, non-transferable license:

    i. to view, download and print any Uber Content solely for your personal and non-commercial purposes; and

    ii. to view any User Content to which you are permitted access solely for your personal and non-commercial purposes.

You have no right to sublicense the license rights granted in this section.

You may not use, copy, adapt, modify, create derivative works from, distribute, license, sell, transfer, publicly display, publicly perform, reproduce, transmit, stream, broadcast or otherwise exploit the Website, Service, Application or Collective Content, except as expressly permitted in these User Terms. You may not reuse any Collective Content without first obtaining the written consent of Uber. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Uber or its licensors, except for the licenses and rights expressly granted in these User Terms.

**License Granted by User**

We may, in our sole discretion, permit Users to post, upload, publish, submit or transmit User Content on the Website or through the Service or Application. User Content will be deemed non-confidential and non-proprietary. Accordingly, Uber shall have the non-exclusive, royalty-free, right to use, copy, distribute and disclose to third parties any User Content for any purpose, in any medium and throughout the world ("**License Grant**").

You acknowledge that Uber only acts as a passive conduit for the distribution of the User Content and is not responsible or liable to you or to any third party for the content or accuracy of the User Content. Uber shall not be continuously monitoring User Content published by you or moderating between Users, nor shall Uber be under an obligation to do so. Without limiting the foregoing, you acknowledge and agree that any remarks, opinions, comments, suggestions and other information expressed or included in the User Content do not necessarily represent those of Uber.

Any use by you of the User Content is entirely at your own risk. You represent and warrant that any User Content posted or transmitted by you is original to you and does not copy the work of any third party or otherwise infringe any third party intellectual property rights, rights of privacy or personality rights and does not contain any defamatory or disparaging statements. Furthermore, you represent and warrant that you have the capacity to grant the license as stipulated in this paragraph.

You agree to indemnify and keep Uber, its affiliates and licensors indemnified against all costs, expenses, damages, losses and liabilities incurred or suffered by Uber or its affiliated companies related to any User Content posted or transmitted by you or your other use of the Website, the Service or the Application.

Uber reserves the right at its sole discretion to block or remove (in whole or in part) any User Content posted or transmitted by you and which Uber believes is not in accordance with these User Terms (including materials which infringe or may infringe third party intellectual property rights, rights of privacy or personality rights), or is otherwise unacceptable to Uber.

You agree to promptly notify Uber in writing of any User Content which breaches these User Terms. You agree to provide to Uber sufficient information to enable Uber to investigate whether such User Content breaches these User Terms. Uber agrees to make good faith efforts to investigate such complaint and shall take such action as Uber in its sole discretion decides. However, Uber does not warrant or represent that it will block or remove (in whole or in part) such user Content.

**Application License**

Subject to your compliance with these User Terms, Uber grants you a limited non-exclusive, non-transferable license to download and install a copy of the Application on a single mobile device that you own or control and to run such copy of the Application solely for your own personal use.

**You shall not**

i. license, sublicense, sell, resell, transfer, assign, distribute or otherwise commercially exploit or make available to any third party the Service or Application in any way;
ii. modify or make derivative works based upon the Service or Application;
iii. create Internet "links" to the Service or "frame" or "mirror" any Application on any other server or wireless or Internet-based device;
iv. reverse engineer or access the Application in order to
    a. design or build a competitive product or service,
    b. design or build a product using similar ideas, features, functions or graphics of the Service or Application, or
    c. copy any ideas, features, functions or graphics of the Service or Application, or
v. launch an automated program or script, including, but not limited to, web spiders, web crawlers, web robots, web ants, web indexers, bots, viruses or worms, or any program which may make multiple server requests per second, or unduly burdens or hinders the operation and/or performance of the Service or Application.

**You shall not:**

i. send spam or otherwise duplicative or unsolicited messages in violation of applicable laws;
ii. send or store infringing, obscene, threatening, libellous, or otherwise unlawful or tortious material, including material harmful to children or violative of third party privacy rights;
iii. send or store material containing software viruses, worms, Trojan horses or other harmful computer code, files, scripts, agents or programs;
iv. interfere with or disrupt the integrity or performance of the Website, the Application or Service or the data contained therein; or
v. attempt to gain unauthorized access to the Website, the Application or Service or its related systems or networks.

Uber will have the right to investigate and prosecute violations of any of the above to the fullest extent of the law. Uber may involve and cooperate with law enforcement authorities in prosecuting users who violate these User Terms. You acknowledge that Uber has no obligation to monitor your access to or use of the Website, Service, Application or Collective Content or to review or edit any Collective Content, but has the right to do so for the purpose of operating the Website, the Application and Service, to ensure your compliance with these User Terms, or to comply with applicable law or the order or requirement of a court, administrative agency or other governmental body. Uber reserves the right, at any time and without prior notice, to remove or disable access to any Collective Content that Uber, at its sole discretion, considers to be in violation of these User Terms or otherwise harmful to the Website, the Service or Application.

**Copyright Policy**

Uber respects copyright law and expects its users to do the same. It is Uber's policy to terminate in appropriate circumstances Users or other account holders who (repeatedly) infringe or are believed to be (repeatedly) infringing the rights of copyright holders. Please see Uber's Copyright Policy at https://www.uber.com/legal/copyright, for further information.

**Intellectual Property Ownership**

Uber alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Website, Application and the Service and any suggestions, ideas, enhancement requests, feedback, recommendations or other information provided by you or any other party relating to the Website, Application or the Service.

These User Terms do not constitute a sale and do not convey to you any rights of ownership in or related to the Website, the Application or the Service, or any intellectual property rights owned by Uber. Uber's name, logo, and the product names associated with the Application and Service are trademarks of Uber, its affiliated companies or third parties, and no right or license is granted to use them.

**App Store Sourced Application**

With respect to any Application accessed through or downloaded from the Apple App Store ("**App Store Sourced Application**"), you will use the App Store Sourced Application only:

  i. on an Apple-branded product that runs iOS (Apple's proprietary operating system software); and
  ii. as permitted by the "Usage Rules" set forth in the Apple App Store Terms of Service. Uber reserves all rights in and to the Application not expressly granted to you under these User Terms.

**You acknowledge and agree that**

  i. these User Terms are valid between you and Uber only, and not Apple, and
  ii. Uber, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will, where applicable, refund the purchase price for the App Store Sourced Application to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between Uber and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of Uber.

You and Uber acknowledge that, as between Uber and Apple, Apple is not responsible for

addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to:

    i. product liability claims;
    ii. any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and
    iii. claims arising under consumer protection or similar legislation.

You and Uber acknowledge that, in the event of any third party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between Uber and Apple, Uber, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by this Agreement.

You and Uber acknowledge and agree that Apple, and Apple's subsidiaries, are third party beneficiaries relating to your license of the App Store Sourced Application, and that, upon your acceptance of these User Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the rights under these User Terms as related to your license of the App Store Sourced Application against you as a third party beneficiary thereof.

Without limiting any other provisions of these User Terms, you must comply with all applicable third party terms of agreement when using the App Store Sourced Application.

**Third Party Interactions**

During the use of the Website, the Application and the Service, links to websites that are owned and controlled by third parties may be provided from time to time in order to enter into correspondence with, purchase goods or services from, participate in promotions of third parties. These links take you off the Website, the Application and the Service and are beyond Uber's control.

During use of the Website, the Application and the Service, you may enter into correspondence with, purchase goods and/or services from, or participate in promotions of third party service providers, advertisers or sponsors showing their goods and/or services through a link on the Website or through the Application or Service. These links take you off the Website, the Application and the Service and are beyond Uber's control. The websites you can link to have their own separate terms and conditions as well as a privacy policy. Uber is not responsible and cannot be held liable for the content and activities of these websites. You therefore visit or access these websites entirely at your own risk.

Please note that these other websites may send their own cookies to users, collect data or solicit personal information, and you are therefore advised to check the terms of use or privacy policies on those websites prior to using them.

**Term and termination of the contract**

The Contract between Uber and you is concluded for an indefinite period.

You are entitled to terminate the Contract at all times by permanent deletion of the Application installed on your smart phone, thus disabling the use by you of the Application

and the Service. You can close your user account at any time by following the instructions on Uber's website.

Uber is entitled to terminate the Contract at all times and with immediate effect (by disabling your use of the Application and the Service) if you:

a. violate or breach any term of these User Terms, or
b. in the opinion of Uber, misuse the Application or the Service. Uber is not obliged to give notice of the termination of the Contract in advance. After termination Uber will give notice thereof in accordance with these User Terms.

**Invalidity of one or more provisions**

The invalidity of any term of these User Terms shall not affect the validity of the other provisions of these User Terms.

If and to the extent that any provision of these User Terms is invalid, or is unacceptable in the given circumstances according to the criteria of reasonableness and fairness, a provision shall apply between the parties instead that is acceptable considering all the circumstances and which corresponds with the provisions of the void part as much as possible, taking into account the content and the purpose of these User Terms.

**Modification of the Service and User Terms**

Uber reserves the right, at its sole discretion, to modify or replace any of these User Terms, or change, suspend, or discontinue the Service or Application (including without limitation, the availability of any feature, database, or content) at any time by posting a notice on the Website or by sending you notice through the Service, Application or via email. Uber may also impose limits on certain features and services or restrict your access to parts or all of the Service without notice or liability.

**Notice**

Uber may give notice by means of a general notice on the Service or Application, or by electronic mail to your email address on record in Uber's account information, or by written communication sent by regular mail to your address on record in Uber's account information.

**Assignment**

You may not assign your rights under these User Terms without prior written approval of Uber.

**Privacy and Cookie Notice**

Uber collects and processes the personal data of the visitors of the Website and users of the Application according to the Privacy and Cookie Notice **uber.com/privacy**.

**Applicable law and Dispute Resolution**

These User Terms are subject to the laws of the Netherlands. Any dispute, claim or controversy arising out of or relating to these User Terms or the breach, termination, enforcement, interpretation or validity thereof or the use of the Website, the Service or the Application (collectively, "Disputes") will be settled exclusively by the competent court in Amsterdam, the Netherlands, unless you notify Uber within one month after Uber invoking its right pursuant to this provision to commence court proceedings in Amsterdam, the Netherlands, that you demand settlement of the dispute, claim or controversy at hand before the relevant court competent by law.

**Final provision**

The English text of these User Terms constitutes the sole authentic text. In the event of any discrepancy between the English text and a translation into a foreign language, the English text shall prevail.

<% include ../footer.html %>

# Exhibit 5
# to the Declaration of Rob van der Woude

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

February 13, 2015

**VIA EMAIL (geert.potjewijd@debrauw.com)**

Geert H. Potjewijd, Esq.
De Brauw Blackstone Westbroek N.V.
Claude Debussyiaan 80
P.O. Box 75084
1070 AB Amsterdam

       Re:    *Jane Doe v. Uber Technologies, Inc.*, No.: 15-CV-00424(LB)

Dear Mr. Potjewijd:

We represent Ms. Jane Doe in the above-referenced lawsuit against Uber Technologies, Inc. ("Uber").  We write in response to your February 12, 2015 correspondence on behalf of Uber B.V.

Preliminarily, we note that your attempt to erect a "wall" between Uber B.V. and Uber Technologies, Inc. by suggesting that we never made a request to *Uber B.V.* for information about any purported agreement between our client and Uber B.V. is transparent.  We also note that, at present, our client has brought claims only against Uber Technologies, Inc., raising doubt as to whether Uber B.V. has any standing to insert itself into our client's current dispute with Uber.

In addition, your implication that we received the Uber B.V. User Terms (the "User Terms") from our client by virtue of any reference to the User Terms' language in our February 4, 2015 letter is incorrect, as the language in question is readily accessible on the internet.

Furthermore, we take your letter (and its enclosure) to indicate, as we suspected, that your client does not possess any evidence that our client affirmatively agreed to, or in some way acknowledged, the User Terms.  Accordingly, we continue to deny that our client is subject to the User Terms, and reserve all of our rights and/or defenses in that regard.

Moreover, we reiterate our rejection of The Netherlands, or any jurisdiction other than the Northern District of California for that matter, as the "relevant court of competent law" for our client's dispute with Uber.

I trust that we do not have to go back and forth with another round of lawyer letters, as it is an inefficient allocation of resources for both of our respective clients.

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

Geert H. Potjewijd, Esq.
February 13, 2015
Page 2

Sincerely,

Douglas H. Wigdor