1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, | No. 15-cv-00424-SI |
| Plaintiff, | **DECLARATION OF CONRAD WHELAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO (1) FORUM SELECTION CLAUSE; (2) *FORUM NON CONVENIENS*; (3) FED. R. CIV. P. 12(B)(7); AND (4) FED. R. CIV. P. 12(B)(3)** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Gibson, Dunn &
Crutcher LLP

1

### DECLARATION OF CONRAD WHELAN

2    I, Conrad Whelan, declare as follows:

3

### QUALIFICATIONS

4
5    1.   I am over the age of 18 and I submit this declaration at the request of Uber Technologies, Inc.

6         ("Uber U.S.").   I have personal knowledge of each fact stated in this declaration.

7    2.   I am an Engineering Manager employed by Uber B.V.  I reside in Amsterdam, the Netherlands.
         My duties include overseeing the engineering team at Uber B.V.

8
9    **3.**   I am offering this declaration in order to provide the parties and the Court with information.

10        Unless otherwise stated, I have direct knowledge of the matters discussed herein.  If called upon

11        to testify, I would state as follows.  I reserve all jurisdictional objections and do not submit Uber

12        B.V. to the jurisdiction of U.S. courts in either this or any other action.

13   **Account Registration Procedure for Jane Doe and Ayush Dabas**

14   4.   In the normal course of its business, Uber B.V. maintains records regarding when and how riders

15        in India register to use the App.  As an Engineering Manager for Uber B.V., I have access to

16        these registration records, and I am familiar with these records and the manner in which they are

17        updated and maintained.  At the request of counsel, I reviewed the registration records and was

18        able to identify the date, method and App version by which Plaintiff Jane Doe and her friend,

19        Ayush Dabas (whom I am informed and believe Ms. Doe alleges ordered the ride in question on

20        December 5, 2014), registered for an Uber account.

21   5.   According to Uber B.V.'s business records, on August 18, 2014, Ms. Doe registered on an

22        iPhone in the App the Uber account that she used to contact Uber about the alleged incident on

23        December 5, 2014**.**  Uber B.V.'s records indicate that Ms. Doe was located in New Delhi when

24        she registered for her Uber account in the App.

25   6.   According to Uber B.V.'s business records, on March 29, 2014, Mr. Dabas registered his Uber

26        account on an iPhone in the App (the same Uber account from which he ordered the ride in

27        question for Ms. Doe on December 5, 2014).  Uber B.V.'s records indicate that Mr. Dabas was

28        located in New Delhi when he registered for his Uber account.

Gibson, Dunn &
Crutcher LLP

7.  As reflected in the screenshots attached as **Exhibits 1** and **2**, the process for creating an account via the App installed on an iPhone in India in the versions of the App that Ms. Doe and Mr. Dabas (respectively) used to register involved the following steps.  Each step is contained in a single screen on the user's smartphone, with no scrolling required.

a)  After successfully downloading the App and clicking the "REGISTER" button the user was prompted on the first screen, titled "Create An Account," to enter his or her email address and mobile phone number, and to enter a password. This first screen includes the following notice: "We use your email and mobile number to send you ride confirmations and receipts." After entering the requested data on the first screen, the user would then click "NEXT" to advance to the second screen.

b)  On the second screen, titled "Create A Profile," the user would be prompted to enter his or her first and last name. The second screen includes the following notice: "Your name and photo helps your driver identify you at pickup." After entering the requested data on the second screen, the user would then click "NEXT" to advance to the third and final screen.

c)  Only the third and final screen differed for Ms. Doe and Mr. Dabas.  On the third and final screen, titled "Link Payment," users are prompted to enter their payment information and click the "DONE" button in order to create their account.  Before they click the "DONE" button on the final screen and create their account, the following notice was visibly displayed on the final screen for Ms. Doe: "By creating an Uber account, you agree to the Terms & Conditions and Privacy Policy."  For Mr. Dabas, the following notice was visibly displayed on the final screen: "By creating an Uber account, you agree to the Terms of Service & Privacy Policy."

d)  The words "Terms & Conditions and Privacy Policy" (for Ms. Doe) and "Terms of Service & Privacy Policy" (for Mr. Dabas) were displayed in bold text in a rectangular box, indicating that this is a clickable button. When the button was clicked, the user was taken to a screen that contains clickable buttons, including buttons entitled "User Terms" and "Privacy Policy."  When the user clicks on the "User Terms" button, the Terms and Conditions then in effect for that particular country was displayed.  If, for some reason, a user wished to see the Terms and Conditions then in effect for another country, the "User Terms" page is set up so that the top of

the screen contains a dropdown menu allowing the user to manually scroll through a list of countries and click on the User Terms applicable to any country in the world.

e)   In the versions of the App that Ms. Doe and Mr. Dabas utilized to register their Uber accounts, they could not have completed the registration process via the App without completing all three screens and clicking the "DONE" button on the final screen.

f)   The Uber website, which can be viewed by riders at any time from any computer, smartphone, or tablet, likewise provides a page that, at the top of the screen, contains a dropdown menu allowing the user to manually scroll through a list of countries and click the country they are currently located in, so that they can access the User Terms applicable to that particular country at that particular point in time.

**Applicable Terms and Conditions**

8.   I am familiar with Uber B.V.'s policies and procedures for maintaining in its business records the agreements between Uber B.V. and riders, including the Uber B.V. Terms and Conditions.

9.   I reviewed the User Terms that were in effect for riders in India on both March 29, 2014, when Mr. Dabas registered, and on August 18, 2014, when Ms. Doe registered.  A true and correct copy of the User Terms in effect in India on March 29, 2014 is attached hereto as **Exhibit 3**.  A true and correct copy of the User Terms in effect in India on August 18, 2014 and December 5, 2014 is attached hereto as **Exhibit 4**.

10.  Use of the App in India is governed by the Uber B.V. User Terms.

**Account Registration for Driver Partners Based in India**

11.  I am familiar with Uber B.V.'s policies and procedures for maintaining in its business records the agreements between Uber B.V. and driver partners in India.

12.  I reviewed the Transportation Provider Agreement that Shiv Kumar Yadav ("Yadav") electronically agreed to in New Delhi, India on June 27, 2014, when he registered his partner account with Uber B.V., in order to obtain the software license to use the uberX platform to arrange rides.  A true and correct copy of this Transportation Provider Agreement is attached hereto as **Exhibit 5**.

Gibson, Dunn &
Crutcher LLP

1    I declare under penalty of perjury under the laws of the United States of America and the State of

2    California and the laws of the Netherlands that the above is true and correct.

3

4    Executed by me in Amsterdam, the Netherlands this 3rd day of April 2015.

5

6    By:

7

8      CONRAD WHELAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1
## to the Declaration of Conrad Whelan

## Jane Doe – iOS user signup flow (v.2.33.0 (India) – 08/18/2014)



CREATE AN ACCOUNT

Email | name@example.com

Mobile

Password  Min 5 characters

We use your email and mobile number to send
you ride confirmations and receipts.



CREATE A PROFILE

First    John

Last    Smith

EDIT

Your name and photo helps your driver identify you at pickup.

LINK PAYMENT



📷 scan your card           enter promo code

By creating an Uber account, you agree to the

Terms & Conditions and Privacy Policy

CANCEL    LINK PAYMENT

1234 5678 9012 3456

 scan your card          ⊙ enter promo code

By creating an Uber account, you agree to the

Terms & Conditions and Privacy Policy

| 1 | 2 ABC | 3 DEF |
|---|-------|-------|
| 4 GHI | 5 JKL | 6 MNO |
| 7 PQRS | 8 TUV | 9 WXYZ |
| | 0 | ⊗ |

# Exhibit 2
# to the Declaration of Conrad Whelan

**Ayush Dabas – iOS user signup flow (v.2.18.0 – 03/29/2014)**

# CREATE AN ACCOUNT

CANCEL

| Email | name@example.com |
|---|---|
| Mobile | |
| Password | Min 5 characters |

We use your email and mobile number to send
you ride confirmations and receipts.

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

_123 space @ . Next



CREATE A PROFILE

CANCEL

First John

Last Smith

EDIT

Your name and photo helps your driver identify you at pickup.

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

.?123    space    Next

LINK PAYMENT

1234 5678 9012 3456

📷 scan your card                     enter promo code

By creating an Uber account, you agree to the

**Terms of Service & Privacy Policy**

LINK PAYMENT

| | |
|---|---|
| 📷 **scan your card** | ◉ **enter promo code** |

By creating an Uber account, you agree to the

**Terms of Service & Privacy Policy**

| 1 | 2<br>ABC | 3<br>DEF |
|---|---|---|
| 4<br>GHI | 5<br>JKL | 6<br>MNO |
| 7<br>PQRS | 8<br>TUV | 9<br>WXYZ |
| | 0 | ⌫ |

1234 5678 9012 3456

# Exhibit 3
# to the Declaration of Conrad Whelan

<% include ../header.html %>

## Terms and Conditions

May 6, 2013

<% include ../country-picker-terms.html %>

These terms and conditions (**"User Terms"**) apply to your visit to and your use of our website at www.uber.com (the **"Website"**), the Service and the Application (as defined below), as well as to all information, recommendations and or services provided to you on or through the Website, the Service and the Application.

PLEASE READ THESE USER TERMS CAREFULLY BEFORE DOWNLOADING OUR APPLICATION AND/OR USING OUR SERVICE.

### Uber

Your contracting partner is Uber B.V., a private limited liability company established in the Netherlands, having its offices at Barbara Strozzilaan 101, 1083 HN Amsterdam, the Netherlands, registered at the Chamber of Commerce under number 55808646 (**"Uber"**).

### What services does Uber provide?

Uber offers information and a means to obtain transportation services offered by third party transportation providers, drivers or vehicle operators (the **"Transportation Provider"**), which may be requested through the use of an application supplied by Uber and downloaded and installed by you on your single mobile device (smart phone) (the **"Application"**). All services provided by Uber to you by means of your use of the Application are hereafter referred to as the **"Service"**.

### How is a contract concluded between Uber and you?

By using the Application or the Service, you enter into a contract with Uber (the **"Contract"**). In order to be able to use the Application or Service, you first need to sign up with Uber. When signing up, you are obligated to provide Uber with your personal information, mobile telephone number and credit card data. Upon successful completion of your signing up with Uber, Uber will provide you with a personal account, accessible for you with a password of your choice.

You have to be 18 years of age or older to use the Service or Application. If you reside in a jurisdiction that restricts the use of the Service or Application because of age, or restricts the ability to enter into contracts such as this one due to age, you must abide by such age limits and you must not use the Service and the Application. You represent that if you are an individual, you are of legal age to enter into a binding contract, or that if you are registering on behalf of a legal entity, that you are authorized to enter into, and bind the entity to, these User Terms and register for the Service and the Application.

### How to use the Service and the Application

The Application allows you to send a request for transportation service to a Transportation Provider. The GPS receiver - which should be installed on the mobile device (smart phone) on which you have downloaded the Application - detects your location and sends your location information to the relevant Transportation Provider. The Transportation Provider has sole and complete discretion to accept or reject each request for transportation service. The Transportation Provider also has sole and complete discretion over whether to use the Application to receive the leads generated through the Application. If the Transportation Provider accepts a request, the Application notifies you and provides

information regarding the Transportation Provider - including its name, vehicle license number, and customer service rating - and the ability to contact the Transportation Provider by telephone. The Application also allows you to view the Transportation Provider's progress towards the pick-up point, in real time.

Uber shall procure reasonable efforts to bring you into contact with a Transportation Provider in order to obtain transportation service, subject to the availability of Transportation Providers in or around your location at the moment of your request for transportation services.

For the avoidance of doubt: Uber itself does **<u>not</u>** provide transportation services, and Uber is not a transportation carrier. It is up to the Transportation Provider to offer transportation services, which may be requested through the use of the Application and/or the Service. Uber only acts as intermediary between you and the Transportation Provider. The provision of the transportation services by the Transportation Provider to you is therefore subject to the agreement (to be) entered into between you and the Transportation Provider. Uber shall never be a party to such agreement.

## Your use of the Application or the Service

You warrant that the information you provide to Uber is accurate and complete. Uber is entitled at all times to verify the information that you have provided and to refuse the Service or use of the Application without providing reasons.

You may only access the Service using authorized means. It is your responsibility to check to ensure you download the correct Application for your device. Uber is not liable if you do not have a compatible mobile device or if you download the wrong version of the Application for your mobile device. Uber reserves the right to terminate the Service and the use of the Application should you be using the Service or Application with an incompatible or unauthorized device.

By using the Application or the Service, you further agree that:

- You will only use the Service or download the Application for your sole, personal use and will not resell it to a third party;
- You will not authorize others to use your account;
- You will not assign or otherwise transfer your account to any other person or legal entity;
- You will not use an account that is subject to any rights of a person other than you without appropriate authorization;
- You will not use the Service or Application for unlawful purposes, including but not limited to sending or storing any unlawful material or for fraudulent purposes;
- You will not use the Service or Application to cause nuisance, annoyance or inconvenience;
- You will not impair the proper operation of the network;
- You will not try to harm the Service or Application in any way whatsoever;
- You will not copy, or distribute the Application or other Uber Content without written permission from Uber;
- You will keep secure and confidential your account password or any identification we provide you which allows access to the Service and the Application;
- You will provide us with whatever proof of identity we may reasonably request;
- You will only use an access point or 3G data account (AP) which you are authorized to use;
- You are aware that when requesting transportation services by SMS if available in your jurisdiction), standard messaging charges will apply;
- You will not use the Service or Application with an incompatible or unauthorized device;
- You will comply with all applicable law from your home nation, the country, state and/or city in which you are present while using the Application or Service.

Uber reserves the right to immediately terminate the Service and the use of the Application should you not comply with any of the above rules.

## Payment

2

The use of the Application and the Service is free of charge. Uber reserves the right to introduce a fee for the use of the Application and/or the Service. If Uber decides to introduce such a fee, Uber shall inform you accordingly and allow you to either continue or terminate the Contract.

The rates that apply for the transportation services by the Transportation Provider can be found on the Website and through the Application. These may be modified or updated by Uber from time to time. It is your own responsibility to remain informed about the current rates for the transportation services.

Uber shall charge you for the transportation services provided to you by the Transportation Provider on behalf of the Transportation Provider. You agree that you will pay for all transportation services you purchase from the Transportation Provider, and that Uber may charge your credit card account as provided by you when registering for the Service for the transportation services including any taxes and late fees, as applicable) that may be accrued by or in connection with your account. You are responsible for the timely payment of all fees and for providing Uber with a valid credit card account for payment of all fees at all times. Any payment made is non-refundable.

Uber uses a third-party payment processor (the **"Payment Processor"**) to link your credit card account to the Application and Service. The processing of payments or credits, as applicable, in connection with your use of the Application and Service will be subject to the terms, conditions and privacy policies of the Payment Processor and your credit card issuer in addition to these User Terms. Uber is not responsible for any errors by the Payment Processor. In connection with your use of the Service, Uber will obtain certain transaction details, which Uber will use solely in accordance with its Privacy and Cookie Notice.

## Indemnification

By accepting these User Terms and using the Application or Service, you agree that you shall defend, indemnify and hold Uber, its affiliates, its licensors, and each of their officers, directors, other users, employees, attorneys and agents harmless from and against any and all claims, costs, damages, losses, liabilities and expenses (including attorneys' fees and costs) arising out of or in connection with: (a) your violation or breach of any term of these User Terms or any applicable law or regulation, whether or not referenced herein; (b) your violation of any rights of any third party, including Transportation Providers arranged via the Application, or (c) your use or misuse of the Application or Service.

## Liability

The information, recommendations and/or services provided to you on or through the Website, the Service and the Application is for general information purposes only and does not constitute advice. Uber will reasonably keep the Website and the Application and its contents correct and up to date but does not guarantee that (the contents of) the Website and/or Application are free of errors, defects, malware and viruses or that the Website and/or Application are correct, up to date and accurate.

Uber shall not be liable for any damages resulting from the use of or inability to use) the Website or Application (but to the exclusion of death or personal injury), including damages caused by malware, viruses or any incorrectness or incompleteness of the Information or the Website or Application, unless such damage is the result of any wilful misconduct or from gross negligence on the part of Uber.

Uber shall further not be liable for damages resulting from the use of (or the inability to use) electronic means of communication with the Website or the Application, including â€" but not limited to â€" damages resulting from failure or delay in delivery of electronic communications, interception or manipulation of electronic communications by third parties or by computer programs used for electronic communications and transmission of viruses.

Without prejudice to the foregoing, and insofar as allowed under mandatory applicable law, Uber's aggregate liability shall in no event exceed an amount of EUR 500 or, where applicable, the equivalent of that amount in the currency used by you for the payment of the transportation services to the Transportation Provide.

3

The quality of the transportation services requested through the use of the Application or the Service is entirely the responsibility of the Transportation Provider who ultimately provides such transportation services to you. Uber under no circumstance accepts liability in connection with and/or arising from the transportation services provided by the Transportation Provider or any acts, action, behaviour, conduct, and/or negligence on the part of the Transportation Provider. Any complaints about the transportation services provided by the Transportation Provider should therefore be submitted to the Transportation Provider.

## License Grant, Restrictions and Copyright Policy

For the purpose of this User Term, the following definitions apply:

**"Content"** means all content featured or displayed, including, but not limited to, logos, icons, trademarks, text, graphics text, graphics, photographs, images, moving images, sound, illustrations, music, software (excluding the Application), opinion, remarks, comments, artwork, links, questions, suggestions, information or other materials.

**"Uber Content"** means Content owned or used by Uber, its affiliates or licensors and made available through the Website, Service or Application, including any Content licensed from a third party, but excluding User Content.

**"User"** means a person who accesses or uses the Service or Application.

**"User Content"** means Content that a User posts, uploads, publishes, submits or transmits to be made available on the Website or through the Service or Application.

**"Collective Content"** means, collectively, Uber Content and User Content.

Subject to your compliance with these User Terms, Uber grants you a limited, non-exclusive, non-transferable license:

- (i) to view, download and print any Uber Content solely for your personal and non-commercial purposes; and
- (ii) to view any User Content to which you are permitted access solely for your personal and non-commercial purposes.

You have no right to sublicense the license rights granted in this section.

You may not use, copy, adapt, modify, create derivative works from, distribute, license, sell, transfer, publicly display, publicly perform, reproduce, transmit, stream, broadcast or otherwise exploit the Website, Service, Application or Collective Content, except as expressly permitted in these User Terms. You may not reuse any Collective Content without first obtaining the written consent of Uber. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Uber or its licensors, except for the licenses and rights expressly granted in these User Terms.

### License Granted by User

We may, in our sole discretion, permit Users to post, upload, publish, submit or transmit User Content on the Website or through the Service or Application. User Content will be deemed non-confidential and non-proprietary. Accordingly, Uber shall have the non-exclusive, royalty-free, right to use, copy, distribute and disclose to third parties any User Content for any purpose, in any medium and throughout the world (**"License Grant"**).

You acknowledge that Uber only acts as a passive conduit for the distribution of the User Content and is not responsible or liable to you or to any third party for the content or accuracy of the User Content. Uber shall not be continuously monitoring User Content published by you or moderating between Users, nor shall Uber be under an obligation to do so. Without limiting the foregoing, you acknowledge and agree that any remarks, opinions, comments, suggestions and other information expressed or included in the User Content do not necessarily represent those of Uber.

Any use by you of the User Content is entirely at your own risk. You represent and warrant that any User Content

4

posted or transmitted by you is original to you and does not copy the work of any third party or otherwise infringe any third party intellectual property rights, rights of privacy or personality rights and does not contain any defamatory or disparaging statements. Furthermore, you represent and warrant that you have the capacity to grant the license as stipulated in this paragraph.

You agree to indemnify and keep Uber, its affiliates and licensors indemnified against all costs, expenses, damages, losses and liabilities incurred or suffered by Uber or its affiliated companies related to any User Content posted or transmitted by you or your other use of the Website, the Service or the Application.

Uber reserves the right at its sole discretion to block or remove (in whole or in part) any User Content posted or transmitted by you and which Uber believes is not in accordance with these User Terms (including materials which infringe or may infringe third party intellectual property rights, rights of privacy or personality rights), or is otherwise unacceptable to Uber.

You agree to promptly notify Uber in writing of any User Content which breaches these User Terms. You agree to provide to Uber sufficient information to enable Uber to investigate whether such User Content breaches these User Terms. Uber agrees to make good faith efforts to investigate such complaint and shall take such action as Uber in its sole discretion decides. However, Uber does not warrant or represent that it will block or remove (in whole or in part) such user Content.

**Application License**

Subject to your compliance with these User Terms, Uber grants you a limited non-exclusive, non-transferable license to download and install a copy of the Application on a single mobile device that you own or control and to run such copy of the Application solely for your own personal use.

You shall not (i) license, sublicense, sell, resell, transfer, assign, distribute or otherwise commercially exploit or make available to any third party the Service or Application in any way; (ii) modify or make derivative works based upon the Service or Application; (iii) create Internet "links" to the Service or "frame" or "mirror" any Application on any other server or wireless or Internet-based device; (iv) reverse engineer or access the Application in order to (a) design or build a competitive product or service, (b) design or build a product using similar ideas, features, functions or graphics of the Service or Application, or (c) copy any ideas, features, functions or graphics of the Service or Application, or (v) launch an automated program or script, including, but not limited to, web spiders, web crawlers, web robots, web ants, web indexers, bots, viruses or worms, or any program which may make multiple server requests per second, or unduly burdens or hinders the operation and/or performance of the Service or Application.

You shall not: (i) send spam or otherwise duplicative or unsolicited messages in violation of applicable laws; (ii) send or store infringing, obscene, threatening, libellous, or otherwise unlawful or tortious material, including material harmful to children or violative of third party privacy rights; (iii) send or store material containing software viruses, worms, Trojan horses or other harmful computer code, files, scripts, agents or programs; (iv) interfere with or disrupt the integrity or performance of the Website, the Application or Service or the data contained therein; or (v) attempt to gain unauthorized access to the Website, the Application or Service or its related systems or networks.

Uber will have the right to investigate and prosecute violations of any of the above to the fullest extent of the law. Uber may involve and cooperate with law enforcement authorities in prosecuting users who violate these User Terms. You acknowledge that Uber has no obligation to monitor your access to or use of the Website, Service, Application or Collective Content or to review or edit any Collective Content, but has the right to do so for the purpose of operating the Website, the Application and Service, to ensure your compliance with these User Terms, or to comply with applicable law or the order or requirement of a court, administrative agency or other governmental body. Uber reserves the right, at any time and without prior notice, to remove or disable access to any Collective Content that Uber, at its sole discretion, considers to be in violation of these User Terms or otherwise harmful to the Website, the Service or Application.

**Copyright Policy**

Uber respects copyright law and expects its users to do the same. It is Uber's policy to terminate in appropriate circumstances Users or other account holders who (repeatedly) infringe or are believed to be (repeatedly) infringing the rights of copyright holders. Please see Uber's Copyright Policy at https://www.uber.com/legal/copyright, for further information.

## Intellectual Property Ownership

Uber alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Website, Application and the Service and any suggestions, ideas, enhancement requests, feedback, recommendations or other information provided by you or any other party relating to the Website, Application or the Service.

These User Terms do not constitute a sale and do not convey to you any rights of ownership in or related to the Website, the Application or the Service, or any intellectual property rights owned by Uber. Uber's name, logo, and the product names associated with the Application and Service are trademarks of Uber, its affiliated companies or third parties, and no right or license is granted to use them.

## App Store Sourced Application

With respect to any Application accessed through or downloaded from the Apple App Store ("**App Store Sourced Application**"), you will use the App Store Sourced Application only: (i) on an Apple-branded product that runs iOS (Apple's proprietary operating system software); and (ii) as permitted by the "Usage Rules" set forth in the Apple App Store Terms of Service. Uber reserves all rights in and to the Application not expressly granted to you under these User Terms.

You acknowledge and agree that (i) these User Terms are valid between you and Uber only, and not Apple, and (ii) Uber, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will, where applicable, refund the purchase price for the App Store Sourced Application to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between Uber and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of Uber.

You and Uber acknowledge that, as between Uber and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

You and Uber acknowledge that, in the event of any third party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between Uber and Apple, Uber, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by this Agreement.

You and Uber acknowledge and agree that Apple, and Apple's subsidiaries, are third party beneficiaries relating to your license of the App Store Sourced Application, and that, upon your acceptance of these User Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the rights under these User Terms as related to your

6

license of the App Store Sourced Application against you as a third party beneficiary thereof.

Without limiting any other provisions of these User Terms, you must comply with all applicable third party terms of agreement when using the App Store Sourced Application.

## Third Party Interactions

During the use of the Website, the Application and the Service, links to websites that are owned and controlled by third parties may be provided from time to time in order to enter into correspondence with, purchase goods or services from, participate in promotions of third parties. These links take you off the Website, the Application and the Service and are beyond Uber's control.

During use of the Website, the Application and the Service, you may enter into correspondence with, purchase goods and/or services from, or participate in promotions of third party service providers, advertisers or sponsors showing their goods and/or services through a link on the Website or through the Application or Service. These links take you off the Website, the Application and the Service and are beyond Uber's control. The websites you can link to have their own separate terms and conditions as well as a privacy policy. Uber is not responsible and cannot be held liable for the content and activities of these websites. You therefore visit or access these websites entirely at your own risk.

Please note that these other websites may send their own cookies to users, collect data or solicit personal information, and you are therefore advised to check the terms of use or privacy policies on those websites prior to using them.

## Term and termination of the contract

The Contract between Uber and you is concluded for an indefinite period.

You are entitled to terminate the Contract at all times by permanent deletion of the Application installed on your smart phone, thus disabling the use by you of the Application and the Service. You can close your user account at any time by following the instructions on Uber's website.

Uber is entitled to terminate the Contract at all times and with immediate effect (by disabling your use of the Application and the Service) if you: (a) violate or breach any term of these User Terms, or (b) in the opinion of Uber, misuse the Application or the Service. Uber is not obliged to give notice of the termination of the Contract in advance. After termination Uber will give notice thereof in accordance with these User Terms.

## Invalidity of one or more provisions

The invalidity of any term of these User Terms shall not affect the validity of the other provisions of these User Terms.

If and to the extent that any provision of these User Terms is invalid, or is unacceptable in the given circumstances according to the criteria of reasonableness and fairness, a provision shall apply between the parties instead that is acceptable considering all the circumstances and which corresponds with the provisions of the void part as much as possible, taking into account the content and the purpose of these User Terms.

## Modification of the Service and User Terms

Uber reserves the right, at its sole discretion, to modify or replace any of these User Terms, or change, suspend, or discontinue the Service or Application (including without limitation, the availability of any feature, database, or content) at any time by posting a notice on the Website or by sending you notice through the Service, Application or via email. Uber may also impose limits on certain features and services or restrict your access to parts or all of the Service without notice or liability.

## Notice

7

Uber may give notice by means of a general notice on the Service or Application, or by electronic mail to your email address on record in Uber's account information, or by written communication sent by regular mail to your address on record in Uber's account information.

## Assignment

You may not assign your rights under these User Terms without prior written approval of Uber.

## Privacy and Cookie Notice

Uber collects and processes the personal data of the visitors of the Website and users of the Application according to the Privacy and Cookie Notice.

## Applicable law and Dispute Resolution

These User Terms are subject to the laws of the Netherlands. Any dispute, claim or controversy arising out of or relating to these User Terms or the breach, termination, enforcement, interpretation or validity thereof or the use of the Website, the Service or the Application (collectively, **"Disputes"**) will be settled exclusively by the competent court in Amsterdam, the Netherlands, unless you notify Uber within one month after Uber invoking its right pursuant to this provision to commence court proceedings in Amsterdam, the Netherlands, that you demand settlement of the dispute, claim or controversy at hand before the relevant court competent by law.

## Final provision

The English text of these User Terms constitutes the sole authentic text. In the event of any discrepancy between the English text and a translation into a foreign language, the English text shall prevail.

<% include ../footer.html %>

# Exhibit 4
# to the Declaration of Conrad Whelan

<% include ../header.html %>

## USER TERMS

21 March 2013

<% include ../country-picker-terms.html %>

These terms and conditions ("**User Terms**") apply to your visit to and your use of our website at **www.uber.com** (the "**Website**"), the Service and the Application (as defined below), as well as to all information, recommendations and/or services provided to you on or through the Website, the Service and the Application.

PLEASE READ THESE USER TERMS CAREFULLY BEFORE DOWNLOADING OUR APPLICATION AND/OR USING OUR SERVICE.

**Uber**

Your contracting partner is Uber B.V., a private limited liability company established in the Netherlands, having its offices at Barbara Strozzilaan 101, 1083 HN Amsterdam, the Netherlands, registered at the Chamber of Commerce under number 55808646 ("**Uber**").

**What services does Uber provide?**

Uber offers information and a means to obtain transportation services offered by third party transportation providers, drivers or vehicle operators (the "**Transportation Provider**"), which may be requested through the use of an application supplied by Uber and downloaded and installed by you on your single mobile device (smart phone) (the "**Application**"). All services provided by Uber to you by means of your use of the Application are hereafter referred to as the "**Service**".

**How is a contract concluded between Uber and you?**

By using the Application or the Service, you enter into a contract with Uber (the "**Contract**"). In order to be able to use the Application or Service, you first need to sign up with Uber. When signing up, you are obligated to provide Uber with your personal information, mobile telephone number and credit card data. Upon successful completion of your signing up with Uber, Uber will provide you with a personal account, accessible for you with a password of your choice.

You have to be 18 years of age or older to use the Service or Application. If you reside in a jurisdiction that restricts the use of the Service or Application because of age, or restricts the ability to enter into contracts such as this one due to age, you must abide by such age limits and you must not use the Service and the Application. You represent that if you are an individual, you are of legal age to enter into a binding contract, or that if you are registering on behalf of a legal entity, that you are authorized to enter into, and bind the entity to, these User Terms and register for the Service and the Application.

**How to use the Service and the Application**

The Application allows you to send a request for transportation service to a Transportation Provider. The GPS receiver - which should be installed on the mobile device (smart phone) on which you have downloaded the Application - detects your location and sends your location information to the relevant Transportation Provider. The Transportation Provider has sole and complete discretion to accept or reject each request for transportation service. The Transportation Provider also has sole and complete discretion over whether to use the Application to receive the leads generated through the Application. If the Transportation Provider accepts a request, the Application notifies you and provides

information regarding the Transportation Provider - including its name, vehicle license number, and customer service rating - and the ability to contact the Transportation Provider by telephone. The Application also allows you to view the Transportation Provider's progress towards the pick-up point, in real time.

Uber shall procure reasonable efforts to bring you into contact with a Transportation Provider in order to obtain transportation services, subject to the availability of Transportation Providers in or around your location at the moment of your request for transportation services.

For the avoidance of doubt: Uber itself does not provide transportation services, and Uber is not a transportation carrier. It is up to the Transportation Provider to offer transportation services, which may be requested through the use of the Application and/or the Service. Uber only acts as intermediary between you and the Transportation Provider. The provision of the transportation services by the Transportation Provider to you is therefore subject to the agreement (to be) entered into between you and the Transportation Provider. Uber shall never be a party to such agreement.

**Your use of the Application or the Service**

You warrant that the information you provide to Uber is accurate and complete. Uber is entitled at all times to verify the information that you have provided and to refuse the Service or use of the Application without providing reasons.

You may only access the Service using authorized means. It is your responsibility to check to ensure you download the correct Application for your device. Uber is not liable if you do not have a compatible mobile device or if you download the wrong version of the Application for your mobile device. Uber reserves the right to terminate the Service and the use of the Application should you be using the Service or Application with an incompatible or unauthorized device.

By using the Application or the Service, you further agree that:

1. You will only use the Service or download the Application for your sole, personal use and will not resell it to a third party;
2. You will not authorize others to use your account;
3. You will not assign or otherwise transfer your account to any other person or legal entity;
4. You will not use an account that is subject to any rights of a person other than you without appropriate authorization;
5. You will not use the Service or Application for unlawful purposes, including but not limited to sending or storing any unlawful material or for fraudulent purposes;
6. You will not use the Service or Application to cause nuisance, annoyance or inconvenience;
7. You will not impair the proper operation of the network;
8. You will not try to harm the Service or Application in any way whatsoever;
9. You will not copy, or distribute the Application or other Uber Content without written permission from Uber;
10. You will keep secure and confidential your account password or any identification we provide you which allows access to the Service and the Application;
11. You will provide us with whatever proof of identity we may reasonably request;
12. You will only use an access point or 3G data account (AP) which you are authorized to use;
13. You are aware that when requesting transportation services by SMS (if available in your jurisdiction), standard messaging charges will apply;
14. You will not use the Service or Application with an incompatible or unauthorized device;
15. You will comply with all applicable law from your home nation, the country, state and/or city in which you are present while using the Application or Service.
    Uber reserves the right to immediately terminate the Service and the use of the Application should you not comply with any of the above rules.

**Payment**

The use of the Application and the Service is free of charge. Uber reserves the right to introduce a fee for the use

of the Application and/or the Service. If Uber decides to introduce such a fee, Uber shall inform you accordingly and allow you to either continue or terminate the Contract.

The rates that apply for the transportation services by the Transportation Provider can be found on the Website and through the Application. These may be modified or updated by Uber from time to time. It is your own responsibility to remain informed about the current rates for the transportation services.

Uber shall charge you for the transportation services provided to you by the Transportation Provider on behalf of the Transportation Provider. You agree that you will pay for all transportation services you purchase from the Transportation Provider, and that Uber may charge your credit card account as provided by you when registering for the Service for the transportation services (including any taxes and late fees, as applicable) that may be accrued by or in connection with your account. You are responsible for the timely payment of all fees and for providing Uber with a valid credit card account for payment of all fees at all times. Any payment made is non-refundable.

Uber uses a third-party payment processor (the "**Payment Processor**") to link your credit card account to the Application and Service. The processing of payments or credits, as applicable, in connection with your use of the Application and Service will be subject to the terms, conditions and privacy policies of the Payment Processor and your credit card issuer in addition to these User Terms. Uber is not responsible for any errors by the Payment Processor. In connection with your use of the Services, Uber will obtain certain transaction details, which Uber will use solely in accordance with its Privacy and Cookie Notice.

### Indemnification

By accepting these User Terms and using the Application or Service, you agree that you shall defend, indemnify and hold Uber, its affiliates, its licensors, and each of their officers, directors, other users, employees, attorneys and agents harmless from and against any and all claims, costs, damages, losses, liabilities and expenses (including attorneys' fees and costs) arising out of or in connection with:

    a.  your violation or breach of any term of these User Terms or any applicable law or regulation, whether or not referenced herein;

    b.  your violation of any rights of any third party, including Transportation Providers arranged via the Application, or

    c.  your use or misuse of the Application or Service.

### Liability

The information, recommendations and/or services provided to you on or through the Website, the Service and the Application is for general information purposes only and does not constitute advice. Uber will reasonably keep the Website and the Application and its contents correct and up to date but does not guarantee that (the contents of) the Website and/or Application are free of errors, defects, malware and viruses or that the Website and/or Application are correct, up to date and accurate.

Uber shall not be liable for any damages resulting from the use of (or inability to use) the Website or Application (but to the exclusion of death or personal injury), including damages caused by malware, viruses or any incorrectness or incompleteness of the Information or the Website or Application, unless such damage is the result of any wilful misconduct or from gross negligence on the part of Uber.

Uber shall further not be liable for damages resulting from the use of (or the inability to use) electronic means of communication with the Website or the Application, including — but not limited to — damages resulting from failure or delay in delivery of electronic communications, interception or manipulation of electronic communications by third parties or by computer programs used for electronic communications and transmission of viruses.

3

Without prejudice to the foregoing, and insofar as allowed under mandatory applicable law, Uber's aggregate liability shall in no event exceed an amount of EUR 500 or, where applicable, the equivalent of that amount in the currency used by you for the payment of the transportation services to the Transportation Provider.

The quality of the transportation services requested through the use of the Application or the Service is entirely the responsibility of the Transportation Provider who ultimately provides such transportation services to you. Uber under no circumstance accepts liability in connection with and/or arising from the transportation services provided by the Transportation Provider or any acts, actions, behaviour, conduct, and/or negligence on the part of the Transportation Provider. Any complaints about the transportation services provided by the Transportation Provider should therefore be submitted to the Transportation Provider.

**License Grant, Restrictions and Copyright Policy**

For the purpose of this User Term, the following definitions apply:

"**Content**" means all content featured or displayed, including, but not limited to, logos, icons, trademarks, text, graphics text, graphics, photographs, images, moving images, sound, illustrations, music, software (excluding the Application), opinions, remarks, comments, artwork, links, questions, suggestions, information or other materials.
"**Uber Content**" means Content owned or used by Uber, its affiliates or licensors and made available through the Website, Service or Application, including any Content licensed from a third party, but excluding User Content.
"**User**" means a person who accesses or uses the Service or Application.
"**User Content**" means Content that a User posts, uploads, publishes, submits or transmits to be made available on the Website or through the Service or Application.
"**Collective Content**" means, collectively, Uber Content and User Content.

Subject to your compliance with these User Terms, Uber grants you a limited, non-exclusive, non-transferable license:

   i. to view, download and print any Uber Content solely for your personal and non-commercial purposes; and
  ii. to view any User Content to which you are permitted access solely for your personal and non-commercial purposes.
You have no right to sublicense the license rights granted in this section.

You may not use, copy, adapt, modify, create derivative works from, distribute, license, sell, transfer, publicly display, publicly perform, reproduce, transmit, stream, broadcast or otherwise exploit the Website, Service, Application or Collective Content, except as expressly permitted in these User Terms. You may not reuse any Collective Content without first obtaining the written consent of Uber. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Uber or its licensors, except for the licenses and rights expressly granted in these User Terms.

**License Granted by User**

We may, in our sole discretion, permit Users to post, upload, publish, submit or transmit User Content on the Website or through the Service or Application. User Content will be deemed non-confidential and non-proprietary. Accordingly, Uber shall have the non-exclusive, royalty-free, right to use, copy, distribute and disclose to third parties any User Content for any purpose, in any medium and throughout the world ("**License Grant**").

You acknowledge that Uber only acts as a passive conduit for the distribution of the User Content and is not responsible or liable to you or to any third party for the content or accuracy of the User Content. Uber shall not be continuously monitoring User Content published by you or moderating between Users, nor shall Uber be under an obligation to do so. Without limiting the foregoing, you acknowledge and agree that any remarks, opinions, comments, suggestions and other information expressed or included in the User Content do not

4

necessarily represent those of Uber.

Any use by you of the User Content is entirely at your own risk. You represent and warrant that any User Content posted or transmitted by you is original to you and does not copy the work of any third party or otherwise infringe any third party intellectual property rights, rights of privacy or personality rights and does not contain any defamatory or disparaging statements. Furthermore, you represent and warrant that you have the capacity to grant the license as stipulated in this paragraph.

You agree to indemnify and keep Uber, its affiliates and licensors indemnified against all costs, expenses, damages, losses and liabilities incurred or suffered by Uber or its affiliated companies related to any User Content posted or transmitted by you or your other use of the Website, the Service or the Application.

Uber reserves the right at its sole discretion to block or remove (in whole or in part) any User Content posted or transmitted by you and which Uber believes is not in accordance with these User Terms (including materials which infringe or may infringe third party intellectual property rights, rights of privacy or personality rights), or is otherwise unacceptable to Uber.

You agree to promptly notify Uber in writing of any User Content which breaches these User Terms. You agree to provide to Uber sufficient information to enable Uber to investigate whether such User Content breaches these User Terms. Uber agrees to make good faith efforts to investigate such complaint and shall take such action as Uber in its sole discretion decides. However, Uber does not warrant or represent that it will block or remove (in whole or in part) such user Content.

**Application License**

Subject to your compliance with these User Terms, Uber grants you a limited non-exclusive, non-transferable license to download and install a copy of the Application on a single mobile device that you own or control and to run such copy of the Application solely for your own personal use.

**You shall not**

   i. license, sublicense, sell, resell, transfer, assign, distribute or otherwise commercially exploit or make available to any third party the Service or Application in any way;
   ii. modify or make derivative works based upon the Service or Application;
   iii. create Internet "links" to the Service or "frame" or "mirror" any Application on any other server or wireless or Internet-based device;
   iv. reverse engineer or access the Application in order to
      a. design or build a competitive product or service,
      b. design or build a product using similar ideas, features, functions or graphics of the Service or Application, or
      c. copy any ideas, features, functions or graphics of the Service or Application, or
   v. launch an automated program or script, including, but not limited to, web spiders, web crawlers, web robots, web ants, web indexers, bots, viruses or worms, or any program which may make multiple server requests per second, or unduly burdens or hinders the operation and/or performance of the Service or Application.

   **You shall not:**

   i. send spam or otherwise duplicative or unsolicited messages in violation of applicable laws;
   ii. send or store infringing, obscene, threatening, libellous, or otherwise unlawful or tortious material, including material harmful to children or violative of third party privacy rights;
   iii. send or store material containing software viruses, worms, Trojan horses or other harmful computer code, files, scripts, agents or programs;

5

iv. interfere with or disrupt the integrity or performance of the Website, the Application or Service or the data contained therein; or

v. attempt to gain unauthorized access to the Website, the Application or Service or its related systems or networks.

Uber will have the right to investigate and prosecute violations of any of the above to the fullest extent of the law. Uber may involve and cooperate with law enforcement authorities in prosecuting users who violate these User Terms. You acknowledge that Uber has no obligation to monitor your access to or use of the Website, Service, Application or Collective Content or to review or edit any Collective Content, but has the right to do so for the purpose of operating the Website, the Application and Service, to ensure your compliance with these User Terms, or to comply with applicable law or the order or requirement of a court, administrative agency or other governmental body. Uber reserves the right, at any time and without prior notice, to remove or disable access to any Collective Content that Uber, at its sole discretion, considers to be in violation of these User Terms or otherwise harmful to the Website, the Service or Application.

**Copyright Policy**

Uber respects copyright law and expects its users to do the same. It is Uber's policy to terminate in appropriate circumstances Users or other account holders who (repeatedly) infringe or are believed to be (repeatedly) infringing the rights of copyright holders. Please see Uber's Copyright Policy at https://www.uber.com/legal/copyright, for further information.

**Intellectual Property Ownership**

Uber alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Website, Application and the Service and any suggestions, ideas, enhancement requests, feedback, recommendations or other information provided by you or any other party relating to the Website, Application or the Service.

These User Terms do not constitute a sale and do not convey to you any rights of ownership in or related to the Website, the Application or the Service, or any intellectual property rights owned by Uber. Uber's name, logo, and the product names associated with the Application and Service are trademarks of Uber, its affiliated companies or third parties, and no right or license is granted to use them.

**App Store Sourced Application**

With respect to any Application accessed through or downloaded from the Apple App Store ("**App Store Sourced Application**"), you will use the App Store Sourced Application only:

i. on an Apple-branded product that runs iOS (Apple's proprietary operating system software); and

ii. as permitted by the "Usage Rules" set forth in the Apple App Store Terms of Service. Uber reserves all rights in and to the Application not expressly granted to you under these User Terms.

**You acknowledge and agree that**

i. these User Terms are valid between you and Uber only, and not Apple, and

ii. Uber, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

In the event of any failure of the App Store Sourced Application to conform to any applicable warranty,

you may notify Apple, and Apple will, where applicable, refund the purchase price for the App Store Sourced Application to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between Uber and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of Uber.

You and Uber acknowledge that, as between Uber and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to:

  i. product liability claims;
  ii. any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and
  iii. claims arising under consumer protection or similar legislation.

You and Uber acknowledge that, in the event of any third party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between Uber and Apple, Uber, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by this Agreement.

You and Uber acknowledge and agree that Apple, and Apple's subsidiaries, are third party beneficiaries relating to your license of the App Store Sourced Application, and that, upon your acceptance of these User Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the rights under these User Terms as related to your license of the App Store Sourced Application against you as a third party beneficiary thereof.

Without limiting any other provisions of these User Terms, you must comply with all applicable third party terms of agreement when using the App Store Sourced Application.

**Third Party Interactions**

During the use of the Website, the Application and the Service, links to websites that are owned and controlled by third parties may be provided from time to time in order to enter into correspondence with, purchase goods or services from, participate in promotions of third parties. These links take you off the Website, the Application and the Service and are beyond Uber's control.

During use of the Website, the Application and the Service, you may enter into correspondence with, purchase goods and/or services from, or participate in promotions of third party service providers, advertisers or sponsors showing their goods and/or services through a link on the Website or through the Application or Service. These links take you off the Website, the Application and the Service and are beyond Uber's control. The websites you can link to have their own separate terms and conditions as well as a privacy policy. Uber is not responsible and cannot be held liable for the content and activities of these websites. You therefore visit or access these websites entirely at your own risk.

Please note that these other websites may send their own cookies to users, collect data or solicit personal information, and you are therefore advised to check the terms of use or privacy policies on those websites prior to using them.

**Term and termination of the contract**

The Contract between Uber and you is concluded for an indefinite period.

You are entitled to terminate the Contract at all times by permanent deletion of the Application installed on

your smart phone, thus disabling the use by you of the Application and the Service. You can close your user account at any time by following the instructions on Uber's website.

Uber is entitled to terminate the Contract at all times and with immediate effect (by disabling your use of the Application and the Service) if you:

  a. violate or breach any term of these User Terms, or
  b. in the opinion of Uber, misuse the Application or the Service. Uber is not obliged to give notice of the termination of the Contract in advance. After termination Uber will give notice thereof in accordance with these User Terms.

### Invalidity of one or more provisions

The invalidity of any term of these User Terms shall not affect the validity of the other provisions of these User Terms.

If and to the extent that any provision of these User Terms is invalid, or is unacceptable in the given circumstances according to the criteria of reasonableness and fairness, a provision shall apply between the parties instead that is acceptable considering all the circumstances and which corresponds with the provisions of the void part as much as possible, taking into account the content and the purpose of these User Terms.

### Modification of the Service and User Terms

Uber reserves the right, at its sole discretion, to modify or replace any of these User Terms, or change, suspend, or discontinue the Service or Application (including without limitation, the availability of any feature, database, or content) at any time by posting a notice on the Website or by sending you notice through the Service, Application or via email. Uber may also impose limits on certain features and services or restrict your access to parts or all of the Service without notice or liability.

### Notice

Uber may give notice by means of a general notice on the Service or Application, or by electronic mail to your email address on record in Uber's account information, or by written communication sent by regular mail to your address on record in Uber's account information.

### Assignment

You may not assign your rights under these User Terms without prior written approval of Uber.

### Privacy and Cookie Notice

Uber collects and processes the personal data of the visitors of the Website and users of the Application according to the Privacy and Cookie Notice **uber.com/privacy**.

### Applicable law and Dispute Resolution

These User Terms are subject to the laws of the Netherlands. Any dispute, claim or controversy arising out of or relating to these User Terms or the breach, termination, enforcement, interpretation or validity thereof or the use of the Website, the Service or the Application (collectively, "Disputes") will be settled exclusively by the competent court in Amsterdam, the Netherlands, unless you notify Uber within one month after Uber invoking its right pursuant to this provision to commence court proceedings in

8

Amsterdam, the Netherlands, that you demand settlement of the dispute, claim or controversy at hand before the relevant court competent by law.

**Final provision**

The English text of these User Terms constitutes the sole authentic text. In the event of any discrepancy between the English text and a translation into a foreign language, the English text shall prevail.

<% include ../footer.html %>

# Exhibit 5
# to the Declaration of Conrad Whelan



**PARTNER TERMS**

**BY REGISTERING AND SIGNING THE PARTNER REGISTRATION FORM, THE PARTNER HEREBY ACKNOWLEDGES, ACCEPTS AND AGREES TO THE FOLLOWING TERMS AND CONDITIONS ("PARTNER TERMS"):**

1.     **DEFINITIONS, INTERPRETATION, SCOPE AND CHANGE OF THE PARTNER TERMS**
1.1     Definitions and interpretation
1.1.1   In addition to the terms defined elsewhere in these Partner Terms, the following definitions apply, unless the contrary intention appears:

"**Affiliated Company**" means a company that directly or indirectly is under control of or controls that relevant Party, by having more than fifty percent (50%) of the voting stock or other ownership interest or the majority of the voting rights.

"**App**" means the software application owned, controlled, managed, maintained, hosted, licensed and/or designed by Uber (or its Affiliated Companies) to run on smartphones, tablet computers and/or other devices, through which the Service is made available.

"**Change Notice**" has the meaning as set out in Clause 5.4.

"**City**" means the state, city, municipality, place, region or territory as set out in the PRF in which the Driving Service shall be made available by the Partner.

"**Commission**" means the remuneration for the Service provided by Uber to the Partner.

"**Customer**" means a person who has signed up and is registered with Uber for the use of the App and/or the Service.

"**Data**" means all data with regard to or transmitted using the Device, the App, the Driver App, the Service or the Driver ID, or data relating to the Customer and/or the Ride.

"**Device**" means the relevant smartphone or such other device as made available by Uber (in its sole discretion) to the Driver in order to use and have (limited) access to the Service and enable and provide the Driving Service to the Customers.

"**Driver**" means the person who is an employee or business partner of, or otherwise retained by the Partner and who shall render the Driving Service of whom the relevant (contact) details (including copy of the driver's license) are provided to Uber.

"**Driver App**" means the software application owned, controlled, managed, maintained, hosted, licensed and/or designed by Uber (or its Affiliated Companies) to run on the Device.

"**Driver ID**" means the identification and password key allotted by Uber to a Driver by which the Driver can access and use the Driver App and Device.

"**Driving Service**" means the driving transportation service as provided, made available or rendered by the Partner (through the Driver (as applicable) with the Vehicle) upon request of the Customer.

"**Fare**" means the amount (including applicable Taxes and Fees) that the Partner is entitled to charge the Customer for the Ride, based on the recommended fares for the City as set out on www.uber.com, on the App or in the PRF.

"**Indirect Taxes**" means VAT, GST, or any other consumption, sales or use tax or any other similar transaction taxes.

"**Intellectual Property Right**" means any patent, copyright, invention, database right, design right, registered design, trade mark, trade name, brand, logo, slogan, service mark, know-how, utility model, unregistered design or, where relevant, any application for any such right, know-how, trade or business name, domain name (under whatever extension, e.g. .com, .nl, .fr, .eu, etc.) or other similar right or obligation whether registered or unregistered or other industrial or intellectual property right subsisting in any territory or jurisdiction anywhere in the world.

"**Party**" means the Partner or Uber (collectively the "**Parties**").

"**Partner**" means the party having sole responsibility for the Driving Service as set out in the PRF.

"**Partner Agreement**" means the PRF, the Partner Terms (as amended from time to time) and any appendixes, schedules and annexes thereto.

"**PRF**" means Partner Registration Form.



**"Ride"** means the transportation of the Customer by the Driver from the point of pick-up of the Customer until the point of drop-off of the Customer.

**"Service"** means the on-demand, intermediary service through the App, SMS (text messaging), web based requests or such other platforms, communication media or channels as –from time to time– operated and made available by or on behalf of Uber that allows a Customer to request Driving Service from such a Driver (who shall render the Driving Service on behalf of the Partner) as available to and accepted by the Customer.

**"Taxes and Fees"** means VAT or sales taxes (as applicable) and such other applicable national, governmental, provincial, state, municipal, local or other applicable taxes, levies, tax-like assessments, (waiting) fees, Toll Charges (including surcharges thereon) or any other charges levied by any competent authority or agency in relation to the Driving Service.

**"Toll Charges"** means any and all road, bridge, ferry, tunnel and airport toll charges, including inner-city congestion, environmental or similar charges.

**"Uber"** means Uber B.V., a private limited liability company incorporated under the laws of the Netherlands, with its registered seat in Amsterdam, the Netherlands.

**"Vehicle"** means any motorized vehicle (whether powered by an internal combustion or an electrical engine) that is in safe and cleanly condition and fit for passenger transportation as required by applicable laws and regulations and that has been approved by Uber for the provision of the Driving Service.

**"Website"** means the Uber website www.uber.com.

1.1.2   These Partner Terms (as amended from time to time) form an integral part of the PRF and must be read in conjunction with the PRF (including all appendixes, schedules and annexes). Uber – acting reasonably and giving reasonable (not less than seven (7) days') prior notice to the Partner – reserves the right to modify the Partner Terms (including the appendixes, schedules and annexes) or its policies relating to the Service, the App, the Driver App or the Device by posting an updated version of this Partner Agreement through the Service, the Driver App or the Device or by providing the Partner with a copy of the amended Partner Terms.

## 2   SCOPE
### 2.1   Role of Uber
2.1.1   Partner acknowledges and agrees that Uber does not provide any transportation services, and that Uber is not a transportation or passenger carrier. Uber offers information and a tool to connect Customers seeking Driving Services to Drivers who can provide the Driving Service, and it does not and does not intend to provide transportation or act in any way as a transportation or passenger carrier. Uber has no responsibility or liability for any driving or transportation services provided by the Partner or the Drivers to third parties (including the Customers). The Partner and/or the Drivers will be solely responsible for any and all liability which results or is alleged to be as a result of the operation of the Vehicle(s) and/or the driving or transportation service, including, but not limited to personal injuries, death and property damage. Partner agrees to indemnify, defend and hold Uber harmless from and against any (potential) claims or (potential) damages incurred by any third party, including the Customer or the Driver, raised on account of the provision of the Driving Service. By providing the Driving Service to the Customer, the Partner accepts, agrees and acknowledges that a direct legal relationship is created and assumed solely between the Partner and the Customer. Uber shall not be responsible or liable for the actions, omissions and behaviour of the Customer in or in relation to the Partner, the Driver and the Vehicle. The Drivers are solely responsible for taking reasonable and appropriate precautions in relation to any third party with which they interact in connection with the Driving Service. Where this allocation of the Parties' mutual responsibilities may be ineffective under applicable law, the Partner undertakes to indemnify, defend and hold Uber harmless from and against any claims that may be brought against Uber in relation to the Partner's provision of the Driving Service under such applicable law.

### 2.2   Relationship with Partner/Drivers



2.2.1    Notwithstanding the Partner's right, if applicable, to take recourse against the Driver, the Partner acknowledges and agrees that he is at all times responsible and liable for the acts and omissions of the Driver(s) vis-à-vis the Customer and Uber, even where such vicarious liability may not be mandated under applicable law. The Partner represents and undertakes to procure that the Driver shall comply with, adhere to and observe the Partner Terms and all applicable laws, regulations, rules, statutes or ordinances governing or otherwise relating to the Driving Service. To the extent required, the Partner hereby agrees and procures that the rights, covenants, undertakings, representations and obligations of the Driver as set out in this Agreement shall apply to, and be assumed, accepted and taken over by the Driver. The Partner acknowledges and agrees that he will retain and, where necessary exercise, sole control over the Driver and comply with all applicable laws and regulations (incl. tax, social security and employment laws) governing or otherwise applicable to his relationship with the Driver. Uber does not and does not intend to exercise any control over the Driver (or the Partner's) actions or the operation or physical condition of the Vehicle – except as provided under the Agreement - and nothing in the Agreement shall create an employment relationship between Uber and the Partner and/or the Driver or create either of them an agent of Uber. The Partner acknowledges and agrees that he has no authority to bind Uber and undertakes not to hold himself out and to procure that the Driver does not hold himself out, as an agent or authorized representative of Uber. Where, by implication of mandatory law or otherwise, the Driver and/or the Partner may be deemed an agent, employee or representative of Uber, the Partner undertakes and agrees to indemnify, defend and hold Uber harmless from and against any claims by any person or entity based on such implied employment or agency relationship.

## 3.    PARTNER RIGHTS AND OBLIGATIONS
### 3.1    Use of and access to the Driver App
3.1.1    Uber (and its Affiliated Companies and licensors, where applicable) shall own and have all rights (including Intellectual Property Rights) in and to the Device, the App, the Driver App, the Service, the Driver ID and the Data. Insofar the Partner and/or Driver may, by operation of applicable law or otherwise, obtain any rights (including Intellectual Property Rights) in relation thereto, these rights shall be and are hereby transferred (insofar permitted under the applicable law, in advance) to Uber (rights obtained by any Driver should be transferred via the Partner). Where a transfer may not be permissible under the applicable mandatory law, the Partner hereby undertakes to grant and to procure that the Driver grants Uber a perpetual, exclusive (exclusive also with regard to Partner and/or Driver), world-wide and transferable right and license under any such non-transferable rights.

3.1.2    Uber hereby grants the Partner (and to the extent required, the Driver) a limited, revocable, non-exclusive, royalty free, non-transferable and non-assignable right to use the Driver App and the Device during the term of this Agreement solely for the purpose of having (limited) access to the Service with the sole purpose to provide and render the Driving Service in and/or from within the City to and for the benefit of the Customers. All rights not expressly granted to the Partner are reserved by Uber, its Affiliated Companies or its licensors (as the case may be).

3.1.3    Partner undertakes that it will, and that it will ensure that its Driver(s) will, safeguard, protect and keep the Driver ID at all times confidential and safely stored and shall not disclose it to any person other than those who need to have access to the Driver ID in order to render and/or provide the Driving Service. The Partner shall immediately notify Uber of any (suspected) security breach or improper use of the Driver ID.

3.1.4    The Partner undertakes that it will not and that it will ensure that the Driver does not (i) license, sublicense, sell, resell, transfer, assign, distribute or otherwise commercially exploit, dispose of or make available to any third party the Service, the Device, the Driver App or App in any way, (ii) modify or make derivative works based upon the Service, the Device, the Driver App or App, (iii) for other purposes of the provision of the Service under the terms of this Agreement and the instructions of Uber or (iv) modify, decompile, reverse engineering or disassemble, except as allowed under the applicable mandatory law.

 UBER

3.1.5    The Partner will immediately notify a (suspected) security breach or improper use of the Device, the Driver App or the Data to Uber.

3.1.6    The Partner acknowledges and agrees that the App, the Driver App or the Service may, from time to time, be unavailable (e.g. due to scheduled maintenance or system upgrades) and that Uber cannot, and does not, guarantee an specific or minimum availability of the App, the Driver App or the Service.

**4.    UBER RIGHTS AND OBLIGATIONS**
4.1    Driver ID
4.1.1    Uber will issue a Driver ID per Driver to the Partner to enable Partner and/or the Driver (as applicable) to access and use the Driver App and the Device in accordance with the Partner Terms. Uber will have the right, at all times and at Uber' sole discretion, to reclaim, prohibit, limit or otherwise restrict the Partner and/or the Driver from accessing or using the Driver App or the Device. Uber may charge a fee for the use of the Device or request a retainer fee and/or a security deposit per Device before issuing the Partner with a Device per Driver.

4.2    Transportation
4.2.1    Uber will provide information to the Driver via the Driver App indicating the location of Customer (**"A"**). The Customer shall inform the Driver of the destination (**"B"**). Partner acknowledges and agrees that Uber may provide further specific information regarding the Partner with regard to the Driving Service.

4.2.2    The Partner acknowledges and agrees that he and the Driver are solely responsible for taking such precautions as may be reasonable and proper (including taking out adequate insurance in conformity with standard market practice and in conformance with any applicable regulations or other licensing requirements) regarding any acts or omissions of the Customer.

4.3    Driver and Customer review
4.3.1    Customers who have used the Driving Service will be asked by Uber to comment on the Driving Service and to provide a score for the Driving Service and the Driver. Uber reserves the right to post these comments and scores on the App or the Website (or such other platforms as owned, managed, controlled or managed by Uber). Uber shall also request the Partner and/or the Driver to comment on and to provide a score for the Customer on the Driver App. Partner will and will procure that its Drivers will provide accurate and objective feedback that does not violate any applicable laws and regulations.

4.3.2    The Partner acknowledges that Uber is a distributor (without any obligation to verify) and not a publisher of these comments and scores. Uber reserves the right to refuse, edit or remove unfavourable reviews in the event that such reviews include obscenities or mention an individual's name or violate any privacy laws or any other applicable laws and regulations. Beyond the legal and regulatory requirements, Uber shall not have and hereby disclaims any liability and responsibility for the content and consequences of (the publication or distribution of) any comments, scores or reviews howsoever or whatsoever.

4.3.3    In case of a complaint, dispute or conflict between the Partner or the Driver on the one hand and the Customer on the other hand or in other appropriate instances where a legitimate reason for such disclosure exists, Uber may, but shall not be required to, − to the extent permitted by applicable laws and regulations − provide the Customer, Partner, the Driver and/or the relevant authorities the relevant data (including personal data) of the Partner, the Driver or the Customer.

4.3.4    The Partner will, and will procure that the Driver will:
          a.    support Uber in all communications;
          b.    if requested by Uber, actively engage other Partners or Drivers;

 UBER

    c.      refrain from speaking negatively on Uber's business and business concept in public.

## 5. COMPENSATION AND PAYMENT

### 5.1 Fares

5.1.1 The Fare for the Driver Service can be found at www.uber.com, or on the App or can at any time be communicated to the Partner by Uber. These Fares are inclusive of Indirect Taxes, which Indirect Taxes will be due and will have to be paid by the Partner at the applicable Indirect Tax rate of the country in which the Driving Service takes place. The Fares are recommended, maximum fares. The Partner is free to charge lower fares to the Customer.

5.1.2 The Fare is generally paid for by the Customer by credit card. The Partner authorizes Uber to use the credit card information of the Customer to process payment of the Fare for and on his behalf.

### 5.2 Commission

5.2.1 Uber will be paid the Commission per Ride at a percentage as agreed in the PRF. The Commission is calculated as a percentage of the Fare including Indirect Taxes, irrespective of a lower fare as may be agreed between the Partner/Driver on the one hand and the Customer on the other hand for a Ride. The Fare (or the lower fare as agreed with the Customer) will be collected by Uber for and on behalf of the Partner. The Commission will be paid by the Partner by way of deduction from the Fare (or the lower fare) upon collection of the Fare by Uber for and on behalf of the Partner. The Commission will at all times be based on the Fare (irrespective of any lower fare granted by the Partner to the Customer pursuant to Clause 5.1.1). The Partner agrees and undertakes to pay to Uber the Commission on all Fares payable in connection with the Driving Service.

5.2.2 The Commission calculated on the basis of Clause 5.2.1. will be exclusive of Indirect Taxes. For the Netherlands, Indirect Taxes will be calculated on top of the Commission at the general Indirect Taxes rate of 21%. For all other EU countries the Service rendered by Uber is considered taxable for Indirect Taxes in the EU country in which the Partner has established his business or has a permanent establishment to which the Service is rendered. The Indirect Taxes will be due by and will have to be paid by the Partner, on the basis of the so-called 'reverse charge mechanism' to which Uber's invoices will refer.

5.2.3 For all non-EU countries the Service rendered by Uber may be considered taxable for Indirect Taxes in the non- EU country in which the Partner has established his business or has a permanent establishment to which the Service is rendered. If any Indirect Taxes are required to be charged by Uber to the Partner, the Partner will pay Uber the Indirect Taxes in addition to the Commission amount. If under local tax law any Indirect Taxes are payable by the Partner, the Partner shall be responsible for paying the Indirect Taxes without recourse to Uber.

### 5.3 Change Agreement, Commission and Partner Fee

Uber may at any time or times notify the Partner of a proposed amendment of or change to the Partner Terms, the agreed Commission (a "**Change Notice**"). If the Partner does not object to such Change Notice within seven (7) days after receipt thereof, he shall be deemed to have accepted the changes comprised in the Change Notice. If Partner objects to the changes/amendments comprised in the Change Notice, Uber may terminate the Partner Agreement with Partner for cause, with immediate effect and without having to compensate Partner in any way.



**5.4** Invoicing and payment terms

5.4.1 Payment of the Commission shall be made in accordance with the payment method as mutually agreed upon by Parties.

5.4.2 Uber operates, and the Partner accepts, a system for receipts being issued by Uber for and on behalf of the Partner to the Customer. The receipts, which are issued by Uber for and on behalf of the Partner to the Customer shall be sent in copy by email or made available online to the Partner. The Partner ensures that the Driver checks the correctness of the receipts to the Customer within three (3) business days after each Ride. After this term Uber is not liable for any mistakes in the invoices.

5.4.3 Uber, as an agent of the Partner, is in no circumstances liable for any Indirect Taxes that the Partner has to pay to the authorities in case an incorrect Indirect Tax rate has been applied to the Fare for the Ride.

**5.5** Tax gross-up

5.5.1 All payments to be made by the Partner under this Agreement shall be made in cleared funds, without any deduction or set-off and free and clear of and without deduction for or on account of any taxes, levies, imports, duties, charges, fees and withholdings of any nature now or hereafter imposed by any governmental, fiscal or other authority. If the Partner is compelled to make any such deduction or withholding, it will pay to Uber such additional amounts as are necessary to ensure receipt by Uber of the full (net) amount as set out in the invoice which Uber would have received but for the deduction. The Partner is responsible and liable for the payment and remittance of any taxes, levies, imports, duties, charges, fees and withholdings over and above the full (net) payment due by the Partner to Uber.

**6.   REPRESENTATIONS**

**6.1** Partner/Driver representations

6.1.1 The Partner represents and shall procure that the Driver shall represent, to Uber that for the term of this Agreement:

   (i) they hold, comply and shall continue to hold and comply with all permits, licenses and other governmental authorisations necessary for conducting, carrying out and continuing their activities, operations and business in general and the Driving Service in particular;

   (ii) they shall comply with all local laws and regulations, including the laws related to the operation of a taxi/passenger delivery, driving service or transportation service and will be solely responsible for any violations of such local laws and regulations;

   (iii) the Driver has a valid driver's license and is authorized to operate the Vehicle as set out in the PRF and has all the appropriate licenses, approvals and authority to provide transportation for hire to third parties in the City where the Driving Service is rendered or performed;

   (iv) they have appropriate and up-to-date level of expertise and experience to enable and provide the Driving Service and the Driving Service will be supplied, provided and supported by appropriately qualified and trained Drivers acting with due skill, care and diligence;

   (v) the Partner and the Driver have and maintain a valid policy for the appropriate (transportation, personal injury, third party or general) liability insurance and such other insurances as are considered market practice (all in industry-standard coverage amounts) for the operation of the Vehicle and/or business insurance to cover any anticipated risks, damages and losses related to the operation of a taxi/passenger delivery, driving service or transportation services (including the Driving Service). The Partner shall upon first request of Uber provide Uber with a copy of the insurance certificates;

   (vi) the Vehicle is kept in a clean condition at all times, such Vehicle is in good operating condition and meets the industry safety standards for a Vehicle of its kind;



(vii) the Driver and the Vehicle comply at all times with the quality standards set by Uber, which quality standards have been made available or upon request can be made available to Partner and/or the Driver.

6.2     Disclaimer
6.2.1   Uber provides, and the Partner and Driver accept, the Service, the Device and Driver App on an "as is" and "as available" basis. Uber does not warrant or guarantee that the Partner, the Driver or the Customer's access to or use of the Service, the Website, the Device, the App or the Driver App will be uninterrupted or error free.

6.3     Partner/ Driver indemnifications
6.3.1   The Partner agrees and undertakes and procures that the Driver will indemnify, defend and hold Uber (and its Affiliated Companies and employees and, at the request of Uber, Uber's licensors, suppliers, officers, directors and subcontractors) harmless from and against any and all claims, demands, expenses (including legal fees), damages, penalties, fines, social contributions and taxes by a third party (including Customers, regulators and governmental authorities) directly or indirectly related to this Agreement, except where such claims relate to a culpable breach of Uber's obligations under this Agreement.

6.3.2.  The Parties expressly agree that this Agreement cannot be regarded as an employment agreement or employment relationship and that Uber is an agent of the Partner or the Driver, exclusively providing an intermediary service to the Partner in return for a Commission.

6.3.3.  In all other cases than Clause 6.3.2, Uber is entitled to withhold employer taxes and social security premiums on all payments to be made to the Partner. In that case, all past, present and future payments to the Partner pursuant to this Agreement shall be regarded as gross salary payments subject to employer taxes and social security premiums. The Partner shall indemnify and hold Uber harmless for all taxes and contributions in that respect, plus interest, penalties and costs, payable within 14 days after of a written request to that extent by Uber.

7.      LIABILITY
7.1     Uber is not responsible for, and excludes any and all liability for any type of damages, losses (including direct, indirect, consequential, punitive, special damages or losses, etc), claims, demands, expenses (including legal fees), damages, penalties and fines (including third party) directly or indirectly related to the Partner Agreement, including for: (i) the Device, the App, the Driver App, the Service and the Data, (ii) the Service, the Ride and the Vehicle, (iii) any damages or dangers associated with the execution of the Partner Agreement, (iv) acts or omissions of the Customer (including payment), (v) the content and consequences of (the publication or distribution of) any comments, ratings or reviews about the Partner or the Driver and (vi) the termination of the Partner Agreement for any reason whatsoever.

7.2     If the disclaimer of liability by Uber as set out in Clause 7.1 shall, for some reason, not have any effect, the maximum aggregate liability of Uber vis-a-vis the Partner and its Drivers collectively, is limited to 50% of the total amount of the Commission paid to Uber by the Partner in the year (12 months) preceding the event that led to the liability.

7.3     All defenses (including limitations and exclusions of liability) in favour of Uber apply (i) regardless of the ground upon which a liability is based (whether default, tort or otherwise), (ii) irrespective of the type of breach of obligations (guarantees, contractual obligations or otherwise), (iii) for all events and all agreements together, (iv) insofar no event of willful misconduct or gross negligence of Uber or its management has occurred, and (v) also for the benefit of its Affiliated Companies and employees and, at the request of Uber, Uber's licensors, suppliers and subcontractors.

8.      TERM, TERMINATION AND SUSPENSION



8.1    This Partner Agreement shall commence on the date specified in the PRF, for an indefinite period of time, unless terminated by either Party by written notice with due observance of a notice period of seven (7) calendar days. The Partner Agreement terminates automatically, without any notice requirement, at such moment when the Partner and/or its Drivers no longer qualifies, under the applicable law or the quality standards of Uber, to provide the Driving Service or to operate the Vehicle.

8.2    Each Party may terminate the Partner Agreement or suspend the Partner Agreement in respect of the other Party, with immediate effect and without a notice of default being required in case of:
       (a) a material breach by the other Party of any term of the Partner Agreement (e.g. breach of representations, insolvency or receipt of a significant number of Customer complaints); or
       (b) (filing or submission of request for) bankruptcy or suspension of payment (or similar action or event) in respect of the other Party.

8.3    Upon termination of the Partner Agreement, the Partner and/ or the Driver shall promptly return all Data provided to either of them by Uber without withholding a copy thereof.

**9.     CONFIDENTIALITY**
9.1    Parties understand and agree that in the performance of this Partner Agreement, each Party may have access to or may be exposed to, directly or indirectly, confidential information of the other Party (the **"Confidential Information"**). Confidential Information includes Data, transaction volume, marketing and business plans, business, financial, technical, operational and such other non-public information that either a disclosing Party designates as being private or confidential or of which a receiving Party should reasonably know that it should be treated as private and confidential.

9.2    Each Party agrees that: (a) all Confidential Information shall remain the exclusive property of the disclosing Party and receiving Party shall not use any Confidential Information for any purpose except in furtherance of this Agreement; (b) it shall maintain, and shall use prudent methods to cause its employees, officers, representatives, contracting parties and agents (the **"Permitted Persons"**) to maintain, the confidentiality and secrecy of the Confidential Information; (c) it shall disclose Confidential Information only to those Permitted Persons who need to know such information in furtherance of this Partner Agreement; (d) it shall not, and shall use prudent methods to ensure that the Permitted Persons do not, copy, publish, disclose to others or use (other than pursuant to the terms hereof) the Confidential Information; and (e) it shall return or destroy all ((hard and soft) copies of) Confidential Information upon written request of the other Party.

9.3    Notwithstanding the foregoing, (a) Confidential Information shall not include any information to the extent it (i) is or becomes part of the public domain through no act or omission on the part of the receiving Party, (ii) was possessed by the receiving Party prior to the date of this Partner Agreement, (iii) is disclosed to the receiving Party by a third party having no obligation of confidentiality with respect thereto, or (iv) is required to be disclosed pursuant to law, court order, subpoena or governmental authority, and (b) nothing in this Agreement shall prevent, limit or restrict a Party from disclosing this Partner Agreement (including the any technical, operational, performance and financial data (but excluding any Customer Data)) in confidence to an Affiliated Company.

9.4    For the purpose of rendering the Service, the Partner explicitly agrees and acknowledges, and procures that the Driver agrees and acknowledges, that the Driver who is available for the Driving Service or performing the Driving Service shall be monitored and traced through the Driver App via GPS tracking. The Device and the relevant details of the Driver and the Ride and the position of the Driver shall be disclosed to the Customer on the App. The Data relating to the Ride are monitored and retained by Uber for complaints by Customers or Drivers, as well as for analytical-, marketing- and commercial purposes of Uber.



## 10.    MISCELLANEOUS

10.1    If any provision of this Agreement is or becomes invalid or non-binding, the Parties shall remain bound by all other provisions hereof. In that event, the Parties shall replace the invalid or non-binding provision by provisions that are valid and binding and that have, to the greatest extent possible, a similar effect as the invalid or non-binding provision, given the contents and purpose of this Agreement.

10.2    Neither Party shall be entitled to assign, transfer, encumber any of its rights and/or the obligations under this Agreement without the prior written consent of the other Party, provided that Uber may assign, transfer, encumber any of its rights and/or the obligations under this Agreement (in whole or in part or from time to time) to an Affiliated Company without the prior written consent of the Partner or the Driver.

10.3    This Agreement (including the schedules, annexes and appendixes, which form an integral part of this Agreement) constitutes the entire agreement and understanding of the Parties with respect to its subject matter and replaces and supersedes all prior agreements, arrangements, ((non) binding) offers, undertakings or statements regarding such subject matter.

10.4    The original English version of these Partner Terms may have been translated into other languages. The translated version of the English Partner Terms is a courtesy and office translation only and the Partner and/or the Driver cannot derive any rights from the translated version. In the event of a dispute about the contents or interpretation of these terms and conditions of this Partner Agreement or in the event of a conflict, ambiguity, inconsistency or discrepancy between the English version and any other language version of these Partner Terms, the English language version shall prevail, apply and be binding and conclusive. The English version shall be used in legal proceedings. The English version shall be sent to you upon written request.

## 11.    GOVERNING LAW AND JURISDICTION

Save as set out otherwise in this Agreement, this Agreement shall be exclusively governed by and construed in accordance with the laws of the Netherlands, excluding its rules on conflicts of laws. The Vienna Convention on the International Sale of Goods of 1980 (CISG) shall not apply. Any dispute, conflict or controversy, howsoever arising out of or broadly in connection with or relating to this Partner Agreement, including but not limited to those relating to its validity, its construction or its enforceability, shall be first mandatorily submitted to settlement proceedings under the International Chamber of Commerce Amicable Dispute Resolution Rules (ICC ADR Rules). If the said dispute has not been settled within 60 days after a request for Amicable Dispute Resolution has been submitted under the said ICC ADR Rules, such dispute shall be exclusively and finally resolved by arbitration under the Rules of Arbitration of the International Chamber of Commerce (ICC Arbitration Rules). The ICC Rules' Emergency Arbitrator provisions are excluded. The dispute shall be resolved by one arbitrator to be appointed in accordance with the ICC Rules. The place of arbitration shall be Amsterdam, The Netherlands. The language of the arbitration shall be English.