MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
PRIYANKA RAJAGOPALAN, SBN 278504
  prajagopalan@gibsondunn.com
JOSEPH TARTAKOVSKY, SBN 282223
  jtartakovsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | CASE NO. 3:15-CV-00424 (SI)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO (1) FORUM SELECTION CLAUSE; (2) *FORUM NON CONVENIENS*; (3) FED. R. CIV. P. 12(B)(7); AND (4) FED. R. CIV. P. 12(B)(3)**<br><br>Hearing<br>Date:    July 10, 2015<br>Time:    9:00 a.m.<br>Place:   Courtroom 10, 19th Floor<br>           Hon. Susan Illston |

1  The Court has considered Defendant Uber Technologies, Inc.'s Motion to Dismiss pursuant to
2  (1) forum-selection clause; (2) *forum non conveniens*; (3) Rule 12(b)(7); and (4) Rule 12(b)(3).
3  Having considered all papers filed in support of and in opposition to the Motion, oral argument of
4  counsel, and all other pleadings and papers on file herein, and good cause appearing therefor, the
5  Court hereby GRANTS the Motion and DISMISSES the case.

7  IT IS SO ORDERED this ___ day of _____, 2015.

                HON. SUSAN ILLSTON
                United States District Judge