1  DOUGLAS H. WIGDOR (NY SBN 2609469)
2  JEANNE M. CHRISTENSNEN (NY SBN 2622124)
   TANVIR H. RAHMAN (NY SBN 4921235)
3  ELIZABETH J. CHEN (NY SBN 5126214)
   (Admitted *pro hac vice*)
4  **WIGDOR LLP**
   85 Fifth Avenue
5  New York, NY 10003
6  Tel.: (212) 257-6800
   Fax: (212) 257-6845
7
   ERIC F. YUHL (SBN 102051)
8  COLIN A. YUHL (SBN 259196)
9  **YUHL CARR LLP**
   4676 Admiralty Way, Suite 550
10 Marina Del Rey, CA 90292
   Tel.: (310) 827-2800
11 Fax: (310) 827-4200
12
   Attorneys for Plaintiff,
13 **JANE DOE**

14                 **UNITED STATES DISTRICT COURT**
15                 **NORTHERN DISTRICT OF CALIFORNIA**

16 | JANE DOE,                    | Case No.: 3:15-cv-00424(SI) |
17 |         Plaintiff,           |
18 |     vs.                      |
19 | UBER TECHNOLOGIES, INC.,     |
20 |         Defendant.           |

23                  **STIPULATION AND PROPOSED ORDER**

24 It is hereby stipulated, by and between Plaintiff Jane Doe ("Plaintiff") and Defendant Uber

25 Technologies, Inc., ("Uber U.S.") that:

---

*Doe v. Uber Technologies, Inc.,*      1     *Stipulation and Proposed Order*
                                              Case No. 3:15-cv-00424-(SI)

1. Plaintiff's deadline to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (See Dkt. No. 29) is extended from April 20, 2015 to June 19, 2015;

2. Uber U.S.'s deadline to serve reply papers in connection with its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is therefore extended from April 27, 2015 to August 18, 2015;

3. Plaintiff's deadline to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) (See Dkt. No. 31) is extended from April 20, 2015 to June 19, 2015;

4. Uber U.S.'s deadline to serve reply papers in connection with its Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) is therefore extended from April 27, 2015 to August 18, 2015;

5. The parties respectfully request that the Court continue the motion hearing on Uber U.S.'s Motions to Dismiss from July 10, 2015 to October 2, 2015 at 9:00 a.m., pursuant to Your Honor's Calendar.

6. These deadlines are designed to accommodate the complexity of this case.

1  Dated: April 20, 2015
         San Francisco, CA

2                                              Respectfully submitted,

3                                              WIGDOR LLP

4

5                                              By:  /s/Jeanne M. Christensen____
                                                    Douglas H. Wigdor
6                                                   Jeanne M. Christensen
                                                    Tanvir H. Rahman
7                                                   Elizabeth J. Chen

8
                                               85 Fifth Avenue
9                                              New York, NY 10003
                                               Telephone:  (212) 257-6800
10                                             Facsimile:   (212) 257-6845
                                               dwigdor@wigdorlaw.com
11                                             jchristensen@wigdorlaw.com
                                               trahman@wigdorlaw.com
12                                             echen@wigdorlaw.com

13
                                               YUHL CARR LLP
14

15                                             Eric F. Yuhl
                                               Colin A. Yuhl
16
                                               4676 Admiralty Way, Suite 550
17                                             Marina Del Rey, CA 90292
                                               Telephone:  (310) 827-2800
18                                             Facsimile:   (310) 827-4200
                                               eyuhl@yuhlcarr.com
19                                             cyuhl@yuhlcarr.com

20
                                               *Counsel for Plaintiff*
21

22

23

24

25

26

27

28

                                                         Case No. 3:15-cv-00424-(SI)

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | |
| 3 | By:    /s/Michael L.M. Wong         |
| | Michael Li-Ming Wong |
| 4 | Perlette Michèle Jura |
| | Priyanka Rajagopalan |
| 5 | Joseph Tartakovsky |
| 6 | |
| 7 | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105-0921 |
| 8 | Telephone:  (415) 393-8333 |
| | Facsimile:   (415) 374-8434 |
| 9 | mwong@gibsondunn.com |
| | pjura@gibsondunn.com |
| 10 | prajagopalan@gibsondunn.com |
| | jtartakovsky@gibsondunn.com |
| 11 | |
| 12 | *Attorneys for Defendant Uber Technologies, Inc.,* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE,

        Plaintiff,

vs.

UBER TECHNOLOGIES, INC.,

        Defendant.

Case No.: 3:15-cv-00424(SI)

**[PROPOSED] ORDER**

      **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for Plaintiff to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) in this matter is extended from April 20, 2015 to June 19, 2015.

      **IT IS FURTHER ORDERED** that the deadline for Uber U.S. to serve reply papers in connection with its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is therefore extended from April 27, 2015 to August 18, 2015.

      **IT IS FURTHER ORDERED** that the deadline for Plaintiff to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) is extended from April 20, 2015 to June 19, 2015.

      **IT IS FURTHER ORDERED** that the deadline for Uber U.S. to serve reply papers in connection with its Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) is extended from April 27, 2015 to August 18, 2015.

1  **IT IS FURTHER ORDERED** that the motion hearing on Uber U.S.'s Motions to
2  Dismiss be continued from July 10, 2015 to October 2, 2015.
3
4  Date: April __, 2015                                    _____
                                                            Hon. Susan Illston
5                                                           United States District Court Judge
                                                            Northern District of California
6

*Doe v. Uber Technologies, Inc.,*                6                *Stipulation and Proposed Order*
                                                                  Case No. 3:15-cv-00424-(SI)