DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
TANVIR H. RAHMAN (NY SBN 4921235)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
**YUHL CARR LLP**
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

Attorneys for Plaintiff,
**JANE DOE**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.: 3:15-cv-00424(SI) |

### STIPULATION AND PROPOSED ORDER

It is hereby stipulated, by and between Plaintiff Jane Doe ("Plaintiff") and Defendant Uber Technologies, Inc., ("Uber U.S.") that:

1.    Uber U.S. consents to extending the time for Plaintiff to file an amended complaint pursuant to Fed. R. Civ. P. 15(a), from April 26, 2015 to May 11, 2015;

---

*Doe v. Uber Technologies, Inc.*                    1                    *Stipulation and Proposed Order*
                                                                          Case No. 3:15-cv-00424-(SI)

2. The parties respectfully request that the initial case management conference be continued from May 7, 2015 to June 5, 2015; June 12, 2015; or another date amenable to the Court;

3. The parties are still discussing their competing views about the propriety of discovery at this stage, but agree in the short term that all discovery shall be stayed at least until May 29, 2015, or seven days before the date of the initial case management conference, whichever is later. Uber U.S. reserves all rights to object to discovery, including but not limited to whether Uber U.S. should be required to provide initial disclosures prior to resolution of pending motions to dismiss.

Dated: April 23, 2015
       San Francisco, CA

Respectfully submitted,

WIGDOR LLP

By: */s/ Jeanne M. Christensen*
    Douglas H. Wigdor
    Jeanne M. Christensen
    Tanvir H. Rahman
    Elizabeth J. Chen

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
trahman@wigdorlaw.com
echen@wigdorlaw.com

|   |   |
|---|---|
| 1 | |
| 2 | YUHL CARR LLP |
| 3 | |
| 4 | Eric F. Yuhl<br>Colin A. Yuhl |
| 5 | |
| 6 | 4676 Admiralty Way, Suite 550<br>Marina Del Rey, CA 90292 |
| 7 | Telephone:  (310) 827-2800<br>Facsimile:   (310) 827-4200 |
| 8 | eyuhl@yuhlcarr.com<br>cyuhl@yuhlcarr.com |
| 9 | |
| 10 | *Counsel for Plaintiff* |
| 11 | |
| 12 | GIBSON DUNN & CRUTCHER LLP |
| 13 | |
| 14 | By:   /s/ Perlette Michèle Jura |
| 15 | Michael Li-Ming Wong<br>Perlette Michèle Jura |
| 16 | Priyanka Rajagopalan<br>Joseph Tartakovsky |
| 17 | |
| 18 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921 |
| 19 | Telephone:  (415) 393-8333<br>Facsimile:   (415) 374-8434 |
| 20 | mwong@gibsondunn.com<br>pjura@gibsondunn.com |
| 21 | prajagopalan@gibsondunn.com<br>jtartakovsky@gibsondunn.com |
| 22 | |
| 23 | *Counsel for Defendant*<br>*Uber Technologies, Inc.* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.: 3:15-cv-00424(SI) |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiff is granted leave to serve an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) in this matter by May 11, 2015.

**IT IS FURTHER ORDERED** that the initial case management conference is continued from May 7, 2015 to June ___, 2015.

**IT IS FURTHER ORDERED** that discovery is stayed until _____, or until a date set by the Court at the initial case management conference.

Date: April __, 2015                                            _____
                                                                                Hon. Susan Illston
                                                                                United States District Court Judge
                                                                                Northern District of California