1  DOUGLAS H. WIGDOR (NY SBN 2609469)
   JEANNE M. CHRISTENSEN (NY SBN 2622124)
2  TANVIR H. RAHMAN (NY SBN 4921235)
3  ELIZABETH J. CHEN (NY SBN 5126214)
   (Admitted *pro hac vice*)
4  **WIGDOR LLP**
   85 Fifth Avenue
5  New York, NY 10003
6  Tel.: (212) 257-6800
   Fax: (212) 257-6845
7

8  ERIC F. YUHL (SBN 102051)
   COLIN A. YUHL (SBN 259196)
9  **YUHL CARR LLP**
   4676 Admiralty Way, Suite 550
10 Marina Del Rey, CA 90292
   Tel.: (310) 827-2800
11 Fax: (310) 827-4200
12
   Attorneys for Plaintiff,
13 **JANE DOE**

14
                        UNITED STATES DISTRICT COURT
15                      NORTHERN DISTRICT OF CALIFORNIA

16 | JANE DOE,                        | Case No.: 3:15-cv-00424(SI)         |
17 |                                  |                                     |
   |         Plaintiff,               | **DECLARATION OF JEANNE M.**        |
18 |                                  | **CHRISTENSEN IN SUPPORT OF THE**   |
   |    vs.                           | **PARTIES' STIPULATION**            |
19 |                                  | **EXTENDING TIME**                  |
20 | UBER TECHNOLOGIES, INC.,         |                                     |
21 |         Defendant.               |                                     |

22
           I, Jeanne M. Christensen, declare:
23
24         1.      I have personal knowledge of the facts contained in this declaration.

25         2.      I am an attorney admitted *pro hac vice* in the Northern District of California and
26
   counsel of record for Plaintiff Jane Doe in this action.
27
28

---
*Doe v. Uber Technologies, Inc.*                1           *Declaration of Jeanne M. Christensen*
                                                            Case No. 3:15-cv-00424-(SI)

3. Plaintiff intends to amend her Complaint, but the parties have agreed to stipulate to extend Plaintiff's deadline to amend her Complaint (from April 26, 2015 to May 11, 2015). In addition, the parties have agreed, subject to the Court's approval, to adjourn the initial case management conference to June 5, 2015, June 12, 2015, or a date amenable to the court.

4. The parties previously stipulated to an extension on Plaintiff's time to oppose Defendant's motions to dismiss and an adjournment of the motion hearing on Defendant's motions to dismiss.

5. The requested time modifications will have a minimal effect on the case schedule as it only extends the case schedule a few weeks.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 23, 2015
       New York, New York

By: _____
    JEANNE M. CHRISTENSEN, ESQ.
    Attorney for Plaintiff Jane Doe