DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE CHRISTENSEN (NY SBN 2622124)
TANVIR H. RAHMAN (NY SBN 4921235)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

Attorneys for Plaintiff,
**JANE DOE**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.: 3:15-cv-00424(SI) |
| Plaintiff, | **DECLARATION OF JEANNE M. CHRISTENSEN IN SUPPORT OF THE PARTIES' STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS** |
| vs. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

I, Jeanne M. Christensen, declare:

    1.    I have personal knowledge of the facts contained in this declaration.

    2.    I am an attorney admitted *pro hac vice* in the Northern District of California and counsel of record for Plaintiff Jane Doe in this action.

    3.    The parties previously agreed to reset a briefing schedule on Defendant's motions to dismiss and an adjournment of the motion hearing on Defendant's motions to dismiss after Plaintiff had an opportunity to review Defendant's papers. Plaintiff has now had such opportunity, and as such, the parties stipulate that Plaintiff's deadline to serve papers in

opposition to Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Docket Entry No. 29) is extended from April 20, 2015 to June 19, 2015; Defendant's deadline to serve reply papers in connection with its motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is therefore extended from April 27, 2015 to August 18, 2015; Plaintiff's deadline to serve papers in opposition to Defendant's motion to dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) (Docket Entry No. 31) is extended from April 20, 2015 to June 19, 2015; and Defendant's deadline to serve reply papers in connection with its motion to dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) is therefore extended from April 27, 2015 to August 18, 2015.

      4. In addition, the parties respectfully request that the Court continue the motion hearing on Defendant's motions to dismiss from July 10, 2015 to October 2, 2015 at 9:00 a.m., pursuant to Your Honor's Calendar.

      5. The requested time modifications will not affect the case schedule, though the parties' additionally filed stipulation (Docket Entry No. 39) for a brief adjournment of the case management conference, if so-ordered, would extend the case schedule less than a month.

      6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 24, 2015
       New York, New York

By: _____
    JEANNE M. CHRISTENSEN, ESQ.
    Attorney for Plaintiff Jane Doe