# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.: 3:15-cv-00424(SI) |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiff is granted leave to serve an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) in this matter by May 11, 2015.

**IT IS FURTHER ORDERED** that the initial case management conference is continued from May 7, 2015 to June 19, 2015. at 3:00 p.m.

**IT IS FURTHER ORDERED** that discovery is stayed until 6/12/15, or until a date set by the Court at the initial case management conference.

Date: April 24, 2015

_____
Hon. Susan Illston
United States District Court Judge
Northern District of California