DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSNEN (NY SBN 2622124)
TANVIR H. RAHMAN (NY SBN 4921235)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
**YUHL CARR LLP**
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

Attorneys for Plaintiff,
**JANE DOE**

**DENIED**

Judge Susan Illston

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.: 3:15-cv-00424(SI) |

## STIPULATION AND PROPOSED ORDER

It is hereby stipulated, by and between Plaintiff Jane Doe ("Plaintiff") and Defendant Uber Technologies, Inc., ("Uber U.S.") that:

1. Plaintiff's deadline to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (See Dkt. No. 29) is extended from April 20, 2015 to June 19, 2015;

2. Uber U.S.'s deadline to serve reply papers in connection with its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is therefore extended from April 27, 2015 to August 18, 2015;

3. Plaintiff's deadline to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) (See Dkt. No. 31) is extended from April 20, 2015 to June 19, 2015;

4. Uber U.S.'s deadline to serve reply papers in connection with its Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) is therefore extended from April 27, 2015 to August 18, 2015;

5. The parties respectfully request that the Court continue the motion hearing on Uber U.S.'s Motions to Dismiss from July 10, 2015 to October 2, 2015 at 9:00 a.m., pursuant to Your Honor's Calendar.

6. These deadlines are designed to accommodate the complexity of this case.

1 | Dated: April 20, 2015
  |         San Francisco, CA

Respectfully submitted,

WIGDOR LLP

By: /s/Jeanne M. Christensen____
    Douglas H. Wigdor
    Jeanne M. Christensen
    Tanvir H. Rahman
    Elizabeth J. Chen

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
trahman@wigdorlaw.com
echen@wigdorlaw.com

YUHL CARR LLP

Eric F. Yuhl
Colin A. Yuhl

4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Telephone:  (310) 827-2800
Facsimile:   (310) 827-4200
eyuhl@yuhlcarr.com
cyuhl@yuhlcarr.com

*Counsel for Plaintiff*

---

*Doe v. Uber Technologies, Inc.,*   3   *Stipulation and Proposed Order*
Case No. 3:15-cv-00424-(SI)

GIBSON, DUNN & CRUTCHER LLP


By:     /s/Michael L.M. Wong
       Michael Li-Ming Wong
       Perlette Michèle Jura
       Priyanka Rajagopalan
       Joseph Tartakovsky

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-8333
Facsimile:   (415) 374-8434
mwong@gibsondunn.com
pjura@gibsondunn.com
prajagopalan@gibsondunn.com
jtartakovsky@gibsondunn.com

*Attorneys for Defendant Uber Technologies, Inc.,*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

vs.

UBER TECHNOLOGIES, INC.,

    Defendant.

Case No.: 3:15-cv-00424(SI)

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for Plaintiff to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) in this matter is extended from April 20, 2015 to June 19, 2015.

**IT IS FURTHER ORDERED** that the deadline for Uber U.S. to serve reply papers in connection with its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is therefore extended from April 27, 2015 to August 18, 2015.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to serve papers in opposition to Uber U.S.'s Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) is extended from April 20, 2015 to June 19, 2015.

**IT IS FURTHER ORDERED** that the deadline for Uber U.S. to serve reply papers in connection with its Motion to Dismiss pursuant to Forum Selection Clause; Forum Non Conveniens; Fed. R. Civ. P. 12(b)(7); and Fed. R. Civ. P. 12(b)(3) is extended from April 27, 2015 to August 18, 2015.

1   **IT IS FURTHER ORDERED** that the motion hearing on Uber U.S.'s Motions to
2   Dismiss be continued from July 10, 2015 to October 2, 2015.
3   Date: April __, 2015
4   _____
    Hon. Susan Illston
5   United States District Court Judge
    Northern District of California