# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/19/15 | **Time:** 11 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 15-cv-00424-SI | **Case Name:** Doe v. Uber Technologies, Inc. | |

**Attorney for Plaintiff:** Doug Wigdor, Jeanne Christensen, Elizabeth Chen
**Attorney for Defendant:** Michael Li Ming Wong, Priyanka Rajagopalan

**Deputy Clerk:** Tracy Kasamoto        **Court Reporter:** n/a

## PROCEEDINGS

1)     Telephone Conference- Re: Stipulation

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART ( ) SUBMITTED

Case continued to   @ **3:00 p.m.** for Further Case Management Conference

Case continued to   @ **9:00 a.m.**   for Motions
(Motion due:, Opposition:, Reply:)

Case continued to   @ **3:30 p.m.** for Pretrial Conference

Case continued to   @ **8:30 a.m.** for  Trial  (   Days)
Discovery Cutoff: , Designate Experts by:, Rebuttal Experts: , Expert Discovery Cutoff:

## SUMMARY

**The Court approved the stipulation filed 5/11/15.**