DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
TANVIR H. RAHMAN (NY SBN 4921235)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
**YUHL CARR LLP**
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

Attorneys for Plaintiff,
**JANE DOE**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.: 3:15-cv-00424(SI) |
| Plaintiff, | |
| vs. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

## STIPULATION AND ~~PROPOSED~~ ORDER

It is hereby stipulated, by and between Plaintiff Jane Doe ("Plaintiff") and Defendant Uber

Technologies, Inc., ("Uber U.S.") that:

1.      Uber U.S. consents to extending the time for Plaintiff to file an amended

complaint pursuant to Fed. R. Civ. P. 15(a), from May 11, 2015 to July 31, 2015;

2.      The parties respectfully request that the initial case management conference be continued from June 19, 2015 to August 7, 2015, or another date amenable to the Court; and

3.      The parties are still discussing their competing views about the propriety of discovery at this stage, but agree in the short term that all discovery shall be stayed at least until August 7, 2015, or seven days before the date of the initial case management conference, whichever is later.  Uber U.S. reserves all rights to object to discovery, including but not limited to whether Uber U.S. should be required to provide initial disclosures prior to resolution of motions to dismiss.

4.      The parties respectfully request that the Court hold in abeyance the briefing schedule for Defendant's pending motions to dismiss (Docket No. 29, 31), to be set by the Court at the initial case management conference.

Dated: May 11, 2015
       San Francisco, CA

Respectfully submitted,

WIGDOR LLP


By:   _/s/ Jeanne M. Christensen_
       Douglas H. Wigdor
       Jeanne M. Christensen
       Tanvir H. Rahman
       Elizabeth J. Chen

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
trahman@wigdorlaw.com
echen@wigdorlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

YUHL CARR LLP

Eric F. Yuhl
Colin A. Yuhl

4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Telephone:  (310) 827-2800
Facsimile:   (310) 827-4200
eyuhl@yuhlcarr.com
cyuhl@yuhlcarr.com

*Counsel for Plaintiff*

GIBSON DUNN & CRUTCHER LLP


By:     /s/ Perlette Michèle Jura
           Michael Li-Ming Wong
           Perlette Michèle Jura
           Priyanka Rajagopalan
           Joseph Tartakovsky

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-8333
Facsimile:   (415) 374-8434
mwong@gibsondunn.com
pjura@gibsondunn.com
prajagopalan@gibsondunn.com
jtartakovsky@gibsondunn.com

*Counsel for Defendant*
*Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE,                                          Case No.: 3:15-cv-00424(SI)

          Plaintiff,                              **[PROPOSED] ORDER**

    vs.

UBER TECHNOLOGIES, INC.,

          Defendant.

      **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiff is granted leave to serve an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) in this matter by July 31, 2015.

      **IT IS FURTHER ORDERED** that the initial case management conference is continued from June 18, 2015 to [August 7, 2015] or [ _at 2:30 p.m._ ].

      **IT IS FURTHER ORDERED** that discovery is stayed until August 7, 2015, or until a date set by the Court at the initial case management conference.

      **IT IS FURTHER ORDERED** that the briefing schedule on Defendant's motions to dismiss is held in abeyance until the initial case management conference, when the Court will set a schedule if necessary.

Date: May 19 2015

                                  _____
                                  Hon. Susan Illston
                                  United States District Court Judge
                                  Northern District of California