UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 3:15-cv-00424-SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO FILE AMENDED COMPLAINT** |

    The Case Management Conference currently scheduled for August 7, 2015 is continued to September 11, 2015; the Joint Case Management Conference Statement is due on or before September 4, 2015.

    Plaintiff's deadline to file an amended complaint is extended to August 31, 2015.

    **IT IS SO ORDERED.**

Dated: July 30, 2015

_____
SUSAN ILLSTON
United States District Judge