| | |
|---|---|
| 1 | DOUGLAS H. WIGDOR (NY SBN 2609469) |
| 2 | JEANNE CHRISTENSEN (NY SBN 2622124) |
| | TANVIR H. RAHMAN (NY SBN 4921235) |
| 3 | ELIZABETH J. CHEN (NY SBN 5126214) |
| | (*Admitted pro hac vice*) |
| 4 | WIGDOR LLP |
| | 85 Fifth Avenue |
| 5 | New York, NY 10003 |
| | Tel.: (212) 257-6800 |
| 6 | Fax: (212) 257-6845 |
| 7 | |
| | ERIC F. YUHL (SBN 102051) |
| 8 | COLIN A. YUHL (SBN 259196) |
| | YUHL CARR LLP |
| 9 | 4676 Admiralty Way, Suite 550 |
| | Marina Del Rey, CA 90292 |
| 10 | Tel.: (310) 827-2800 |
| | Fax: (310) 827-4200 |
| 11 | |
| | *Attorneys for Plaintiff JANE DOE* |
| 12 | |
| 13 | MICHAEL LI-MING WONG (SBN 194130) |
| | mwong@gibsondunn.com |
| 14 | PERLETTE MICHÈLE JURA (SBN 242332) |
| | pjura@gibsondunn.com |
| 15 | PRIYANKA RAJAGOPALAN (SBN 278504) |
| | prajagopalan@gibsondunn.com |
| 16 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 17 | San Francisco, CA 94105-0921 |
| | Telephone:    415.393.8200 |
| | Facsimile:    415.393.8306 |
| 18 | |
| | *Attorneys for Defendant UBER TECHNOLOGIES, INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, | No. 15-cv-00424-SI |
| Plaintiff, | **PLAINTIFF JANE DOE'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

- 1 -

TO THE COURT AND THE CLERK OF THE COURT, PLEASE TAKE NOTICE that Plaintiff Jane Doe hereby voluntarily dismisses the above-captioned action against Defendant Uber Technologies, Inc. with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each side shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

WIGDOR LLP

Dated: September 1, 2015      By: _____

Douglas H. Wigdor
Jeanne M. Christensen
Tanvir H. Rahman
Elizabeth J. Chen
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
trahman@wigdorlaw.com
echen@wigdorlaw.com

YUHL CARR LLP

Eric F. Yuhl
Colin A. Yuhl
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Telephone: (310) 827-2800
Facsimile: (310) 827-4200
eyuhl@yuhlcarr.com
cyuhl@yuhlcarr.com

*Counsel for Plaintiff*