| | |
|---|---|
| 1 | DOUGLAS H. WIGDOR (NY SBN 2609469) |
| 2 | JEANNE CHRISTENSEN (NY SBN 2622124) |
|   | TANVIR H. RAHMAN (NY SBN 4921235) |
| 3 | ELIZABETH J. CHEN (NY SBN 5126214) |
|   | (*Admitted pro hac vice*) |
| 4 | WIGDOR LLP |
|   | 85 Fifth Avenue |
| 5 | New York, NY 10003 |
|   | Tel.: (212) 257-6800 |
| 6 | Fax: (212) 257-6845 |

IT IS SO ORDERED

*Susan Illston*

Judge Susan Illston

ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

*Attorneys for Plaintiff JANE DOE*

MICHAEL LI-MING WONG (SBN 194130)
mwong@gibsondunn.com
PERLETTE MICHÈLE JURA (SBN 242332)
pjura@gibsondunn.com
PRIYANKA RAJAGOPALAN (SBN 278504)
prajagopalan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant UBER TECHNOLOGIES, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Defendant. | No. 15–cv–00424–SI<br><br>**PLAINTIFF JANE DOE'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** |

TO THE COURT AND THE CLERK OF THE COURT, PLEASE TAKE NOTICE that Plaintiff Jane Doe hereby voluntarily dismisses the above-captioned action against Defendant Uber Technologies, Inc. with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each side shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

**WIGDOR LLP**

Dated: September 1, 2015          By: _____

Douglas H. Wigdor
Jeanne M. Christensen
Tanvir H. Rahman
Elizabeth J. Chen
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
trahman@wigdorlaw.com
echen@wigdorlaw.com

**YUHL CARR LLP**

Eric F. Yuhl
Colin A. Yuhl
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Telephone: (310) 827-2800
Facsimile: (310) 827-4200
eyuhl@yuhlcarr.com
cyuhl@yuhlcarr.com

*Counsel for Plaintiff*